IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| IN RE: | GEOSTELLAR, INC. | BK. NO. 3:18-bk-0045 |
| IN RE: | LEVINE, DAVID. | BK. NO. 3:19-bk-1048 |

**Thomas H. Fluharty, Trustee of**
    the Bankruptcy Estate of David Levine and
    Monica Levine,                                3:22-cv-50 (Groh)
        Plaintiff

**Martin P. Sheehan, Trustee of**
    the Bankruptcy Estate of Geostellar, Inc.,
        Co-Plaintiff
v.                                                                   AP No. 21-AP-19

**Philadelphia Indemnity Company**
**and David A. Levine,**
        Defendants.

## NOTICE OF APPEAL

Now comes Martin P. Sheehan, Trustee of the Bankruptcy Estate of Geostellar, Inc., by his counsel Patrick S. Cassidy and Timothy F. Cogan and CASSIDY, COGAN, SHAPELL & VOEGELIN, L.C. and Martin P. Sheehan, Esq., and Sheehan & Associates, PLLC and comes, Thomas H. Fluharty, Trustee of the Bankruptcy Estate of David Levine and Monica Levine, by his attorney, Thomas H. Fluharty, Esq. and files this Notice of Appeal from the Order Granting Motion to Dismiss Adversary Proceeding dated March 21, 2022 (Docket Entry 39), in the above-captioned matter.

                                                      RESPECTFULLY SUBMITTED:

                                                      */s/ Martin P. Sheehan*
                                                      Martin P. Sheehan, Esq.
                                                      WV BAR ID #4812

SHEEHAN & ASSOCIATES, PLLC
1 Community Street, Ste 200
Wheeling, WV  26003
P:  (304) 232-1064
F:  (304) 232-1066
sheehanparalegal@wvdsl.net

Patrick S. Cassidy, Esq.
(WV State Bar No. 671)
Timothy F. Cogan, Esq.
(WV State Bar No. 764)
CASSIDY, COGAN,
SHAPELL & VOEGELIN, L. C.
The First State Capitol
1413 Eoff Street
Wheeling, WV 26003
P: (304) 232-8100
F: (304) 232-8200
pcassidy@walslaw.com
tfc@walslaw.com
for the Trustee of the Bankruptcy Estate
of Geostellar, Inc.

*s/ Thomas H. Fluharty*
Thomas H. Fluharty, Esq.
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832
for the Trustee of the Bankruptcy Estate
of David Levine and Monica Levine

**CERTIFICATE OF SERVICE**

I, Martin P. Sheehan, hereby certify that a true and correct copy of the foregoing **Notice of Appeal** was sent this 23rd day of March, 2022 electronically or by first class mail addressed to the following:

Brian Richard Blickenstaff
bblickenstaff@turnerjohns.com


Debra Tedeschi Varner
dtvarner@vv-wvlaw.com


Philadelphia Indemnity Insurance Company
Cope Ehlers PC
135 South LaSalle Street
Suite 3050
Chicago, IL 60603
dehlers@copeehlers.com

                                                                   RESPECTFULLY SUBMITTED:
                                                                   s/*Martin P. Sheehan*