Form apltrap

# UNITED STATES BANKRUPTCY COURT

Northern District of West Virginia            3:22-cv-50 (Groh)

| | |
|---|---|
| In Re: David Andrew Levine and Monica Larson Levine<br>Debtor(s) | Case No.: 3:19−bk−01048<br>Chapter 7 |
| Thomas Fluharty,<br>Trustee of the Bankruptcy Estate of David Levine and Monica Levine AND<br>Martin P. Sheehan, Trustee of<br>the Bankruptcy Estate of Geostellar, Inc.<br>Plaintiff(s)        v. | Philadelphia Indemnity Insurance Company,<br>David A. Levine<br><br><br><br>Defendant(s) |
| Adv. Proc. No. 3:21−ap−00019 | Judge: Becker McKay Wyckoff Mignault |

## BANKRUPTCY COURT APPEAL TRANSMITTAL SHEET

| Transmittal To:<br>The District Court for the Northern District of West Virginia | Transmittal From:<br>The Bankruptcy Court for the Northern District of West Virginia |
|---|---|
| **Name of Party Filing Notice of Appeal:**<br><br>**Appellant(s):**<br><br>Martin P. Sheehan, Trustee of the Bankruptcy Estate of Geostellar and Thomas H. Fluharty, Trustee of the Bankruptcy Estate of David Levine and Monica Levine | **Division:** Martinsburg |
| **Fee Status:** Appeal Fee Paid In Full | |
| **County:** Jefferson | |

Date of Issuance: 3/24/22

Clerk of Court
U.S. Bankruptcy Court
Northern District of WV
Post Office Box 70
Wheeling, WV 26003
304−233−1655