**DISMISSED, DEFER, NTCAPR, APPEAL**

# U.S. Bankruptcy Court
## Northern District of West Virginia (Martinsburg)
### Adversary Proceeding #: 3:21−ap−00019

*Assigned to:* Bankruptcy Judge Becker McKay Wyckoff Mignault
*Lead BK Case:* 19−01048
*Lead BK Title:* David Andrew Levine and Monica Larson Levine
*Lead BK Chapter:* 7
*Demand:*
  *Nature[s] of Suit:*   72 Injunctive relief − other

*Date Filed:* 08/13/21
*Date Dismissed:* 03/21/22

*Plaintiff*
-----------------------------
**Thomas Fluharty,** *Trustee of the Bankruptcy Estate of David Levine and Monica Levine*
408 Lee Avenue
Clarksburg, WV 26301
(304) 624−7832

represented by **Thomas H. Fluharty**
408 Lee Avenue
Clarksburg, WV 26301
(304) 624−7832
Fax : 304−622−7649
Email: THFDEBTATTY@aol.com
*LEAD ATTORNEY*

**Martin P. Sheehan**
Martin P. Sheehan, Chapter 7 Trustee
1 Community St Suite 200
Wheeling, WV 26003
304−232−1064
Email: sheehanparalegal@wvdsl.net

*Plaintiff*
-----------------------------
**Martin P. Sheehan,** *Trustee of the Bankruptcy Estate of Geostellar, Inc.*
Sheehan & Associates, PLLC
1 Community St., Ste 200
Wheeling, WV 26003
(304) 232−1064

represented by **Patrick S Cassidy**
Cassidy, Cogan, Shapell & Voegelin, L.C.
1413 Eoff St
The First State Capitol
Wheeling, WV 26003
304−232−8100
Fax : 304−232−8200
Email: pcassidy@walslaw.com
*LEAD ATTORNEY*

**Timothy F. Cogan**
Cassidy, Cogan, Shapell & Voegelin L.C.
The First State Capitol
1413 Eoff Street
Wheeling, WV 26003
(304) 232−8100
Fax : 304−232−8352
Email: tfc@walslaw.com

                                               *LEAD ATTORNEY*

                                               **Martin P. Sheehan**
                                               (See above for address)

V.

*Defendant*
─────────────────────────
**Philadelphia Indemnity Insurance Company**
One Bala Plaza
Suite 100
Bala Cynwyd, PA 19004

represented by **David Grassmick**
Cope Ehlers PC
135 South LaSalle Street
Suite 3050
Chicago, IL 60603
*LEAD ATTORNEY*

**Debra Tedeschi Varner**
Varner & Van Volkenburg PLLC
360 Washington Avenue
Clarksburg, WV 26302−2370
304−918−2840
Fax : 304−566−1161
Email: dtvarner@vv−wvlaw.com

*Defendant*
─────────────────────────
**David Andrew Levine**
2426 Steamboat Run Road
Shepherdstown, WV 25443
SSN / ITIN: xxx−xx−3601

represented by **Brian Richard Blickenstaff**
Turner & Johns, PLLC
808 Greenbrier Street
Charleston, WV 25311
304−720−2300
Fax : 304−720−2311
Email: bblickenstaff@turnerjohns.com
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 08/13/2021 | 1 | Adversary case 3:21−ap−00019. Complaint by Thomas Fluharty, Martin P. Sheehan against Philadelphia Indemnity Insurance Company. Receipt Number n/a, Fee Amount $350. (Attachments: # 1 Exhibit Verification # 2 Exhibit Exhibit 1) Nature of Suit: (72 (Injunctive relief − other)) (Sheehan, Martin) (Entered: 08/13/2021) |
| 08/13/2021 | 2 | Motion for Preliminary Injunction Filed by Thomas Fluharty, Martin P. Sheehan and Patrick S. Cassidy. (Attachments: # 1 Appendix) (Sheehan, Martin) (Entered: 08/13/2021) |
| 08/19/2021 | 11 | Response *("PHILADELPHIA INDEMNITY INSURANCE COMPANY'S PRELIMINARY RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR A BRIEFING SCHEDULE")* Filed by Debra Tedeschi Varner on behalf of Philadelphia Indemnity Insurance Company (related document(s)2 Motion for Preliminary Injunction filed by Plaintiff Thomas Fluharty, Plaintiff Martin P. Sheehan). (Attachments: # 1 Exhibit 1) (Varner, Debra) (Entered: 08/19/2021) |
| 09/03/2021 | 15 | Response *("PHILADELPHIA INDEMNITY INSURANCE COMPANY'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION AND* |

| | | | |
|---|---|---|---|
| | | | *REQUEST FOR A BRIEFING SCHEDULE")* Filed by Debra Tedeschi Varner on behalf of Philadelphia Indemnity Insurance Company (related document(s)2 Motion for Preliminary Injunction filed by Plaintiff Thomas Fluharty, Plaintiff Martin P. Sheehan). (Attachments: # 1 Exhibit 1 # 2 Proposed Order) (Varner, Debra) (Entered: 09/03/2021) |
| 09/10/2021 | | 17 | Reply *PLAINTIFF TRUSTEES REPLY TO PHILADELPHIA INDEMNITY INSURANCE COMPANYS RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR A BRIEFING SCHEDULE* with Certificate of Service Filed by Patrick S Cassidy on behalf of Martin P. Sheehan (related document(s)2 Motion for Preliminary Injunction filed by Plaintiff Thomas Fluharty, Plaintiff Martin P. Sheehan). (Cassidy, Patrick). (Entered: 09/10/2021) |
| 09/13/2021 | | 19 | Motion to Dismiss Adversary Proceeding Filed by Philadelphia Indemnity Insurance Company. (Attachments: # 1 "PHILADELPHIA INDEMNITY INSURANCE COMPANY'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS" # 2 Proposed Order) (Varner, Debra) (Entered: 09/13/2021) |
| 10/01/2021 | | 22 | Response *of Plaintiffs to Motion to Dismiss* with Certificate of Service Filed by Timothy Francis Cogan on behalf of Martin P. Sheehan (related document(s)19 Motion to Dismiss Adversary Proceeding filed by Defendant Philadelphia Indemnity Insurance Company). (Cogan, Timothy) (Entered: 10/01/2021) |
| 10/12/2021 | | 26 | Reply *("PHILADELPHIA INDEMNITY INSURANCE COMPANY'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS")* Filed by Debra Tedeschi Varner on behalf of Philadelphia Indemnity Insurance Company (related document(s)19 Motion to Dismiss Adversary Proceeding filed by Defendant Philadelphia Indemnity Insurance Company). (Varner, Debra) (Entered: 10/12/2021) |
| 11/02/2021 | | 36 | Order Denying Motion For Preliminary Injunction (Related Doc # 2) (trs) 11/2/2021. (Entered: 11/02/2021) |
| 03/21/2022 | | 39 | Order Granting Motion to Dismiss Adversary Proceeding (Related Doc # 19) (trs) 3/21/2022. (Entered: 03/21/2022) |
| 03/23/2022 | | 40 | Notice of Appeal . Fee Amount $298. Filed by Plaintiffs Thomas Fluharty, Martin P. Sheehan (related document(s)39 Order on Motion to Dismiss Adversary Proceeding). Appellant Designation due by 04/6/2022. (Sheehan, Martin) (Entered: 03/23/2022) |
| 03/24/2022 | | 44 | Clerk's Service Of Notice of Appeal, and Notice of Deadlines to Designate the Record and Provide Statement of Issues On Appeal. Counsel of Record were served through the notice of electronic filing. Pro se parties are being served with the notice of appeal via the Bankruptcy noticing Center, which two days after the entry of this Notice on the Bankruptcy Clerk's Electronic Docket, places the notice in the mail to the pro se party's last known address maintained by the Bankruptcy Clerk. Evidence of service of the notice on a pro se party is reflected in the BNC Certificate of Service, which is separately entered on the Bankruptcy Clerk's Electronic Docket two days after the entry of this Notice. Parties Served: Thomas H. Fluharty, Martin P. Sheehan, Philadelphia Indemnity Insurance Company, David A. Levine, Brian Richard Blickenstaff, Patrick S Cassidy, Timothy F. Cogan, David Grassmick, Debra Tedeschi Varner (related document(s)40 Notice of Appeal filed by Plaintiff Thomas Fluharty, Plaintiff Martin P. Sheehan). (trs) (Entered: 03/24/2022) |

| Date | | No. | Description |
|---|---|---|---|
| 03/30/2022 | | 52 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Plaintiffs Thomas Fluharty, Martin P. Sheehan (related document(s)40 Notice of Appeal filed by Plaintiff Thomas Fluharty, Plaintiff Martin P. Sheehan). Appellee designation due by 04/13/2022. Transmission of Designation Due by 04/29/2022. (Sheehan, Martin) (Entered: 03/30/2022) |
| 03/31/2022 | | 53 | Transcript regarding Hearing Held 10/28/2021 Remote electronic access to the transcript is restricted until 6/29/2022. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber Sarah E. Harless, 304−563−4399 before the deadline for Release of Transcript Restriction. After that date it will be available for inspecting and copying in the Clerk's Office and for downloading through PACER. (related document(s)34). Redaction Request Due By 4/21/2022. Redacted Transcript Submission Due By 5/2/2022. Transcript access will be restricted through 6/29/2022. (trs) (Entered: 03/31/2022) |
| 03/31/2022 | | 54 | Notice of Filing of Official Transcript. (related document(s)53 Transcript). (trs) (Entered: 03/31/2022) |
| 04/13/2022 | | 58 | Transcript regarding Hearing Held 8/19/2021 Remote electronic access to the transcript is restricted until 7/12/2022. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber Christian Naaden, 800−333−2082 before the deadline for Release of Transcript Restriction. After that date it will be available for inspecting and copying in the Clerk's Office and for downloading through PACER. (related document(s)12). Redaction Request Due By 5/4/2022. Redacted Transcript Submission Due By 5/16/2022. Transcript access will be restricted through 7/12/2022. (trs) (Entered: 04/13/2022) |
| 04/13/2022 | | 59 | Transcript regarding Hearing Held 10/13/2021 Remote electronic access to the transcript is restricted until 7/12/2022. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber Christian Naaden, 800−333−2082 before the deadline for Release of Transcript Restriction. After that date it will be available for inspecting and copying in the Clerk's Office and for downloading through PACER. (related document(s)28). Redaction Request Due By 5/4/2022. Redacted Transcript Submission Due By 5/16/2022. Transcript access will be restricted through 7/12/2022. (trs) (Entered: 04/13/2022) |
| 04/13/2022 | | 60 | Notice of Filing of Official Transcript. (related document(s)58 Transcript). (trs) (Entered: 04/13/2022) |
| 04/13/2022 | | 61 | Notice of Filing of Official Transcript. (related document(s)59 Transcript). (trs) (Entered: 04/13/2022) |
| 04/13/2022 | | 62 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Defendant Philadelphia Indemnity Insurance Company (related document(s)40 Notice of Appeal filed by Plaintiff Thomas Fluharty, Plaintiff Martin P. Sheehan, 52 Appellant Designation filed by Plaintiff Thomas Fluharty, Plaintiff Martin P. Sheehan). (Varner, Debra) (Entered: 04/13/2022) |