

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DAVID A. LEVINE and | ) | |
| MONICA L. LEVINE, | ) | Case No. 3:19-bk-01048 |
| | ) | |
| Debtors. | ) | Chapter 7 |
| | ) | |
| THOMAS FLUHARTY, Trustee of the | ) | |
| Bankruptcy Estate of David and Monica | ) | |
| Levine, and | ) | |
| MARTIN SHEEHAN, Trustee of the | ) | |
| Bankruptcy Estate of Geostellar, Inc., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary No. 3:21-ap-00019 |
| | ) | |
| PHILADELPHIA INDEMNITY | ) | |
| INSURANCE COMPANY and | ) | |
| DAVID A. LEVINE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Philadelphia Indemnity Insurance Company ("PIIC") seeks dismissal of the complaint against it filed by Thomas Fluharty and Martin Sheehan, Chapter 7 trustees of respective bankruptcy estates identified above (together, the "Plaintiffs"). Among other arguments, PIIC contends that neither trustee possesses standing to make a claim against it under the policy at issue—a directors & officers policy covering Mr. Levine for claims arising during his former service as a director and officer of Geostellar, Inc. The Plaintiffs assert they each possess standing,

in slightly different ways, from the operation of § 541 of the Bankruptcy Code, which defines property of the bankruptcy estate.

      Notably, PIIC also raised standing in opposition to a motion the Plaintiffs filed seeking a preliminary injunction.  On October 28, 2021, the court convened a telephonic hearing and ruled for PIIC, largely based upon an analysis of the respective Plaintiffs' lack of standing.  The court perceives no way in which its analysis in that regard should differ in resolving the extant motion to dismiss.

      Therefore, the court does hereby

      **ORDER** that PIIC's motion to dismiss (Doc. No. 19), filed September 13, 2021, be and hereby is GRANTED.  This adversary proceeding is hereby DISMISSED.

# Notice Recipients

District/Off: 0424–3        User: ad           Date Created: 3/21/2022
Case: 3:21–ap–00019         Form ID: pdfdoc    Total: 12

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| pla | Thomas Fluharty | wv12@ecfcbis.com |
| aty | Brian Richard Blickenstaff | bblickenstaff@turnerjohns.com |
| aty | Debra Tedeschi Varner | dtvarner@vv–wvlaw.com |
| aty | Martin P. Sheehan | sheehanparalegal@wvdsl.net |
| aty | Patrick S Cassidy | pcassidy@walslaw.com |
| aty | Thomas H. Fluharty | THFDEBTATTY@aol.com |
| aty | Timothy F. Cogan | tfc@walslaw.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| pla | Martin P. Sheehan | Sheehan & Associates, PLLC | 1 Community St., Ste 200 | Wheeling, WV 26003 | |
| dft | Philadelphia Indemnity Insurance Company | One Bala Plaza | Suite 100 | Bala Cynwyd, PA 19004 | |
| dft | David Andrew Levine | 2426 Steamboat Run Road | Shepherdstown, WV 25443 | | |
| aty | David Grassmick | Cope Ehlers PC | 135 South LaSalle Street | Suite 3050 | Chicago, IL 60603 |
| ust | United States Trustee | 2025 United States Courthouse | 300 Virginia Street East | Charleston, WV 25301 | |

TOTAL: 5