Form aptrsntc

# UNITED STATES BANKRUPTCY COURT
Northern District of West Virginia

---

| | |
|---|---|
| In Re:  David Andrew Levine and Monica Larson Levine<br>Debtor | Case No.: 3:19–bk–01048<br>Chapter 7 |

| | |
|---|---|
| Thomas Fluharty , | Philadelphia Indemnity Insurance Company , |
| Trustee of the Bankruptcy Estate of David Levine and Monica Levine AND<br>Martin P. Sheehan, Trustee of the Bankruptcy Estate of Geostellar, Inc. | David Andrew Levine |
| Plaintiff(s)                    **v.** | Defendant(s) |
| Adv. Proc. No. 3:21–ap–00019 | Judge: Becker McKay Wyckoff Mignault |

---

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION


A transcript of the proceeding held on 10/28/2021 was filed on 3/31/2022 . The following deadlines apply:

The parties have until 04/21/2022 to file with the Court a *Request for Redaction* of this transcript.

If a Request for Redaction is filed, the redacted transcript is due 05/02/2022 .

If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 06/29/2022 , unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber:
Sarah E. Harless Phone: 304–563–4399
or you may view the document at the clerk's office public terminal.


Date of Issuance: 3/31/22


Ryan W. Johnson
Clerk, U.S. Bankruptcy Court

By:
Toni Sidon
Deputy Clerk
Post Office Box 70
Wheeling, WV 26003
304–233–1655

# Notice Recipients

District/Off: 0424–3         User: ad                 Date Created: 3/31/2022
Case: 3:21–ap–00019          Form ID: aptrsntc         Total: 12

**Recipients of Notice of Electronic Filing:**
pla     Thomas Fluharty          wv12@ecfcbis.com
aty     Brian Richard Blickenstaff        bblickenstaff@turnerjohns.com
aty     Debra Tedeschi Varner          dtvarner@vv–wvlaw.com
aty     Martin P. Sheehan          sheehanparalegal@wvdsl.net
aty     Patrick S Cassidy          pcassidy@walslaw.com
aty     Thomas H. Fluharty          THFDEBTATTY@aol.com
aty     Timothy F. Cogan          tfc@walslaw.com

                                                        TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Martin P. Sheehan          Sheehan & Associates, PLLC          1 Community St., Ste 200          Wheeling, WV 26003
dft     Philadelphia Indemnity Insurance Company          One Bala Plaza          Suite 100          Bala Cynwyd, PA 19004
dft     David Andrew Levine          2426 Steamboat Run Road          Shepherdstown, WV 25443
aty     David Grassmick          Cope Ehlers PC          135 South LaSalle Street          Suite 3050          Chicago, IL 60603
ust     United States Trustee          2025 United States Courthouse          300 Virginia Street East          Charleston, WV 25301

                                                        TOTAL: 5