Form aptrsntc

# UNITED STATES BANKRUPTCY COURT
## Northern District of West Virginia

| | |
|---|---|
| In Re: David Andrew Levine and Monica Larson Levine<br>Debtor | Case No.: 3:19–bk–01048<br>Chapter 7 |
| Thomas Fluharty, | Philadelphia Indemnity Insurance Company, |
| Trustee of the Bankruptcy Estate of David Levine and Monica Levine AND Martin P. Sheehan, Trustee of the Bankruptcy Estate of Geostellar, Inc. | David Andrew Levine |
| Plaintiff(s)     v. | Defendant(s) |
| Adv. Proc. No. 3:21–ap–00019 | Judge: Becker McKay Wyckoff Mignault |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 10/13/2021 was filed on 4/13/2022 . The following deadlines apply:

The parties have until 5/4/2022 to file with the Court a *Request for Redaction* of this transcript.

If a Request for Redaction is filed, the redacted transcript is due 5/16/2022.

If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 7/12/2022 , unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber:
Christian Naaden Phone: 800–333–2082
or you may view the document at the clerk's office public terminal.

Date of Issuance: 4/13/22

                                                Ryan W. Johnson
                                                Clerk, U.S. Bankruptcy Court

                                                By:
                                                Toni Sidon
                                                Deputy Clerk
                                                Post Office Box 70
                                                Wheeling, WV 26003
                                                304–233–1655

# Notice Recipients

| District/Off: 0424−3 | User: ad | Date Created: 4/13/2022 |
|---|---|---|
| Case: 3:21−ap−00019 | Form ID: aptrsntc | Total: 12 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| pla | Thomas Fluharty | thfaal@aol.com |
| aty | Brian Richard Blickenstaff | bblickenstaff@turnerjohns.com |
| aty | Debra Tedeschi Varner | dtvarner@vv−wvlaw.com |
| aty | Martin P. Sheehan | sheehanparalegal@wvdsl.net |
| aty | Patrick S Cassidy | pcassidy@walslaw.com |
| aty | Thomas H. Fluharty | THFDEBTATTY@aol.com |
| aty | Timothy F. Cogan | tfc@walslaw.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| pla | Martin P. Sheehan | Sheehan & Associates, PLLC | 1 Community St., Ste 200 | Wheeling, WV 26003 | |
| dft | Philadelphia Indemnity Insurance Company | One Bala Plaza | Suite 100 | Bala Cynwyd, PA 19004 | |
| dft | David Andrew Levine | 2426 Steamboat Run Road | Shepherdstown, WV 25443 | | |
| aty | David Grassmick | Cope Ehlers PC | 135 South LaSalle Street | Suite 3050 | Chicago, IL 60603 |
| ust | United States Trustee | 2025 United States Courthouse | 300 Virginia Street East | Charleston, WV 25301 | |

TOTAL: 5