**NTCAPR, CONVERTED, DEFER, ASSET, VOLK ASSIGNMENT, MIGNAULT ASSIGNMENT**

## U.S. Bankruptcy Court
## Northern District of West Virginia (Martinsburg)
### Bankruptcy Petition #: 3:18−bk−00045

*Assigned to:* Bankruptcy Judge Becker McKay Wyckoff Mignault
Chapter 7
Previous chapter 11
Original chapter 11
Voluntary
Asset

*Date filed:* 01/29/2018
*Date converted:* 04/26/2018
*341 meeting:* 05/24/2018
*Deadline for objecting to discharge:* 07/23/2018

*Debtor*
**Geostellar, Inc.**
224 W. King Street
Martinsburg, WV 25401−3212
BERKELEY−WV
Tax ID / EIN: 45−1653846

represented by **Salene Rae Mazur Kraemer**
Bernstein−Burkley, P.C.
707 Grant Stree
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
412−456−8220
Fax : 412−456−8135
Email: skraemer@bernsteinlaw.com

**Arch W. Riley, Jr.**
Bernstein−Burkley, P.C.
Hare Building
48 14th Street, Suite 301
PO Box 430
Wheeling, WV 26003−0009
304.215.1177
Fax : 412.456.8135
Email: ariley@bernsteinlaw.com
*TERMINATED: 08/06/2019*

**Arthur W. Zamosky**
Bernstein−Burkley, P.C.
707 Grant Street, 220 Gulf Tower
Pittsburgh, PA 15219
412−456−8101
Fax : 412−456−8251
Email: azamosky@bernsteinlaw.com

*Trustee*
**Martin P. Sheehan**
Martin P. Sheehan, Chapter 7 Trustee
1 Community St Suite 200
Wheeling, WV 26003
304−232−1064

represented by **Patrick S Cassidy**
Cassidy, Cogan, Shapell & Voegelin, L.C.
1413 Eoff St
The First State Capitol
Wheeling, WV 26003
304−232−8100
Fax : 304−232−8200
Email: pcassidy@walslaw.com

**Timothy F. Cogan**
Cassidy, Cogan, Shapell & Voegelin L.C.

|  |  | The First State Capitol<br>1413 Eoff Street<br>Wheeling, WV 26003<br>(304) 232−8100<br>Fax : 304−232−8352<br>Email: tfc@walslaw.com |
|---|---|---|
|  |  | **Martin P. Sheehan**<br>Martin P. Sheehan, Chapter 7 Trustee<br>1 Community St Suite 200<br>Wheeling, WV 26003<br>304−232−1064<br>Email: sheehanparalegal@wvdsl.net |
| *U.S. Trustee*<br>**United States Trustee**<br>2025 United States Courthouse<br>300 Virginia Street East<br>Charleston, WV 25301<br>304−347−3400 | represented by | **Shari Lynne Collias**<br>DOJ−Ust<br>300 Virginia Street East<br>Ste. 2025<br>Charleston, WV 25301<br>304−347−3417<br>Fax : 304−347−3402<br>Email: shari.collias@usdoj.gov |
|  |  | **Debra A. Wertman**<br>U.S. Trustee's Office<br>300 Virginia Street East<br>Room 2025<br>Charleston, WV 25301<br>(304) 347−3400<br>Fax : 304−347−3402<br>Email: debra.a.wertman@usdoj.gov |

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 01/29/2018 | 1 | Chapter 11 Voluntary Petition Non−Individual. Fee Amount $1717. Filed by Geostellar, Inc.. Chapter 11 Plan due by 05/29/2018. Disclosure Statement due by 05/29/2018. Atty Disclosure Statement due 02/12/2018. List of Equity Security Holders due 02/12/2018. Schedule A/B due 02/12/2018. Schedule D due 02/12/2018. Schedule E/F due 02/12/2018. Schedule G due 02/12/2018. Schedule H due 02/12/2018. Statement of Financial Affairs due 02/12/2018. Summary of Assets and Liabilities due 02/12/2018. Corporate Ownership Statement due 02/12/2018 (Form may be found under Bankruptcy Forms/Local Bankruptcy Forms at www.wvnb.uscourts.gov). Incomplete Filings due by 02/12/2018. (Riley, Arch) (Entered: 01/29/2018) |
| 02/15/2018 | 24 | Motion to Convert Case from Chapter 11 to Chapter 7 or To Dismiss Bankruptcy Case Filed in Bad Faith and Memorandum of Points and Authorities in Support of Motion to Convert or Dismiss Bankruptcy Case Filed in Bad Faith. Fee Amount $15. with Certificate of Service. Filed by Michael L. Scales on behalf of Matador Solar Partners, LLC, as administrative agent for Matador, and Novus Capital Group, LLC, Geostellar Capital Fund II, LLC. (Attachments: # 1 Exhibit Exhibits) (Scales, Michael) (Entered: 02/15/2018) |
| 04/26/2018 | 77 | Order Granting Motion to Convert Chapter 11 to a Chapter 7 24 Motion to Convert Case from Chapter 11 to Chapter 7 *Motion to Convert or Dismiss Bankruptcy Case Filed in Bad Faith and Memorandum of Points and Authorities in Support of Motion to Converrt or Dismiss Bankruptcy Case Filed in Bad Faith*. Fee Am filed by Creditor Matador Solar |

| | | | |
|---|---|---|---|
| | | | Partners, LLC, as administrative agent for Matador, and Novus Capital Group, LLC, Geostellar Capital Fund II, LLC. (related document(s)24). (stb) 4/26/2018 (Entered: 04/26/2018) |
| 04/26/2018 | | 78 | Order Granting Motion to Convert Case from Chapter 11 to Chapter 7 (Related Doc # 24) (stb) 4/26/2018. (Entered: 04/26/2018) |
| 04/26/2018 | | 80 | Meeting of Creditors . 341(a) meeting to be held on 5/24/2018 at 01:00 PM at Old Historic Courthouse − Martinsburg. Last day to oppose discharge or dischargeability is 7/23/2018. (stb) (Entered: 04/26/2018) |
| 05/20/2019 | | 146 | Adversary case 3:19−ap−00024. Complaint with Jury Demand by Martin P. Sheehan against David A. Levine, Indeco Union. Receipt Number N/A, Fee Amount $350. (Attachments: # 1 Exhibit A # 2 Exhibit B) Nature of Suit: (14 (Recovery of money/property − other)) (Cassidy, Patrick) (Entered: 05/20/2019) |
| 12/08/2020 | | 159 | Motion of Philadelphia Indemnity Insurance Company To Allow Payment of Defense Costs for Defendant, David A. Levine and Memorandum of Points and Authorities In Support of Motion to Allow Payment of Defense Costs for Defendant, David A. Levine. Filed by Debra Tedeschi Varner on behalf of Philadelphia Indemnity Insurance Company. (Attachments: # 1 Exhibit 1 (Ehlers Declaration) # 2 Proposed Order) (Varner, Debra) (Entered: 12/08/2020) |
| 12/18/2020 | | 163 | Objection *to Motion to Pay Attorney Fees Made by Philadelphia Indemnity Insurance Company* with Certificate of Service. Filed by Martin P. Sheehan on behalf of Martin P. Sheehan (related document(s)159 Motion to Pay filed by Interested Party Philadelphia Indemnity Insurance Company). (Sheehan, Martin) (Entered: 12/18/2020) |
| 12/22/2020 | | 164 | Objection . Filed by David A. Cox (related document(s)159 Motion to Pay filed by Interested Party Philadelphia Indemnity Insurance Company). (stb) (Entered: 12/22/2020) |
| 01/04/2021 | | 165 | Objection . Filed by Marge Schwartz (related document(s)159 Motion to Pay filed by Interested Party Philadelphia Indemnity Insurance Company). (stb) (Entered: 01/04/2021) |
| 01/20/2021 | | 172 | Reply *of Philadelphia Indemnity Insurance Company in Opposition to Objections to Allow Payment of Defense Costs for Defendant, David A. Levine* Filed by Debra Tedeschi Varner on behalf of Philadelphia Indemnity Insurance Company (related document(s)159 Motion to Pay filed by Interested Party Philadelphia Indemnity Insurance Company). (Varner, Debra) (Entered: 01/20/2021) |
| 01/27/2021 | | 175 | PDF with attached Audio File. Court Date & Time [ 1/27/2021 1:30:00 PM ]. File Size [ 8264 KB ]. Run Time [ 00:17:13 ]. (courtspeak). (Entered: 01/27/2021) |
| 03/04/2021 | | 190 | PDF with attached Audio File. Court Date & Time [03/04/2021 10:00:00 AM]. File Size [ 800 KB ]. Run Time [ 00:01:40 ]. (courtspeak). (Entered: 03/04/2021) |
| 03/12/2021 | | 192 | Order Granting PIIC's Motion for Relief from Stay (Related Doc # 159) (stb) 3/12/2021. (Entered: 03/12/2021) |