**Dated: April 30th, 2021**



B. McKay Mignault, Chief Bankruptcy Judge
United States Bankruptcy Court

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| GEOSTELLAR, INC., | ) | CASE NO. 3:18-bk-45 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| MARTIN P. SHEEHAN, *Trustee of the Bankruptcy Estate of Geostellar, Inc.,* | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | AP NO. 3:19-ap-24 |
| | ) | |
| DAVID A. LEVINE and INDECO UNION. | ) | |
| | ) | |
| Defendants. | ) | |

### <u>MEDIATION ORDER</u>

On March 4, 2021 a telephonic pretrial conference was held in the above-styled adversary proceeding. During the hearing, respective counsel indicated to the court a willingness to participate in mediation to attempt to resolve matters in dispute between the parties.   The parties having consented to these matters being mediated by United States Magistrate Judge, Michael J. Aloi, the court does hereby

**ORDERED** that this matter is referred to United States Magistrate Judge, Michael J. Aloi, for mediation.   It is further

**ORDERED** that the parties shall report to the court the results of the mediation conference as soon as possible after its conclusion by the most effective and expedient means available.

# Notice Recipients

District/Off: 0424–3                 User: ad                        Date Created: 5/3/2021

Case: 3:19–ap–00024              Form ID: pdfdoc               Total: 11

**Recipients of Notice of Electronic Filing:**

intp    Leslie Gallian         leslie_gallian@wvsb.uscourts.gov
aty     George Stewart         stewart@zklaw.com
aty     Janet Smith Holbrook        janet.holbrook@dinsmore.com
aty     Joseph Frederick Butcher        butcher@zklaw.com
aty     Patrick S Cassidy         pcassidy@walslaw.com
aty     Timothy Francis Cogan        tfc@walslaw.com

                                                                    TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla    Martin P. Sheehan         Sheehan & Associates, PLLC        41 – 15th Street        Wheeling, WV 26003
dft     David A. Levine        2426 Steamboat Run Road        Sheperdstown, WV 25401
dft     Indeco Union        11911 Freedom Drive        8th Floor        Reston, VA 20190
aty     Cortland Putbrese        DUNLAP BENNETT & LUDWIG PLLC        8003 Franklin Farms Drive        Suite
220        Richmond, VA 23229
ust     United States Trustee        2025 United States Courthouse        300 Virginia Street East        Charleston, WV
25301

                                                                    TOTAL: 5