

B. McKay Mignault, Chief Bankruptcy Judge
United States Bankruptcy Court

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:        GEOSTELLAR, INC.
                    Debtor.                    BANKRUPTCY NO: 18-0045

### AGREED ORDER ON NON-PARTICIPATION
### IN MEDIATION BY THE BANKRUPTCY ESTATE OF
### DAVID ANDREW LEVINE AND MONICA LARSON LEVINE

It appearing to the Court by the signatures of counsel below as follows:

1.     Now pending is a proposed Agreed Order which <u>inter alia</u> would allow mediation of an adversary proceeding know as <u>Sheehan, as Trustee of the Bankruptcy Estate of Geostellar, Inc. v. David A. Levine</u>, 3:19-AP-00024.  In that proceeding, the defense is being conducted by an insurer.

2.     Settlement, if reached with Defendant, Levine in mediation, would be paid with insurance proceeds that are not property of the Bankruptcy Estate of David A. Levine.

3.     Thomas H. Fluharty, the Trustee of the Bankruptcy Estate of David Andrew Levine and Monica Larson Levine has no interest in this litigation which does not involve property of the Estate.

4.     Martin P. Sheehan, the Trustee of Geostellar, could only collect beyond the scope of available insurance coverage against the Estate of David Andrew Levine and Monica Larson Levine, assuming no objection by a party in interest to the claim of the Bankruptcy Estate of Geostellar, Inc.

5.     It is Agreed that neither the result of the mediation, nor the result of litigation

should mediation not be successful, would formally bind either Thomas H. Fluharty, or the Bankruptcy Estate of David Andrew Levine and Monica Larson Levine, on any aspect of the claim of the Trustee of the Bankruptcy Estate of Geostellar in that process. Those parties would be free, as they deem appropriate to consider that claim on any basis mutually agreeable, separately.

6.  Consequently, Thomas H. Fluharty, Trustee of the Bankruptcy Estate of David Levine., will not participate in the upcoming mediation of the Adversary Proceeding.

IT IS SO ORDERED.

Prepared by:*'*

*/s/ Martin P. Sheehan*
Martin P. Sheehan, Esq. (WVSB #4812)
**SHEEHAN & ASSOCIATES, PLLC**
1 Community St., Ste 200
Wheeling WV 26003
P: (304) 232-1064
F: (304) 232-1066
SheehanBankruptcy@WVDSL.net
SheehanParalegal@WVDSL.net
*Counsel for Trustee of the Bankruptcy Estate of Geostellar, Inc*

Agreed to:

/s/*Thomas H. Fluharty*
Thomas H. Fluharty, Esq. (WVSB #1231)
Thomas H Fluharty Law Offices
408 Lee Avenue
Clarksburg, WV 26301
P: (304) 624-7832
F: (304) 622-7649
wv12@ecfcbis.com
*Chapter 7 the Bankruptcy Estate of David Andrew Levine and Monica Larson Levine*

## Notice Recipients

District/Off: 0424–3        User: ad              Date Created: 5/3/2021
Case: 3:19–ap–00024         Form ID: pdfdoc       Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Martin P. Sheehan       Sheehan & Associates, PLLC      41 – 15th Street      Wheeling, WV 26003
dft    David A. Levine         2426 Steamboat Run Road         Sheperdstown, WV 25401
ust    United States Trustee   2025 United States Courthouse   300 Virginia Street East   Charleston, WV 25301
       Thomas H. Fluharty, Esquire    408 Lee Avenue    Clarksburg, WV 26301

TOTAL: 4