IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: GEOSTELLAR, INC.            BK. NO. 3:18-BK-0045

MARTIN P. SHEEHAN, Trustee of
the Bankruptcy Estate of Geostellar, Inc.,

                                                                   AP. NO. 3:19-AP-00024

       Plaintiff,

v.

DAVID A. LEVINE,

       Defendant.

### ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Upon consideration of the Motion of the Plaintiff to file an Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure, and Pursuant to Bankruptcy Rule 7015, IT IS HEREBY ORDERED THAT said Motion is GRANTED.

As an Amended Complaint was tendered with the Motion to Amend, IT IS FURTHER ORDERED THAT said Amended Complaint be filed.

It is FINALLY ORDERED that a responsive pleading shall be filed, consistent with the time periods prescribed by Federal Rule of Civil Procedure 15 and Bankruptcy Rule 7012, within 14 days of the date this order is entered.

ENTER: _____

U.S. BANKRUPTCY JUDGE

{00188659.1}

PREPARED BY:

/s/ Timothy F. Cogan, Esq.
Patrick S. Cassidy, Esq. (WVSB #671)
Timothy F. Cogan, Esq. (WVSB #764)
CASSIDY, COGAN,
SHAPELL & VOEGELIN, L.C.
1413 Eoff St.
Wheeling, WV 26003
P: 304-232-8100
F: 304-232-8200
pcassidy@walslaw.com
tfc@walslaw.com

{00188659.1}

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–3 | User: ad | Date Created: 9/24/2021 |
| Case: 3:19–ap–00024 | Form ID: pdfdoc | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty       Cortland Putbrese

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
intp     Leslie Gallian     leslie_gallian@wvsb.uscourts.gov
aty      George Stewart     stewart@zklaw.com
aty      Joseph Frederick Butcher     butcher@zklaw.com
aty      Martin P. Sheehan     sheehanparalegal@wvdsl.net
aty      Patrick S Cassidy     pcassidy@walslaw.com
aty      Timothy Francis Cogan     tfc@walslaw.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      Martin P. Sheehan     Sheehan & Associates, PLLC     41 – 15th Street     Wheeling, WV 26003
dft      David A. Levine     2426 Steamboat Run Road     Sheperdstown, WV 25401
dft      Indeco Union     11911 Freedom Drive     8th Floor     Reston, VA 20190
aty      Janet Smith Holbrook     Dinsmore & Shohl LLP     611 Third Avenue     Huntington, WV 25701
ust      United States Trustee     2025 United States Courthouse     300 Virginia Street East     Charleston, WV 25301

TOTAL: 5