| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Geostellar, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-1653846** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**224 W King Street**<br>**Martinsburg, WV 25401-3212**<br>Number, Street, City, State & ZIP Code<br><br>**Berkeley**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Geostellar, Inc.**                              Case number (*if known*) _____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                                     Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Doc ID: f3bcc108423f06948ea22d33384caaaa20079979

Debtor  **Geostellar, Inc.**                                                                 Case number (*if known*) _____
                Name

**11. Why is the case filed in *this district*?**   Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
■ 100-199           ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Geostellar, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 29, 2018**
MM / DD / YYYY

X *Howard Teich*   **Howard Teich**
Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

X *s/ Arch W. Riley, Jr., Esq.*   Date **January 29, 2018**
Signature of attorney for debtor   MM / DD / YYYY

**Arch W. Riley, Jr.**
Printed name

**Bernstein-Burkley, P.C.**
Firm name

**48 - 14th ST**
**Post Office Box 430**
**Wheeling, WV 26003-0009**
Number, Street, City, State & ZIP Code

Contact phone   **304-215-1177**   Email address   **ariley@bernsteinlaw.com**

**3107**
Bar number and State

| | Fill in this information to identify the case: |
|---|---|
| Debtor name | Geostellar, Inc. |
| United States Bankruptcy Court for the: | Northern District    District of WV (State) |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Greenberg Traurig<br>2200 Ross Ave #5200, Dallas, TX 75201 | David Black<br>941-321-0070<br>david.black@gtlaw.com | Professional Services (Legal) | | | | $665,245 |
| 2 | Carrington Coleman<br>901 N. Main St #5500<br>Dallas, TX  75202 | Amy Lott<br>214-855-3060<br>alott@ccsb.com | Professional Services (Legal) | | | | $ 265,684 |
| 3 | Allied Building<br>15 East Union Avenue. East Rutherford, NJ 07073 | Jeff Mull<br>201-507-3876<br>jeff.mull@alliedbuilding.com | Trade debt (materials) | | | | $157,652 |
| 4 | Cherry Bekaert<br>1934 Old Gallows Road – Suite 400<br>Tysons Corner, VA 22182 | Warren Martin<br>703-584-0240<br>wmartin@cbh.com | Professional services (auditor) | | | | $149,708 |
| 5 | Saul Ewing<br>1919 Pennsylvania Ave NW, Washington, DC 20006 | Jay Reilly<br>202-295-6611<br>jreilly@saul.com | Professional services (legal) | | | | $143,472 |
| 6 | ThreeSquare<br>224 W. King Street<br>Martinsburg, WV 25443 | Monica Larson<br>304-283-3227<br>mlarson@shepherd.edu | Rent | | | | $120,995 |
| 7 | Sterne Kessler Goldstein Fox<br>1100 New York Ave NW # 800, Washington, DC 20005 | Rob Sterne<br>202-772-8555<br>rsterne@skgf.com | Professional services (Legal) | | | | $93,090 |
| 8 | Edinger Associates<br>1875 I St NW #500, Washington, DC 20006 | Brook Edinger<br>202-747-1693<br>bedinger@edingerlaw.net | Professional services (Legal) | | | | $71,336 |

Debtor  **Geostellar, Inc.**
_____Name_____

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Panacea Capital Advisors  3 Bethesda Metro Center, Suite 700  Bethesda, MD 20814 | Sam Rubenstein  301-466-9334  srubenstein@panaceacap.com | Short-term Promissory Note | | | | $65,000 |
| 10 | Investech LLC  6867 Elm Street, McLean, VA 22101 | Mudar Yaghi  703-303-3886  m.yaghi@apptek.com | Short-term Promissory Note | | | | $35,000 |
| 11 | Breezio  51 Monroe St, Rockville, MD 20850 | Chris Frew  410-935-0467  chris@breezio.com | Community collaboration software (SaaS) | | | | $33,000 |
| 12 | Cooley  11951 Freedom Dr #1500, Reston, VA 20190 | Mike Lincoln  (703) 456-8022  mlincoln@cooley.com | Professional services (Legal) | | | | $32,900 |
| 13 | CyberCoders Inc  6591 Irvine Center Drive Suite 200.  Irvine, CA 92618 | Colin Callahan  949.381.7438  Colin.Callahan@cybercoders.com | Technical Recruiter | | | | $26,500 |
| 14 | McNaughton McKay  4300 Varsity Dr, Ann Arbor, MI 48108 | Mark Ferda  734-645-6005  ferdam@mc-mc.com | Trade debt (Materials) | | | | $25,056 |
| 15 | Chad Stockman  4428 Flintstone Road  Alexandria, Virginia 22306 | Chad Stockman  703-489-3371  chadstockman@gmail.com | Severance agreement | | | | $25,000 |
| 16 | Genability  221 Main St, Ste. 400  San Francisco CA, 94105 | Eric Danziger  415-830-4038  edanziger@genability.com | Electricity rate data & API (Software/SaaS) | | | | $25,000 |
| 17 | Elasticity  1008 Locust Ave., Suite 300  St. Louis, MO 63101 | Aaron Perlut  314-800-7218  aaron@goelastic.com | Professional Services (Public Relations) | | | | $22,400 |
| 18 | WCG/W20 Group  199 Water Street, 14th Floor, New York, NY 10038 | Shontell James  212.301.7210  sjames@w2ogroup.com | Professional Services (Public Relations) | | | | $22,046 |
| 19 | Chief  1800 Massachusetts Ave NW  Second Floor  Washington, DC 20036 | Anuj Vedak  847-858-2232  anuj.vedak@agencychief.com | Professional Services (Marketing Communications) | | | | $22,012 |
| 20 | PNBC Inc.  601 50th St NE, Washington, DC 20019 | Dr. Timothy Boddie  678-727-3094  tboddie@pnbc.org | Marketing Partnership/ Sponsorship | | | | $20,000 |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 2