Order Entered.

Patrick M. Flatley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | ) |
| | ) CHAPTER 11 |
| GEOSTELLAR, INC. | ) |
| | ) CASE No. 3:18-bk-00045 |
| Debtor. | ) |
| _____ | ) |

## ORDER GRANTING MOTION TO CONVERT CHAPTER 11 PROCEEDING

Upon consideration of the Motion to Convert or Dismiss Chapter 11 Proceeding (the "Motion") filed by secured creditors Matador Solar Partners, LLC and Novus Capital Group, LLC, and the Debtor's consent to the relief sought, it is by the United States Bankruptcy Court for the Northern District of West Virginia,

**ORDERED**, that the Motion be, and the same is hereby, GRANTED, and the Debtor's Chapter 11 Proceeding is hereby converted to a Chapter 7 proceeding.

Copies to:
Michael L. Scales, Esquire
Michael J. Lichtenstein, Esquire
Debra A. Wertman, Esquire
Arch Riley, Jr.

**END OF ORDER**

# Notice Recipients

District/Off: 0424–3          User: stb                    Date Created: 4/26/2018
Case: 3:18–bk–00045          Form ID: pdfdoc              Total: 341

**Recipients of Notice of Electronic Filing:**
```
ust     United States Trustee          ustpregion04.ct.ecf@usdoj.gov
aty     Aaron C. Amore                 aaron@amorelaw.com
aty     Arch W. Riley, Jr.             ariley@bernsteinlaw.com
aty     Charles I. Jones, Jr.          cjones@campbellwoods.com
aty     Christopher Schueller          christopher.schueller@bipc.com
aty     Debra A. Wertman               debra.a.wertman@usdoj.gov
aty     Michael Joshua Lichtenstein    mjl@shulmanrogers.com
aty     Michael L. Scales              mlscales@frontier.com
```
                                                                                TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db        Geostellar, Inc.       224 W. King Street       Martinsburg, WV 25401–3212
cr        Allied Building Products Corp.    Attn: Charles I. Jones, Jr., Esq.    Campbell Woods, PLLC    P. O. Box 1835    Huntington, WV 25719–1835
cr        Matador Solar Partners, LLC, as administrative agent for Matador, and Novus Capital Group, LLC, Geostellar Capital Fund II, LLC    8750 North Central Expressway    Suite 750    Dallas, TX 75231
cr        Threesquare, LLC       224 West King St       Martinsburg, WV 25401
1550545   INviro Design & Consulting, LLC    704 E. McBee Avenue    GREENVILLE, SC 29601
1550979   Novus Capital Group    4500 Kruse Way #170    Lake Oswego, OR 97035
1550980   Matador Capital        8750 N Central Expy #750    Dallas, TX 75231
1550981   Geostellar Capital Fund II    224 W. King Street    Martinsburg, WV 25401
1550982   Michael J. Lichtenstein, Esq.    Shulman Rogers Gandal Pordy & Ecker, P.A    12505 Park PotomacAve, Floor 6    Potomac, MD 20854–6803
1550983   IFG Integral Financial Group    21000 Atlantic Boulevard, Suite 700    Dulles, VA 20166
1550984   Wills & Associates     172 S Pantops Dr    Charlottesville, VA 22911
1550985   Russell Dawe          576 Edwin Blvd    Shenandoah Junction, WV 25442
1550986   Robert Smith, CPA     PO Box 1483    Shepherdstown, WV 25443
1550987   Chris Hofland         241 17th St S    La Crosse, WI 54601
1550988   Greenberg Traurig     2200 Ross Ave #5200    Dallas, TX 75201
1550989   Jay Desai             23211 Ingomar St    Los Angeles, CA 91304
1550990   FlexLiving c/o Billing    25 Drydock Ave    Boston, MA 02210
1550991   Carrington Coleman    901 Main St #5500    Dallas, TX 75202
1550992   Allied Building       15 East Union Avenue    East Rutherford,NJ07073
1550993   Cherry Bekaert        1934 Old Gallows Road Suite 400    Tysons Corner, VA 22182
1550994   Saul Ewing            1919 Pennsylvania Ave NW    Washington, DC 20006
1550995   ThreeSquare           224 W. King Street    Martinsburg, WV 25401
1550996   Sterne Kessler Goldstein Fox    1100 New York Ave NW # 800    Washington, DC 20005
1550997   Howard Teich          845 California St. #604    San Francisco, CA 94108
1550998   Edinger Associates    1875 I St NW #500    Washington, DC 20006
1550999   Breezio               51 Monroe St    Rockville, MD 20850
1551000   Cooley                11951 Freedom Dr #1500    Reston, VA 20190
1551001   CyberCoders Inc       6591 Irvine Center Drive, Suite 200    Irvine, CA 92618
1551002   McNaughton McKay      4300 Varsity Dr    Ann Arbor, MI 48108
1551003   Chad Stockman         4428 Flintstone Road    Alexandria, Virginia 22306
1551004   Genability            221 Main St, Ste.400    San Francisco CA, 94105
1551005   Elasticity            1008 Locust Ave., Suite 300    St. Louis, MO 63101
1551006   WCG                   101 Tremont Street, 8th Floor    Boston, MA 02210
1551007   Chief                 1800 Massachusetts Ave NW, Second Floor    Washington, DC 20036
1551008   PNBC Inc.             601 50th St NE    Washington, DC 20019
1551009   Offit Kurman          8000 Towers Crescent Dr #1500    Vienna, VA 22182
1551010   BJK Consulting        7006 Little River Turnpike, Suite L    Annandale, Virginia 22003
1551011   EcoMen Solar          50 Thoreau Dr #2    Freehold, NJ 07728
1551012   Inviro Design         305 Rutherford Road, Bldg 2    Greenville, SC 29609
1551013   Deloitte              7900 Tysons One Pl #800    McLean, VA 22101
1551014   Silverline Communications    8500 Leesburg Pike, Suite 407    Vienna, VA 22182
1551015   8X8                   2125 O'Nel Dr    San Jose, CA 95131
1551016   West Coast Solar      2155 Elkins Way    Brentwood, CA 94513
1551017   Cedar Creek           1285 114th Ave NW    Coon Rapids, MN 55448
1551018   Duren McNary Holdings    8750 N Central Expy # 750    Dallas, TX 75231
1551019   DBM Design            PO Box 12924    Ogden, UT 84412
1551020   SXSW LLC              PO Box 685289    Austin, TX 78768
1551021   Rackspace Hosting     1 Fanatical Place,City of Windcrest    San Antonio, TX 78218
1551022   PayPal                2211 North First St    San Jose, CA 95131
1551023   Intuit                2700 Coast Ave    Mountain View, CA 94043
1551024   SunFarm               1312 E Cervantes St.    Pensacola, FL 32501
1551025   YellowLite Inc        1925 St Clair Ave NE    Cleveland, OH 44114
1551026   Solar States          1508 N American St    Philadelphia, PA 19122
```

```
1551027    CREW       1022 East 15th Street        Plano, TX 75074
1551028    Berkeley County Sheriff      400 W Stephen Street, Suite 209       Martinsburg, WV 25401
1551029    Marketo       901 Mariners Island Blvd       San Mateo, CA 94404
1551030    Todd Cimino Johnson      775 Gateway Drive, SE 0522       Leesburg, VA 20175
1551031    Ricky La Ricci      2921 Huntingdon Ave       Baltimore, MD 21211
1551032    The McLean Group      7918 Jones Branch Dr #750       McLean, VA 22102
1551033    All Green It      1110 Newell St       Southington, CT 06489
1551034    CMI Solar      83A Albe Drive       Newark, DE 19702
1551035    Energy Concepts      627 Ridgely Ave       Annapolis, MD 21401
1551036    First Insurance      450 Skokie Boulevard, Suite1000       Northbrook, IL 60062
1551037    DT Solar      178 Whisper Wood Drive       French Creek, WV 26218
1551038    WF Reid      302 Paynes Ford Rd       Martinsburg, WV 25405
1551039    Able Energy      7200 Hudson Blvd N #290       Oakdale, MN 55128
1551040    Standard Energy      1355 Piccard Dr, Suite 300       Rockville, MD 20850
1551041    Onsite Energy Inc      619 N Church Ave       Bozeman, MT 59715
1551042    Pro–Stat Services, LLC      6115 East 18th Street, Suite B       Vancouver, WA 98661
1551043    Jackson Ross PLLC      75 Maiden Ln #903       New York, NY 10038
1551044    Demarse Electric      52 Main St       Queensbury, NY 12804
1551045    Golden Solar      614 10th St       Golden, CO 80401
1551046    Michigan Solar Solutions      509 Sherbrooke St       Commerce Charter Twp, MI 48382
1551047    Superior Solar Solutions      925 Sunshine Ln #1010       Altamonte Springs, FL 32714
1551048    IESupply      2001 Marina Boulevard       San Leandro, CA 94577
1551049    All Energy      1642 Carroll Ave       St. Paul, MN 55104
1551050    Beaty Cleaning      181 Wellington Ct.       Charles Town, WV 25414
1551051    XOOM Solar      11208 Statesville Rd       Huntersville, NC 28078
1551052    Contrast & Co      2816 Fennel Road       Edgewater, MD 21037
1551053    SepiSolar      39845 Paseo Padre Pkwy       Fremont, CA 94538
1551054    CPA Global      2318 Mill Road, 12th Floor       Alexandria, VA 22314
1551055    The Hartford      P.O. Box 660917       Dallas, TX 75266
1551056    Philadelphia Insurance      1940 Duke Street, Suite 200       Alexandria, VA 22314
1551057    Lincoln National Life      1300 South Clinton St       Fort Wayne, IN 46802
1551058    PVPower Inc      4256 N Ravenswood Ave       Chicago, IL 60613
1551059    American Conservation Film Festival      P.O. Box 889       Shepherdstown, West Virginia 25443
1551060    Jaffe, Inc.      10406 Fawcett Street       Kensington, MD 20895
1551061    Ringio      570 Herndon Pkwy #400       Herndon, VA 20170
1551062    Clean Energy Coalition      1250 N Main St #1       Ann Arbor, MI 48104
1551063    Definitive Results      Loudoun St SE       Leesburg, VA 20175
1551064    Silent Partner Co      642 Hilliard St       Manchester, Connecticut 06042
1551065    Claire Daniel      c/o Maestro Group      1961 Chain Bridge Rd       Tysons, VA 22102
1551066    Duren McNarty Holdings      c/o Nick Duren Crescent Securities      8750 N Central Expy # 750       Dallas, TX 75231
1551067    Acoustisonics      8412 Peck Pl       Bethesda, MD 20817
1551068    Solar Energy Industries Association      600 14th St., NW, Suite 400       Washington, D.C. 20005
1551069    Jenetek      c/o Dan Jensen      2726 NE 159th Cir       Ridgefield, WA 98642
1551070    BBB      1411 K St. NW, 10th Floor       Washington, DC 20005–3404
1551071    Dun & Bradstreet      103 JFK Parkway       Short Hills, NJ 07078
1551072    CT Corporation      111 Eighth Ave       New York City, NY 10011
1551073    Corporation Service Co      251 Little Falls Dr       Wilmington, DE 19808
1551074    FedEx      942 South Shady Grove       Memphis, TN 38120
1551075    Crystal Springs      3140 Jacob St       Wheeling, WV 26003
1551076    Registered Agent Solutions, Inc.      1701 Directors Blvd #300       Austin, TX 78744
1551077    Atlantic Security      19741 Leitersburg Pike # G       Hagerstown, MD 21742
1551078    Tim Pownell      c/o United Bank      450 Foxcroft Ave       Martinsburg, WV 25401
1551079    Small Island Studios      210 Collins Street       Hobart, TAS 7000       Australia
1551080    California Franchise Tax Board      PO BOX 942840       Sacramento, CA 94240–0040
1551081    UPS      55 Glenlake Parkway NE       Atlanta, GA 30328
1551082    startupTA      c/o David Kimmelman      9303 Silvercreek Ct       Fairfax Station, VA 22039
1551083    America Green Solar      7083 Hollywood Blvd       Los Angeles, CA 90028
1551084    Modernize Upshift      804 Congress Ave #400       Austin, TX 78701
1551085    FCSN      c/o John McGrath      135 Alice Ln       Shepherdstown, WV 25443
1551086    Google      1600 Amphitheatre Parkway       Mountain View, CA 94043
1551087    Capshare      11339 South 700 East, Suite 100       Sandy, UT 84070
1551088    Voltaic Software      1115 Delaware Ave, Suite 300       Lexington, KY 40505
1551089    Rev. Willie Butler      5550 Glenridge Dr       Atlanta, GA 30342
1551090    Robert Styler      3029 Via de Caballo       Encinitas, CA 92024
1551091    Potomac Edison      76 S. Main St., A–RPC       Akron, OH 44308–1890
1551092    Comcast & Comcast Business      One Comcast Center       Philadelphia, PA 19103
1551093    City of Martinsburg      232 North Queen St       Martinsburg, WV 25401
1551094    Mountaineer Gas      P.O Box 5201       Charleston, WV 25361–0201
1551095    John Perich      13059 Via Caballo Rojo       San Diego, CA 92129
1551096    Wendy Englert      877 Craig Rd       Ripley, TN 38063
1551097    Lou Ochs      1730 W Race St       St Paul, MN 55116
1551098    David Novy      2242 5th St East       Saint Paul, MN 55119
1551099    Scott Strand      1335 Bradley St N       St Paul, MN 55130
1551100    Mark Learned      5316 Xenia Ave N       Minneapolis, MN 55429
1551101    Daniel Stouffer      3809 104th Trail North       Minneapolis, MN 55443
1551102    Peter Haack      572 Bluff Dr       La Crescent, MN 55947
1551103    Eric Gerz      3950 Birchwood Ln       Columbia, PA 17512
```

```
1551104	Glenn Costanzo	80 Grand St	Susquehanna, PA 18847
1551105	Joy Bridy	2533 Warm Springs Rd.	Shenandoah Junction, WV 25442
1551106	Clifford Mitchem	379 Shadow Lakes Dr	Lehigh Acres, FL 33974
1551107	Tim Peak	3207 Sharps St	Fort Collins, CO 80526
1551108	Laura Seitz	4845 Deer Trl	Elizabeth, CO 80107
1551109	Julian Ventura	4806 S Figueroa St	Los Angeles, CA 90037
1551110	Daniel Horan	489 Towne St	North Attleborough, MA 02760,
1551111	Bob Pellerin	12 Meadowlark Lane	Andover, NH 03216
1551112	Sue Cloutman	278 Crystal Lake Rd	Gilmanton Iron Works, NH 03837
1551113	Daryl and Cathleen Weinert	1400 Linwood Ave	Ann Arbor, MI 48103
1551114	Russell Perigo	2840 Brandywine Dr	Ann Arbor, MI 48104
1551115	John Brinley	5623 Walnut Hall	Ann Arbor, MI 48105
1551116	Joshua Charson	1585 Woodland Dr	Ann Arbor, MI, 48103
1551117	Paul Thomas	601 Anson Ave	Abilene, TX 79601
1551118	Francis Connolly	3079 Exmoor Rd	Ann Arbor, MI 48104
1551119	Gregory Barkley	2890 Burlington St	Ann Arbor, MI 48105
1551120	Mike Mammel	3701 Meadow View Dr	Dexter, MI 48130
1551121	Mary Wigton	511 W. Summit	Ann Arbor, MI 48103
1551122	Steve Engelman	51800 S Foster Rd	New Baltimore, MI 48047
1551123	Matt Schultz	1544 Riverwood Dr	Ann Arbor, MI 48103
1551124	Francie Bauer	12780 Rattalee Lake Rd	Davisburg, MI 48350
1551125	Timothy Cotts	2010 Marra Dr	Ann Arbor, MI 48103
1551126	William (Andy) Adamson	3629 Wagner Ridge Ct	Ann Arbor, MI 48103
1551127	Brian Wietzke	3230 Golfview Dr	Saline, MI 48176
1551128	Marge Schwartz	610 41st St	Allegan, MI 49010
1551129	Michael Traugott	3204 Sunnywood Dr	Ann Arbor, MI 48103
1551130	Steve Thiry	2707 Tessmer Rd	Ann Arbor, MI 48103
1551131	Oniel Jones	10 Talmadge Dr	Baldwin, NY 11510
1551132	Jeremy Ehrlich	209 Hayes Street	Seattle, WA 98109
1551133	Steven Koshiol	4856 Woodridge Ct	Minnetonka, MN 55345
1551134	Paul Merry	3208 Lakeridge Ln NW	Rochester, MN 55901
1551135	Rita Hickey	3501 Larchwood Dr	Minnetonka, MN 55345
1551136	Dean Holmes	978th St	Ellsworth, WI 54011
1551137	Jeff Peterson	2106 Stanford Avenue	St Paul, MN, 55105
1551138	Richard Anderson	41 Blue Goose Lane	Shepherdstown, WV 25443
1551139	Michael Gyasi	92 Columbine Ave	Pawtucket, RI 02861
1551140	Robert & Mary Anne Counts	82 N Rd	South Kingstown, RI 02879
1551141	Christoph and Molly Zurcher	5019 Picket Dr	Colorado Springs, CO 80918
1551142	Jenny Powers	2601 W Mulberry St	Fort Collins, CO 80521
1551143	David Cox	920 Dixon Ave	Missoula, MT 59801
1551144	Liem Nguyen	500 Tigerwood Way	San Jose, CA 95111
1551145	Stephanie Barberra	2006 Wolford Rd	Schwenksville, PA 19473
1551146	John Ziegler	298 Glen Rock Rd	Glen Rock, PA 17327
1551147	Sheryee & Ryan Buell	16583 Newcomb St	San Diego, CA 92127
1551148	Frank Boling Jr	817 Turmeric Ln	Durham, NC 27713
1551149	John Mendoza	1007 Oak View Dr.	Pensacola, FL 32506
1551150	Palmer Thompson–Moss	877 Park Pl	Brooklyn, NY 11216
1551151	Richard Thornton	32776 Parkview Dr,	Fort Bragg, CA 95437
1551152	Lori Sutton	602 Alison Cir	Livermore, CA 94550
1551153	Rudolf Cabrera	1221 S 9th Ave	Yuma, AZ 85364
1551154	Zach Ward	121 S Church St	Martinsburg, WV 25401
1551155	Robert McEachern	3251 Normandy Woods Dr. #C	Ellicott City, MD 21043
1551156	Benjamin Howar	74 Edward Ct	Shenandoah Junction, WV 25442
1551157	John Stillwagon	328 Boyd Ave	Martinsburg, WV 25401
1551158	David Levine	2426 Steamboat Run Road	Shepherdstown, WV 25401
1551159	Michelle Burwell	105 Arlington Ct	Martinsburg, WV 25401
1551160	Kelly Hockman	c/o John Stillwagon	328 Boyd Ave	Martinsburg, WV 25401
1551161	Chad Stockman	4428 Flintstone Rd	Alexandria, VA 22306
1551162	Glenn Twyman	724 W. Stephen St	Martinsburg, WV 25401
1551163	Michael Rhodes	13447 Marble Rock Dr	Chantilly, VA 20151
1551164	Richard Deal	39 Winners Circle	Shenandoah Junction, WV 25442
1551165	Evan Whalen	230 Timber Ln	Harpers Ferry, WV 25425
1551166	Troy Pierce	6908 Seneca Falls LN	Austin, TX 78739
1551167	Amanda Stickles	220 Cashmere Dr	Martinsburg, WV 25404
1551168	Jed Ashby	147 Lure Court	Inwood, WV 25428
1551169	Pia Boskey	82 Sirocco Court	Falling Waters, WV 25419
1551170	Samantha Brown	185 Hale Rd	Charles Town, WV 25414
1551171	Michelle Burwell	413 Karla Ct	Martinsburg, WV 25404
1551172	David Carter–Bailey	8980 Cross Hive Ct	Columbia, MD 21045
1551173	Jeremy Dobrzanksi	610 Irving St NW Unit T05	Washington, DC 20010
1551174	Jennifer Easterly	146 Norwood Dr	Falling Waters, WV 25419
1551175	Will Faulcon	115 Glory Lane	Falling Waters, WV 25419
1551176	Jennifer Fountain	178 Spring Warbler Way	Shepherdstown, WV 25443
1551177	Abbygail Fowler	1421 N Wicklow Rd	Nixa, MO 65714
1551178	Sean Fuellhart	228 Porter Way	Charles Town, WV 25414
1551179	Alexander Illyn	179 Brookline Drive	Charles Town, WV 25414
1551180	Tara Lowe	4495 Middleway Pike	Kearneysville, WV 25430
1551181	Barrett Lynch	1014 Forest Road	Charleston, WV 25314
```

| | | | | |
|---|---|---|---|---|
| 1551182 | Matthew Melmon | 20975 Valley Green Dr, Apt 219 | Cupertino, CA 95014 | |
| 1551183 | Eric Montgomery | 1213 Oden St | Front Royal, VA 22630 | |
| 1551184 | William Nedrow | 28 Bruce Drive | Charles Town, WV 25414 | |
| 1551185 | Troy Pierce | 6908 Seneca Falls Ln | Austin, TX, 78739 | |
| 1551186 | Beau Randall | 800 The Mark Lane #2502 | San Diego, CA 92101 | |
| 1551187 | Stephanie Schrider | 4199 Spohrs Rd | Berkeley Springs, WV 25411 | |
| 1551188 | Kevin Sweet | 1200 N Hartford St, Apt 608 | Arlington, VA 22306 | |
| 1551189 | Glenn Twyman | 724 W. Stephen St | Martinsburg, WV 25401 | |
| 1551190 | Joseph Tutela | 1033 Elkgrove Ave #2 | Venice, CA 90291 | |
| 1551191 | Mark Wirt | P.O Box 1224 | Shepherdstown, WV 25443 | |
| 1551192 | Chase Zarefoss | 11104 Shadybrook Ct | Hagerstown, MD 21740 | |
| 1551193 | Michael Yost | 87 Meridith Lane | Shepherdstown, WV 25443 | |
| 1551194 | NRG Energy | 804 Carnegie Center | Princeton, NJ 08540 | |
| 1551195 | TJ Sun | 7927 Jones Branch Dr, Suite 3125 | McLean, VA 22102 | |
| 1551196 | Rob Miller | 601 N. Fairfax Street, Unit 216 | Alexandria, VA 22314 | |
| 1551197 | Chris Dymond | 1752 N. St, NW, 8th Floor | Washington DC 20036 | |
| 1551198 | Gerry Sikorski | c/o Holland & Knight LLP | 800 17th St NW #1100 | Washington, DC 20006 |
| 1551199 | Charlie Schellhorn | 333 West 11th St | Kansas City, Missouri, 64105 | |
| 1551200 | Sterling Raphael | c/o eventr.io | 4454 State Line Road, Suite 100 | Kansas City, KS 66103 |
| 1551201 | Ed Ossie (FFV) c/o eventr.io | 4454 State Line Road, Suite 100 | Kansas City, KS 66103 | |
| 1551202 | The South Face LLC –– Matt Cheney | 139 Townsend St., Suite #150 | San Francisco, CA 94107 | |
| 1551203 | Baker Restoration –– LeeAnn Baker Steding | 3121 East Madison St, Suite 206 | Seattle, WA, 98112 | |
| 1551204 | Dr. Paul H. Levine | 4816 Montgomery Lane | Bethesda, MD 20814 | |
| 1551205 | Larry Coben | c/o Sustainable Preservation Initiative | 40 West 22nd St, Suite 11 | New York, NY 10010 |
| 1551206 | Mary Dridi | 3406 Slade Run Road | Falls Church, VA 22402 | |
| 1551207 | Paul Woods | 691 Steamboat Run Road | Sheperdstown, WV 25443 | |
| 1551208 | Allied Defense Industries | 210 Commerce Cir | Kearneysville, WV 25430 | |
| 1551209 | David Miljour | 51 Maddex Dr | Shepherdstown, WV 25443 | |
| 1551210 | John William Younis Sr | 41 Meredith Ln | Shepherdstown, WV 25443 | |
| 1551211 | Gant Redmon | 31 Woodland Rd. | Lexington, MA 02420 | |
| 1551212 | Tom Steding | 3920 Eagle Rock Road – Tahoe Pines   Box 205 | Homewood, CA 96141 | |
| 1551213 | Anne Hutchens | c/o James J. Condon | 23235 Wrathall Drive | Ashburn, VA 20148 |
| 1551214 | Buddy Hill | c/o James J. Condon | 23235 Wrathall Drive | Ashburn, VA 20148 |
| 1551215 | Thomas Varghese (Kadan) | 2342 Shattuck Ave, #323 | Berkeley, CA 94704 | |
| 1551216 | Tim Hutchens | c/o CBRE   750 9th St NW #900 | Washington, DC 20001 | |
| 1551217 | Christine Hertzog | c/o EPRI   3420 Hillview Ave | Palo Alto, CA 94304 | |
| 1551218 | A Neal Barkus | c/o Steptoe & Johnson | 1250 Edwin Miller Blvd | Martinsburg, WV 25404 |
| 1551219 | Iguana Energy Exchange LLC (Carlos) | c/o Andrew Rogovin, Hinckley Allen | 28 State St   Boston, MA, 02109 | |
| 1551220 | Ian Gibson Smith | c/o AMS Group   661 S Washington St | Alexandria, VA 22314 | |
| 1551221 | John McGrath | 135 Alice Lane | Sheperdstown, WV 22314 | |
| 1551222 | Dr. Christopher Beckett | 184 E 2nd Ave | Williamson, WV 25661 | |
| 1551223 | Clifford Smith | 44 Blossom View Ct | Shepherdstown, WV 25443 | |
| 1551224 | Richard and Monica Levine | 701 Nicholas Lane | Cockeysville, MD 21030 | |
| 1551225 | Greg Rochli | 7600 Rolling Mill Rd | Baltimore, MD 21224 | |
| 1551226 | David M. Hammer | 408 W King St | Martinsburg, WV 25401 | |
| 1551227 | MD DBED | 401 E Pratt St | Baltimore, MD 21202 | |
| 1551228 | James Condon | 23235 Wrathall Drive | Ashburn, VA 20148 | |
| 1551229 | Murphy Pondexter | 907 Highland Ter | Saint Albans, WV 25177 | |
| 1551230 | Eric Graf | c/o Flockgen   718 Thompson Ln, Suite 108310 | Nashville, TN 37204 | |
| 1551231 | Harsh Mahatma | 10829 NW 8th Street | Pembroke Pines, FL 33026 | |
| 1551232 | Valerie Gaydos | Angel Venture Forum   c/o Hera Hub   5028 Wisconsin Avenue, Ste. 100   Wachington, DA 20016 | | |
| 1551233 | Kyle Cronan | 2215 S. St. Louis Ave. | Chicago, IL 60623 | |
| 1551234 | Matt Cunningham | c/o Elementum SCM | 1300 Terra Bella Ave #200 | Mountain View, CA 94043 |
| 1551235 | Scott Rotruck | 912 Suncrest Place | Morgantown, WV 26505 | |
| 1551236 | Mehmet Ogden | 7921 Jones Branch Dr, #222 | McLean, VA 22102 | |
| 1551237 | Panacea Capital Advisors, Inc. | 3 Bethesda Metro Center, Suite 700 | Bethesda, MD 20814 | |
| 1551238 | Chris Martin | c/o Broadsoft | 9737 Washington Blvd, Suite 350 | Gaithersburg, MD 20878 |
| 1551239 | Douglas Buchanon | 145 Nassau Street, #2F | New York, NY 10038 | |
| 1551240 | Don Trent Jacobs | PO Box 3040 | Sequim, WA 98382 | |
| 1551241 | Investech, LLC | 6867 Elm Street | McLean, VA 22101 | |
| 1551242 | Craig D. Adler Living Trust | 2411 Dulles Corner Park, Suite 800 | Herndon, VA 20171 | |
| 1551243 | CMM Ventures, LLC | 3033 Brandywine Street, NW | Washington, DC 20008 | |
| 1551244 | William Wilhelm | 1517 30th Street, NW, Apt. C–31 | Washington, DC 20004 | |
| 1551245 | Barry Direnfeld | 3300 North Albemarle Street | Arlington, VA 22207 | |
| 1551246 | Samuel Rubenstein | c/o Panacea Capital Advisors, Inc. | 3 Bethesda Metro Center, Suite 700   Bethesda, MD 20814 | |
| 1551247 | Panacea Capital Advisors, Inc. | 3 Bethesda Metro Center, Suite 700 | Bethesda, MD 20814 | |
| 1551248 | WDP Ventures LLC | 1100 North Glebe Rd, Suite 1100 | Arlington, VA 22201 | |
| 1551249 | WDP Ventures, LLC | c/o David G. Pommerening   Baker Botts   1299 Pennsylvania Ave, NW, #120   Washington, DC 20004 | | |
| 1551250 | MAB Media LLC | c/o Mudar Yaghi | 6867 Elm Street | McLean, VA 22101 |
| 1551251 | Chris Martin | 3301 Bywater Court | Herndon, VA 20171 | |
| 1551252 | Select Venture Fund I, LLC | 159 Lichfield Blvd, Suite 101 | Fredericksburg, VA 22406 | |
| 1551253 | RBJ Holdings, LLC | 2900 Fairview Park Dr. | Falls Church, VA 22042 | |

```
1551254   Novus Capital (Preferred Warrants)      4500 Kruse Way #170      Lake Oswego, OR 97035
1551255   Valentis Solar Equity Fund LLC      7921 Jones Branch Dr, #222      McLean, VA 22102
1551256   Rebecca Sue Abbott      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551257   Sadek Omar      c/o Omar Holding & Development      8300 Greensboro Drive, Suite 1100      Tysons Corner, VA 22102–0000
1551258   Laura Shaw Murra      c/o Moloney Securities      13537 Barrett Pkwy Dr,      Ballwin, MO 63021
1551259   J. Hunt Bonan      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551260   Spilman Thomas & Battle, PLLC      48 Donley St, Suite 800      Morgantown, WV 26501
1551261   Rachel Tronstein      c/o Gardner– White      4445 N Atlantic Blvd      Auburn Hills, MI 48326
1551262   Erik Larson      5078 Bonnie Branch      Ellicott City, MD 21045
1551263   Patrick Kelly      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551264   Robert Gordon Roberts Trust      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551265   Jon Crouse      102 Breezewood Drive      Elizabeth City, NC 27909
1551266   Norma Shaw by Randy Shaw POA      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551267   Donald R. Hancock      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551268   Frances Bremer Trust      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551269   Joseph Corrigan      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551270   Carl W. Hastings      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551271   Oliver McKee      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551272   Greg & Joyce A. Swaller      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551273   S&M Holdings, LLC      c/o Panacea Capital Advisors, Inc.      3 Bethesda Metro Center, Suite 700      Bethesda, MD 20814
1551274   Ellen Langtree Roberts Trust      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551275   Craig D. Adler Living Trust      9303 Silvercreek Court      Fairfax Station, VA 22039
1551276   John L. Forir      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551277   Kenneth R. Callahan Rev Trust      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551278   Robert J. Becker      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551279   Chad Stockman      4428 Flintstone Road      Alexandria, VA 22306
1551280   John T. Riecker      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551281   Mark Schoning      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551282   Barry Direnfeld      3300 North Albemarle Street      Arlington, VA 22207
1551283   Brian Corrigan      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551284   Joseph Lamacchia      c/o Moloney Securities      13537 Barrett Pkwy Dr      Ballwin, MO 63021
1551285   INviro Design & Consulting, LLC      704 E. McBee Avenue      Greenville, SC 29601
1551286   Mark A. Bible, Jr.      Kenison, Dudley & Crawford, LLC      704 E. McBee Avenue      Greenville, SC 29601
1551287   Nicholas R. Stuchell, Esq.      Daniels Law Firm, PLLC      PO Box 1433      Charleston, WV 25325
1551293   Atty General Of WV      BLDG 1 E–26 Ground Floor Main Unit      Capitol Building      Charleston WV 25301
1551294   Internal Revenue Service      Post Office Box 7346      Philadelphia PA 19101–7346
1551295   Regional Bankruptcy Contact      U.S. Environmental Protection Agency      Region III      1650 Arch Street (3RC00)      Philadelphia PA 19103
1551296   Secretary Of The Treasury      15th St & Pennsylvania Avenue      Washington DC 20220
1551297   Social Security Administration      300 Spring Garden Street      Philadelphia PA 19123
1551298   US Attorney      Northern District of WV      PO Box 591      Wheeling WV 26003
1551299   WV Dept of Tax & Revenue      Bankruptcy Unit      Post Office Box 766      Charleston WV 25323–0766
1551300   West Virginia Insurance Commission      Legal Division – Bankruptcy      Post Office Box 50540      Charleston WV 25305–0540
1552383   Cherry Bekaert LLP      200 South 10th Street      Suite 200      Richmond VA 23219
1552460   David F. Pollock      54 S. Washington St.      Waynesburg, PA 15370
1552837   McNaughton McKay Electric Company      1401 E. Lincoln Avenue      Madison Heights MI 48071
1552915   Robert and Mary Anne Counts      82 North Road      Peace Dale, RI 02879
1554218   Amy E. Vulpio      White and Williams LLP      1650 Market St Fl 18      Philadelphia, PA 19103
1554219   Google LLC fka Google Inc.      c/o White and Williams LLP      7 Times Square, Suite 2900      New York, NY 10036–6524
1554376   Ringobon, LLC      570 Herndon Parkway Suite 400      Herndon, VA 20170
1554789   Richard B Deal Jr      39 Winners Circl      Shenandoah Junction, WV 25442
1555546   YellowLite      Azam Kazml, President      1925 St. Clair Ave. NE      Cleveland OH 44114
1557326   Ken Henschel      29 Herald Drive      Leesburg, FL 34748
1558562   Marketo, Inc.      901 Mariners Island Blvd.      Suite 500      San Mateo, CA 94404
```

TOTAL: 333