Form ocv11to7

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In Re: Geostellar, Inc.<br>Debtor(s) | Case No.: 3:18–bk–00045 |

## ORDER CONVERTING CASE UNDER CHAPTER 11 TO CASE UNDER CHAPTER 7
## AND NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

The Court has determined to convert this case to one under Chapter 7 of the Bankruptcy Code. Therefore, it is hereby

**ORDERED** that the Chapter 11 case of the above–captioned debtor is converted to a case under Chapter 7. It is

**FURTHER ORDERED** that the Debtor or Chapter 11 trustee , whichever pertains, shall:

1. File and transmit to the United States Trustee within 30 days of the entry of this order a final report and account. Fed. R. Bankr. P. 1019 (5)(A)(ii).

2. Forthwith, on demand, and after the qualification of or assumption of duties by the Chapter 7 trustee, turn over to the Chapter 7 trustee all records and property of the estate in the possession or control of the Debtor or Chapter 11 trustee. Fed. R. Bankr. P. 1019(4).

3. File within 14 days after entry of this Order, if the debtor has not already done so in the Chapter 11 case:
   (A) lists, inventories, schedules, and statement of financial affairs as required by Fed. R. Bankr. P. 1007. Any such document filed in the Chapter 11 case is deemed filed in the Chapter 7 case;
   (B) amended schedules I and J, if the debtor's income and/or expenses have changed between the filing of the Chapter 11 petition and the entry of this Order;
   (C) amended schedules as necessary to reflect the loss/acquisition of property of the estate between the filing of the Chapter 11 petition and the date of this order converting the case to one under Chapter 7;
   (D) a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim. The debtor or debtor's counsel shall serve upon each of these creditors a copy of the Notice of Bankruptcy Case Filing and the Meeting of Creditors. This notice must include all nine digits of the debtor's social security number. The debtor or debtor's attorney shall file a certificate of service with the Clerk evidencing service of the above documents; and
   (E) a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the Chapter 11 petition, but before entry of this Order.

4. File a Statement of Intention in conformity with Official Form B8 within 30 days after entry of this Order, or before the date first set for the meeting of creditors in the converted case, whichever is earlier.

5. File a statement of completion of a course concerning personal financial management. If the Debtor has not already filed a statement of completion of a course concerning personal financial management, prepared as prescribed by the appropriate Official Form, the Debtor is notified, pursuant to Fed. R. Bankr. P. 5009(b), that the case will be closed without the entry of discharge unless the statement is filed no later than 60 days after the first date set for the meeting of creditors under §341.

6. The debtor, if applicable, shall continue payment of the filing fee in installments on or before the dates set forth in the Order Approving Payment of Filing Fees In Installments previously entered in the Bankruptcy case.

### Notice to Creditors and Other Parties in Interest

7. Unless a pre–bankruptcy default has been fully cured in the Chapter 11 case, the existing default shall have the effect given to it by applicable non–bankruptcy law in the converted case.

8. A new time period for: filing a motion under 11 U.S.C. §707(b) or (c), objecting to a claim of exemption, filing claims, filing a complaint objecting to discharge, or filing a complaint to determine dischargeability of any debt shall commence in accordance with Fed. R. Bankr. P. 1017, 1019(2), 3002, 4004, or 4007.

9. All claims filed by creditors before conversion are deemed filed in the Chapter 7 case. A non–administrative expense claim against the debtor that arose after the filing of the petition and before entry of this Order shall be treated as if such claim had arisen immediately before the date of the filing of the petition, and may be filed in accordance with Fed. R. Bankr. P. 3001(a–d) and 3002.

10. Any request for payment of a pre–conversion administrative expense incurred by any entitiy other than a governmental unit is timely filed if it is filed within 90 days of the date first set for the meeting of creditors in this converted case. A governmental unit's request for payment of a pre–conversion administrative expense is timely if it

is filed within 180 days of the entry of this Order.

11. The conversion of this case to Chapter 7 does not terminate pending motions. On conversion, every effort should be made to inform the case trustee of the status of a pending motion. In the event that the trustee has inadequate time to respond to a pending motion due to the conversion of the case, the court may delay entry of a proposed order, or grant relief to the trustee from the order under Fed. R. Bankr. P. 9023 and/or 9024.

12. Notwithstanding the above paragraph, any pending proposed disclosure statement and/or Chapter 11 plan, objections thereto, and any motion to dismiss the Chapter 11 case are denied as moot, and further action on those matters may be terminated by the Clerk's office.

### Appointment of a Chapter 7 Trustee

13. The Chapter 7 Trustee appointed to administer this Chapter 7 estate is: Martin P. Sheehan.

14. Within 14 days of being appointed, the Chapter 7 trustee shall file a notice of substitution of party in any pending adversary proceeding brought by or against the Chapter 11 debtor in possession and/or the Chapter 11 trustee on behalf of the bankruptcy estate.

DATED: April 26, 2018

*Patrick M. Flatley*
_____
U.S. Bankruptcy Judge

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–3 | User: stb | Date Created: 4/26/2018 |
| Case: 3:18–bk–00045 | Form ID: ocv11to7 | Total: 342 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustpregion04.ct.ecf@usdoj.gov
tr    Martin P. Sheehan    sheehanparalegal@wvdsl.net
aty    Aaron C. Amore    aaron@amorelaw.com
aty    Arch W. Riley, Jr.    ariley@bernsteinlaw.com
aty    Charles I. Jones, Jr.    cjones@campbellwoods.com
aty    Christopher Schueller    christopher.schueller@bipc.com
aty    Debra A. Wertman    debra.a.wertman@usdoj.gov
aty    Michael Joshua Lichtenstein    mjl@shulmanrogers.com
aty    Michael L. Scales    mlscales@frontier.com

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Geostellar, Inc.    224 W. King Street    Martinsburg, WV 25401–3212
cr    Allied Building Products Corp.    Attn: Charles I. Jones, Jr., Esq.    Campbell Woods, PLLC    P. O. Box 1835    Huntington, WV 25719–1835
cr    Matador Solar Partners, LLC, as administrative agent for Matador, and Novus Capital Group, LLC, Geostellar Capital Fund II, LLC    8750 North Central Expressway    Suite 750    Dallas, TX 75231
cr    Threesquare, LLC    224 West King St    Martinsburg, WV 25401
1550545    INviro Design & Consulting, LLC    704 E. McBee Avenue    GREENVILLE, SC 29601
1550979    Novus Capital Group    4500 Kruse Way #170    Lake Oswego, OR 97035
1550980    Matador Capital    8750 N Central Expy #750    Dallas, TX 75231
1550981    Geostellar Capital Fund II    224 W. King Street    Martinsburg, WV 25401
1550982    Michael J. Lichtenstein, Esq.    Shulman Rogers Gandal Pordy & Ecker, P.A    12505 Park PotomacAve, Floor 6    Potomac, MD 20854–6803
1550983    IFG Integral Financial Group    21000 Atlantic Boulevard, Suite 700    Dulles, VA 20166
1550984    Wills & Associates    172 S Pantops Dr    Charlottesville, VA 22911
1550985    Russell Dawe    576 Edwin Blvd    Shenandoah Junction, WV 25442
1550986    Robert Smith, CPA    PO Box 1483    Shepherdstown, WV 25443
1550987    Chris Hofland    241 17th St S    La Crosse, WI 54601
1550988    Greenberg Traurig    2200 Ross Ave #5200    Dallas, TX 75201
1550989    Jay Desai    23211 Ingomar St    Los Angeles, CA 91304
1550990    FlexLiving c/o Billing    25 Drydock Ave    Boston, MA 02210
1550991    Carrington Coleman    901 Main St #5500    Dallas, TX 75202
1550992    Allied Building    15 East Union Avenue    East Rutherford,NJ07073
1550993    Cherry Bekaert    1934 Old Gallows Road Suite 400    Tysons Corner, VA 22182
1550994    Saul Ewing    1919 Pennsylvania Ave NW    Washington, DC 20006
1550995    ThreeSquare    224 W. King Street    Martinsburg, WV 25401
1550996    Sterne Kessler Goldstein Fox    1100 New York Ave NW # 800    Washington, DC 20005
1550997    Howard Teich    845 California St. #604    San Francisco, CA 94108
1550998    Edinger Associates    1875 I St NW #500    Washington, DC 20006
1550999    Breezio    51 Monroe St    Rockville, MD 20850
1551000    Cooley    11951 Freedom Dr #1500    Reston, VA 20190
1551001    CyberCoders Inc    6591 Irvine Center Drive, Suite 200    Irvine, CA 92618
1551002    McNaughton McKay    4300 Varsity Dr    Ann Arbor, MI 48108
1551003    Chad Stockman    4428 Flintstone Road    Alexandria, Virginia 22306
1551004    Genability    221 Main St, Ste.400    San Francisco CA, 94105
1551005    Elasticity    1008 Locust Ave., Suite 300    St. Louis, MO 63101
1551006    WCG    101 Tremont Street, 8th Floor    Boston, MA 02210
1551007    Chief    1800 Massachusetts Ave NW, Second Floor    Washington, DC 20036
1551008    PNBC Inc.    601 50th St NE    Washington, DC 20019
1551009    Offit Kurman    8000 Towers Crescent Dr #1500    Vienna, VA 22182
1551010    BJK Consulting    7006 Little River Turnpike, Suite L    Annandale, Virginia 22003
1551011    EcoMen Solar    50 Thoreau Dr #2    Freehold, NJ 07728
1551012    Inviro Design    305 Rutherford Road, Bldg 2    Greenville, SC 29609
1551013    Deloitte    7900 Tysons One Pl #800    McLean, VA 22101
1551014    Silverline Communications    8500 Leesburg Pike, Suite 407    Vienna, VA 22182
1551015    8X8    2125 O'Nel Dr    San Jose, CA 95131
1551016    West Coast Solar    2155 Elkins Way    Brentwood, CA 94513
1551017    Cedar Creek    1285 114th Ave NW    Coon Rapids, MN 55448
1551018    Duren McNary Holdings    8750 N Central Expy # 750    Dallas, TX 75231
1551019    DBM Design    PO Box 12924    Ogden, UT 84412
1551020    SXSW LLC    PO Box 685289    Austin, TX 78768
1551021    Rackspace Hosting    1 Fanatical Place,City of Windcrest    San Antonio, TX 78218
1551022    PayPal    2211 North First St    San Jose, CA 95131
1551023    Intuit    2700 Coast Ave    Mountain View, CA 94043
1551024    SunFarm    1312 E Cervantes St.    Pensacola, FL 32501
1551025    YellowLite Inc    1925 St Clair Ave NE    Cleveland, OH 44114

| | | | |
|---|---|---|---|
| 1551026 | Solar States | 1508 N American St | Philadelphia, PA 19122 |
| 1551027 | CREW | 1022 East 15th Street | Plano, TX 75074 |
| 1551028 | Berkeley County Sheriff | 400 W Stephen Street, Suite 209 | Martinsburg, WV 25401 |
| 1551029 | Marketo | 901 Mariners Island Blvd | San Mateo, CA 94404 |
| 1551030 | Todd Cimino Johnson | 775 Gateway Drive, SE 0522 | Leesburg, VA 20175 |
| 1551031 | Ricky La Ricci | 2921 Huntingdon Ave | Baltimore, MD 21211 |
| 1551032 | The McLean Group | 7918 Jones Branch Dr #750 | McLean, VA 22102 |
| 1551033 | All Green It | 1110 Newell St | Southington, CT 06489 |
| 1551034 | CMI Solar | 83A Albe Drive | Newark, DE 19702 |
| 1551035 | Energy Concepts | 627 Ridgely Ave | Annapolis, MD 21401 |
| 1551036 | First Insurance | 450 Skokie Boulevard, Suite1000 | Northbrook, IL 60062 |
| 1551037 | DT Solar | 178 Whisper Wood Drive | French Creek, WV 26218 |
| 1551038 | WF Reid | 302 Paynes Ford Rd | Martinsburg, WV 25405 |
| 1551039 | Able Energy | 7200 Hudson Blvd N #290 | Oakdale, MN 55128 |
| 1551040 | Standard Energy | 1355 Piccard Dr, Suite 300 | Rockville, MD 20850 |
| 1551041 | Onsite Energy Inc | 619 N Church Ave | Bozeman, MT 59715 |
| 1551042 | Pro–Stat Services, LLC | 6115 East 18th Street, Suite B | Vancouver, WA 98661 |
| 1551043 | Jackson Ross PLLC | 75 Maiden Ln #903 | New York, NY 10038 |
| 1551044 | Demarse Electric | 52 Main St | Queensbury, NY 12804 |
| 1551045 | Golden Solar | 614 10th St | Golden, CO 80401 |
| 1551046 | Michigan Solar Solutions | 509 Sherbrooke St | Commerce Charter Twp, MI 48382 |
| 1551047 | Superior Solar Solutions | 925 Sunshine Ln #1010 | Altamonte Springs, FL 32714 |
| 1551048 | IESupply | 2001 Marina Boulevard | San Leandro, CA 94577 |
| 1551049 | All Energy | 1642 Carroll Ave | St. Paul, MN 55104 |
| 1551050 | Beaty Cleaning | 181 Wellington Ct. | Charles Town, WV 25414 |
| 1551051 | XOOM Solar | 11208 Statesville Rd | Huntersville, NC 28078 |
| 1551052 | Contrast & Co | 2816 Fennel Road | Edgewater, MD 21037 |
| 1551053 | SepiSolar | 39845 Paseo Padre Pkwy | Fremont, CA 94538 |
| 1551054 | CPA Global | 2318 Mill Road, 12th Floor | Alexandria, VA 22314 |
| 1551055 | The Hartford | P.O. Box 660917 | Dallas, TX 75266 |
| 1551056 | Philadelphia Insurance | 1940 Duke Street, Suite 200 | Alexandria, VA 22314 |
| 1551057 | Lincoln National Life | 1300 South Clinton St | Fort Wayne, IN 46802 |
| 1551058 | PVPower Inc | 4256 N Ravenswood Ave | Chicago, IL 60613 |
| 1551059 | American Conservation Film Festival | P.O. Box 889 | Shepherdstown, West Virginia 25443 |
| 1551060 | Jaffe, Inc. | 10406 Fawcett Street | Kensington, MD 20895 |
| 1551061 | Ringio | 570 Herndon Pkwy #400 | Herndon, VA 20170 |
| 1551062 | Clean Energy Coalition | 1250 N Main St #1 | Ann Arbor, MI 48104 |
| 1551063 | Definitive Results | Loudoun St SE | Leesburg, VA 20175 |
| 1551064 | Silent Partner Co | 642 Hilliard St | Manchester, Connecticut 06042 |
| 1551065 | Claire Daniel | c/o Maestro Group   1961 Chain Bridge Rd | Tysons, VA 22102 |
| 1551066 | Duren McNarty Holdings | c/o Nick Duren Crescent Securities   8750 N Central Expy # 750 | Dallas, TX 75231 |
| 1551067 | Acoustisonics | 8412 Peck Pl | Bethesda, MD 20817 |
| 1551068 | Solar Energy Industries Association | 600 14th St., NW, Suite 400 | Washington, D.C. 20005 |
| 1551069 | Jenetek | c/o Dan Jensen   2726 NE 159th Cir | Ridgefield, WA 98642 |
| 1551070 | BBB | 1411 K St. NW, 10th Floor | Washington, DC 20005–3404 |
| 1551071 | Dun & Bradstreet | 103 JFK Parkway | Short Hills, NJ 07078 |
| 1551072 | CT Corporation | 111 Eighth Ave | New York City, NY 10011 |
| 1551073 | Corporation Service Co | 251 Little Falls Dr | Wilmington, DE 19808 |
| 1551074 | FedEx | 942 South Shady Grove | Memphis, TN 38120 |
| 1551075 | Crystal Springs | 3140 Jacob St | Wheeling, WV 26003 |
| 1551076 | Registered Agent Solutions, Inc. | 1701 Directors Blvd #300 | Austin, TX 78744 |
| 1551077 | Atlantic Security | 19741 Leitersburg Pike # G | Hagerstown, MD 21742 |
| 1551078 | Tim Pownell | c/o United Bank   450 Foxcroft Ave | Martinsburg, WV 25401 |
| 1551079 | Small Island Studios | 210 Collins Street | Hobart, TAS 7000   Australia |
| 1551080 | California Franchise Tax Board | PO BOX 942840 | Sacramento, CA 94240–0040 |
| 1551081 | UPS | 55 Glenlake Parkway NE | Atlanta, GA 30328 |
| 1551082 | startupTA | c/o David Kimmelman   9303 Silvercreek Ct | Fairfax Station, VA 22039 |
| 1551083 | America Green Solar | 7083 Hollywood Blvd | Los Angeles, CA 90028 |
| 1551084 | Modernize Upshift | 804 Congress Ave #400 | Austin, TX 78701 |
| 1551085 | FCSN | c/o John McGrath   135 Alice Ln | Shepherdstown, WV 25443 |
| 1551086 | Google | 1600 Amphitheatre Parkway | Mountain View, CA 94043 |
| 1551087 | Capshare | 11339 South 700 East, Suite 100 | Sandy, UT 84070 |
| 1551088 | Voltaic Software | 1115 Delaware Ave, Suite 300 | Lexington, KY 40505 |
| 1551089 | Rev. Willie Butler | 5550 Glenridge Dr | Atlanta, GA 30342 |
| 1551090 | Robert Styler | 3029 Via de Caballo | Encinitas, CA 92024 |
| 1551091 | Potomac Edison | 76 S. Main St., A–RPC | Akron, OH 44308–1890 |
| 1551092 | Comcast & Comcast Business | One Comcast Center | Philadelphia, PA 19103 |
| 1551093 | City of Martinsburg | 232 North Queen St | Martinsburg, WV 25401 |
| 1551094 | Mountaineer Gas | P.O Box 5201 | Charleston, WV 25361–0201 |
| 1551095 | John Perich | 13059 Via Caballo Rojo | San Diego, CA 92129 |
| 1551096 | Wendy Englert | 877 Craig Rd | Ripley, TN 38063 |
| 1551097 | Lou Ochs | 1730 W Race St | St Paul, MN 55116 |
| 1551098 | David Novy | 2242 5th St East | Saint Paul, MN 55119 |
| 1551099 | Scott Strand | 1335 Bradley St N | St Paul, MN 55130 |
| 1551100 | Mark Learned | 5316 Xenia Ave N | Minneapolis, MN 55429 |
| 1551101 | Daniel Stouffer | 3809 104th Trail North | Minneapolis, MN 55443 |
| 1551102 | Peter Haack | 572 Bluff Dr | La Crescent, MN 55947 |

| | | | |
|---|---|---|---|
| 1551103 | Eric Gerz | 3950 Birchwood Ln | Columbia, PA 17512 |
| 1551104 | Glenn Costanzo | 80 Grand St | Susquehanna, PA 18847 |
| 1551105 | Joy Bridy | 2533 Warm Springs Rd. | Shenandoah Junction, WV 25442 |
| 1551106 | Clifford Mitchem | 379 Shadow Lakes Dr | Lehigh Acres, FL 33974 |
| 1551107 | Tim Peak | 3207 Sharps St | Fort Collins, CO 80526 |
| 1551108 | Laura Seitz | 4845 Deer Trl | Elizabeth, CO 80107 |
| 1551109 | Julian Ventura | 4806 S Figueroa St | Los Angeles, CA 90037 |
| 1551110 | Daniel Horan | 489 Towne St | North Attleborough, MA 02760, |
| 1551111 | Bob Pellerin | 12 Meadowlark Lane | Andover, NH 03216 |
| 1551112 | Sue Cloutman | 278 Crystal Lake Rd | Gilmanton Iron Works, NH 03837 |
| 1551113 | Daryl and Cathleen Weinert | 1400 Linwood Ave | Ann Arbor, MI 48103 |
| 1551114 | Russell Perigo | 2840 Brandywine Dr | Ann Arbor, MI 48104 |
| 1551115 | John Brinley | 5623 Walnut Hall | Ann Arbor, MI 48105 |
| 1551116 | Joshua Charson | 1585 Woodland Dr | Ann Arbor, MI, 48103 |
| 1551117 | Paul Thomas | 601 Anson Ave | Abilene, TX 79601 |
| 1551118 | Francis Connolly | 3079 Exmoor Rd | Ann Arbor, MI 48104 |
| 1551119 | Gregory Barkley | 2890 Burlington St | Ann Arbor, MI 48105 |
| 1551120 | Mike Mammel | 3701 Meadow View Dr | Dexter, MI 48130 |
| 1551121 | Mary Wigton | 511 W. Summit | Ann Arbor, MI 48103 |
| 1551122 | Steve Engelman | 51800 S Foster Rd | New Baltimore, MI 48047 |
| 1551123 | Matt Schultz | 1544 Riverwood Dr | Ann Arbor, MI 48103 |
| 1551124 | Francie Bauer | 12780 Rattalee Lake Rd | Davisburg, MI 48350 |
| 1551125 | Timothy Cotts | 2010 Marra Dr | Ann Arbor, MI 48103 |
| 1551126 | William (Andy) Adamson | 3629 Wagner Ridge Ct | Ann Arbor, MI 48103 |
| 1551127 | Brian Wietzke | 3230 Golfview Dr | Saline, MI 48176 |
| 1551128 | Marge Schwartz | 610 41st St | Allegan, MI 49010 |
| 1551129 | Michael Traugott | 3204 Sunnywood Dr | Ann Arbor, MI 48103 |
| 1551130 | Steve Thiry | 2707 Tessmer Rd | Ann Arbor, MI 48103 |
| 1551131 | Oniel Jones | 10 Talmadge Dr | Baldwin, NY 11510 |
| 1551132 | Jeremy Ehrlich | 209 Hayes Street | Seattle, WA 98109 |
| 1551133 | Steven Koshiol | 4856 Woodridge Ct | Minnetonka, MN 55345 |
| 1551134 | Paul Merry | 3208 Lakeridge Ln NW | Rochester, MN 55901 |
| 1551135 | Rita Hickey | 3501 Larchwood Dr | Minnetonka, MN 55345 |
| 1551136 | Dean Holmes | 978th St | Ellsworth, WI 54011 |
| 1551137 | Jeff Peterson | 2106 Stanford Avenue | St Paul, MN, 55105 |
| 1551138 | Richard Anderson | 41 Blue Goose Lane | Shepherdstown, WV 25443 |
| 1551139 | Michael Gyasi | 92 Columbine Ave | Pawtucket, RI 02861 |
| 1551140 | Robert & Mary Anne Counts | 82 N Rd | South Kingstown, RI 02879 |
| 1551141 | Christoph and Molly Zurcher | 5019 Picket Dr | Colorado Springs, CO 80918 |
| 1551142 | Jenny Powers | 2601 W Mulberry St | Fort Collins, CO 80521 |
| 1551143 | David Cox | 920 Dixon Ave | Missoula, MT 59801 |
| 1551144 | Liem Nguyen | 500 Tigerwood Way | San Jose, CA 95111 |
| 1551145 | Stephanie Barberra | 2006 Wolford Rd | Schwenksville, PA 19473 |
| 1551146 | John Ziegler | 298 Glen Rock Rd | Glen Rock, PA 17327 |
| 1551147 | Sheryee & Ryan Buell | 16583 Newcomb St | San Diego, CA 92127 |
| 1551148 | Frank Boling Jr | 817 Turmeric Ln | Durham, NC 27713 |
| 1551149 | John Mendoza | 1007 Oak View Dr. | Pensacola, FL 32506 |
| 1551150 | Palmer Thompson–Moss | 877 Park Pl | Brooklyn, NY 11216 |
| 1551151 | Richard Thornton | 32776 Parkview Dr, | Fort Bragg, CA 95437 |
| 1551152 | Lori Sutton | 602 Alison Cir | Livermore, CA 94550 |
| 1551153 | Rudolf Cabrera | 1221 S 9th Ave | Yuma, AZ 85364 |
| 1551154 | Zach Ward | 121 S Church St | Martinsburg, WV 25401 |
| 1551155 | Robert McEachern | 3251 Normandy Woods Dr. #C | Ellicott City, MD 21043 |
| 1551156 | Benjamin Howar | 74 Edward Ct | Shenandoah Junction, WV 25442 |
| 1551157 | John Stillwagon | 328 Boyd Ave | Martinsburg, WV 25401 |
| 1551158 | David Levine | 2426 Steamboat Run Road | Shepherdstown, WV 25401 |
| 1551159 | Michelle Burwell | 105 Arlington Ct | Martinsburg, WV 25401 |
| 1551160 | Kelly Hockman | c/o John Stillwagon 328 Boyd Ave | Martinsburg, WV 25401 |
| 1551161 | Chad Stockman | 4428 Flintstone Rd | Alexandria, VA 22306 |
| 1551162 | Glenn Twyman | 724 W. Stephen St | Martinsburg, WV 25401 |
| 1551163 | Michael Rhodes | 13447 Marble Rock Dr | Chantilly, VA 20151 |
| 1551164 | Richard Deal | 39 Winners Circle | Shenandoah Junction, WV 25442 |
| 1551165 | Evan Whalen | 230 Timber Ln | Harpers Ferry, WV 25425 |
| 1551166 | Troy Pierce | 6908 Seneca Falls LN | Austin, TX 78739 |
| 1551167 | Amanda Stickles | 220 Cashmere Dr | Martinsburg, WV 25404 |
| 1551168 | Jed Ashby | 147 Lure Court | Inwood, WV 25428 |
| 1551169 | Pia Boskey | 82 Sirocco Court | Falling Waters, WV 25419 |
| 1551170 | Samantha Brown | 185 Hale Rd | Charles Town, WV 25414 |
| 1551171 | Michelle Burwell | 413 Karla Ct | Martinsburg, WV 25404 |
| 1551172 | David Carter–Bailey | 8980 Cross Hive Ct | Columbia, MD 21045 |
| 1551173 | Jeremy Dobrzanksi | 610 Irving St NW Unit T05 | Washington, DC 20010 |
| 1551174 | Jennifer Easterly | 146 Norwood Dr | Falling Waters, WV 25419 |
| 1551175 | Will Faulcon | 115 Glory Lane | Falling Waters, WV 25419 |
| 1551176 | Jennifer Fountain | 178 Spring Warbler Way | Shepherdstown, WV 25443 |
| 1551177 | Abbygail Fowler | 1421 N Wicklow Rd | Nixa, MO 65714 |
| 1551178 | Sean Fuellhart | 228 Porter Way | Charles Town, WV 25414 |
| 1551179 | Alexander Illyn | 179 Brookline Drive | Charles Town, WV 25414 |
| 1551180 | Tara Lowe | 4495 Middleway Pike | Kearneysville, WV 25430 |

| | | | | |
|---|---|---|---|---|
| 1551181 | Barrett Lynch | 1014 Forest Road | Charleston, WV 25314 | |
| 1551182 | Matthew Melmon | 20975 Valley Green Dr, Apt 219 | Cupertino, CA 95014 | |
| 1551183 | Eric Montgomery | 1213 Oden St | Front Royal, VA 22630 | |
| 1551184 | William Nedrow | 28 Bruce Drive | Charles Town, WV 25414 | |
| 1551185 | Troy Pierce | 6908 Seneca Falls Ln | Austin, TX, 78739 | |
| 1551186 | Beau Randall | 800 The Mark Lane #2502 | San Diego, CA 92101 | |
| 1551187 | Stephanie Schrider | 4199 Spohrs Rd | Berkeley Springs, WV 25411 | |
| 1551188 | Kevin Sweet | 1200 N Hartford St, Apt 608 | Arlington, VA 22306 | |
| 1551189 | Glenn Twyman | 724 W. Stephen St | Martinsburg, WV 25401 | |
| 1551190 | Joseph Tutela | 1033 Elkgrove Ave #2 | Venice, CA 90291 | |
| 1551191 | Mark Wirt | P.O Box 1224 | Shepherdstown, WV 25443 | |
| 1551192 | Chase Zarefoss | 11104 Shadybrook Ct | Hagerstown, MD 21740 | |
| 1551193 | Michael Yost | 87 Meridith Lane | Shepherdstown, WV 25443 | |
| 1551194 | NRG Energy | 804 Carnegie Center | Princeton, NJ 08540 | |
| 1551195 | TJ Sun | 7927 Jones Branch Dr, Suite 3125 | McLean, VA 22102 | |
| 1551196 | Rob Miller | 601 N. Fairfax Street, Unit 216 | Alexandria, VA 22314 | |
| 1551197 | Chris Dymond | 1752 N. St, NW, 8th Floor | Washington DC 20036 | |
| 1551198 | Gerry Sikorski | c/o Holland & Knight LLP | 800 17th St NW #1100 | Washington, DC 20006 |
| 1551199 | Charlie Schellhorn | 333 West 11th St | Kansas City, Missouri, 64105 | |
| 1551200 | Sterling Raphael | c/o eventr.io | 4454 State Line Road, Suite 100 | Kansas City, KS 66103 |
| 1551201 | Ed Ossie (FFV) c/o eventr.io | 4454 State Line Road, Suite 100 | Kansas City, KS 66103 | |
| 1551202 | The South Face LLC –– Matt Cheney | 139 Townsend St., Suite #150 | San Francisco, CA 94107 | |
| 1551203 | Baker Restoration –– LeeAnn Baker Steding | 3121 East Madison St, Suite 206 | Seattle, WA, 98112 | |
| 1551204 | Dr. Paul H. Levine | 4816 Montgomery Lane | Bethesda, MD 20814 | |
| 1551205 | Larry Coben | c/o Sustainable Preservation Initiative | 40 West 22nd St, Suite 11 | New York, NY 10010 |
| 1551206 | Mary Dridi | 3406 Slade Run Road | Falls Church, VA 22402 | |
| 1551207 | Paul Woods | 691 Steamboat Run Road | Sheperdstown, WV 25443 | |
| 1551208 | Allied Defense Industries | 210 Commerce Cir | Kearneysville, WV 25430 | |
| 1551209 | David Miljour | 51 Maddex Dr | Shepherdstown, WV 25443 | |
| 1551210 | John William Younis Sr | 41 Meredith Ln | Shepherdstown, WV 25443 | |
| 1551211 | Gant Redmon | 31 Woodland Rd. | Lexington, MA 02420 | |
| 1551212 | Tom Steding | 3920 Eagle Rock Road – Tahoe Pines | Box 205 | Homewood, CA 96141 |
| 1551213 | Anne Hutchens | c/o James J. Condon | 23235 Wrathall Drive | Ashburn, VA 20148 |
| 1551214 | Buddy Hill | c/o James J. Condon | 23235 Wrathall Drive | Ashburn, VA 20148 |
| 1551215 | Thomas Varghese (Kadan) | 2342 Shattuck Ave, #323 | Berkeley, CA 94704 | |
| 1551216 | Tim Hutchens | c/o CBRE | 750 9th St NW #900 | Washington, DC 20001 |
| 1551217 | Christine Hertzog | c/o EPRI | 3420 Hillview Ave | Palo Alto, CA 94304 |
| 1551218 | A Neal Barkus | c/o Steptoe & Johnson | 1250 Edwin Miller Blvd | Martinsburg, WV 25404 |
| 1551219 | Iguana Energy Exchange LLC (Carlos) | c/o Andrew Rogovin, Hinckley Allen | 28 State St | Boston, MA, 02109 |
| 1551220 | Ian Gibson Smith | c/o AMS Group | 661 S Washington St | Alexandria, VA 22314 |
| 1551221 | John McGrath | 135 Alice Lane | Sheperdstown, WV 22314 | |
| 1551222 | Dr. Christopher Beckett | 184 E 2nd Ave | Williamson, WV 25661 | |
| 1551223 | Clifford Smith | 44 Blossom View Ct | Shepherdstown, WV 25443 | |
| 1551224 | Richard and Monica Levine | 701 Nicholas Lane | Cockeysville, MD 21030 | |
| 1551225 | Greg Rochli | 7600 Rolling Mill Rd | Baltimore, MD 21224 | |
| 1551226 | David M. Hammer | 408 W King St | Martinsburg, WV 25401 | |
| 1551227 | MD DBED | 401 E Pratt St | Baltimore, MD 21202 | |
| 1551228 | James Condon | 23235 Wrathall Drive | Ashburn, VA 20148 | |
| 1551229 | Murphy Pondexter | 907 Highland Ter | Saint Albans, WV 25177 | |
| 1551230 | Eric Graf | c/o Flockgen | 718 Thompson Ln, Suite 108310 | Nashville, TN 37204 |
| 1551231 | Harsh Mahatma | 10829 NW 8th Street | Pembroke Pines, FL 33026 | |
| 1551232 | Valerie Gaydos | Angel Venture Forum | c/o Hera Hub | 5028 Wisconsin Avenue, Ste. 100   Washington, DA 20016 |
| 1551233 | Kyle Cronan | 2215 S. St. Louis Ave. | Chicago, IL 60623 | |
| 1551234 | Matt Cunningham | c/o Elementum SCM | 1300 Terra Bella Ave #200 | Mountain View, CA 94043 |
| 1551235 | Scott Rotruck | 912 Suncrest Place | Morgantown, WV 26505 | |
| 1551236 | Mehmet Ogden | 7921 Jones Branch Dr, #222 | McLean, VA 22102 | |
| 1551237 | Panacea Capital Advisors, Inc. | 3 Bethesda Metro Center, Suite 700 | Bethesda, MD 20814 | |
| 1551238 | Chris Martin | c/o Broadsoft | 9737 Washington Blvd, Suite 350 | Gaithersburg, MD 20878 |
| 1551239 | Douglas Buchanon | 145 Nassau Street, #2F | New York, NY 10038 | |
| 1551240 | Don Trent Jacobs | PO Box 3040 | Sequim, WA 98382 | |
| 1551241 | Investech, LLC | 6867 Elm Street | McLean, VA 22101 | |
| 1551242 | Craig D. Adler Living Trust | 2411 Dulles Corner Park, Suite 800 | Herndon, VA 20171 | |
| 1551243 | CMM Ventures, LLC | 3033 Brandywine Street, NW | Washington, DC 20008 | |
| 1551244 | William Wilhelm | 1517 30th Street, NW, Apt. C–31 | Washington, DC 20004 | |
| 1551245 | Barry Direnfeld | 3300 North Albemarle Street | Arlington, VA 22207 | |
| 1551246 | Samuel Rubenstein | c/o Panacea Capital Advisors, Inc. | 3 Bethesda Metro Center, Suite 700   Bethesda, MD 20814 | |
| 1551247 | Panacea Capital Advisors, Inc. | 3 Bethesda Metro Center, Suite 700 | Bethesda, MD 20814 | |
| 1551248 | WDP Ventures LLC | 1100 North Glebe Rd, Suite 1100 | Arlington, VA 22201 | |
| 1551249 | WDP Ventures, LLC | c/o David G. Pommerening | Baker Botts | 1299 Pennsylvania Ave, NW, #120   Washington, DC 20004 |
| 1551250 | MAB Media LLC | c/o Mudar Yaghi | 6867 Elm Street | McLean, VA 22101 |
| 1551251 | Chris Martin | 3301 Bywater Court | Herndon, VA 20171 | |
| 1551252 | Select Venture Fund I, LLC | 159 Lichfield Blvd, Suite 101 | Fredericksburg, VA 22406 | |

| | | | | |
|---|---|---|---|---|
| 1551253 | RBJ Holdings, LLC | 2900 Fairview Park Dr. | Falls Church, VA 22042 | |
| 1551254 | Novus Capital (Preferred Warrants) | 4500 Kruse Way #170 | Lake Oswego, OR 97035 | |
| 1551255 | Valentis Solar Equity Fund LLC | 7921 Jones Branch Dr, #222 | McLean, VA 22102 | |
| 1551256 | Rebecca Sue Abbott | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551257 | Sadek Omar | c/o Omar Holding & Development | 8300 Greensboro Drive, Suite 1100 | Tysons Corner, VA 22102–0000 |
| 1551258 | Laura Shaw Murra | c/o Moloney Securities | 13537 Barrett Pkwy Dr, | Ballwin, MO 63021 |
| 1551259 | J. Hunt Bonan | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551260 | Spilman Thomas & Battle, PLLC | 48 Donley St, Suite 800 | Morgantown, WV 26501 | |
| 1551261 | Rachel Tronstein | c/o Gardner–White | 4445 N Atlantic Blvd | Auburn Hills, MI 48326 |
| 1551262 | Erik Larson | 5078 Bonnie Branch | Ellicott City, MD 21045 | |
| 1551263 | Patrick Kelly | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551264 | Robert Gordon Roberts Trust | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551265 | Jon Crouse | 102 Breezewood Drive | Elizabeth City, NC 27909 | |
| 1551266 | Norma Shaw by Randy Shaw POA | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551267 | Donald R. Hancock | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551268 | Frances Bremer Trust | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551269 | Joseph Corrigan | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551270 | Carl W. Hastings | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551271 | Oliver McKee | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551272 | Greg & Joyce A. Swaller | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551273 | S&M Holdings, LLC | c/o Panacea Capital Advisors, Inc. | 3 Bethesda Metro Center, Suite 700 | Bethesda, MD 20814 |
| 1551274 | Ellen Langtree Roberts Trust | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551275 | Craig D. Adler Living Trust | 9303 Silvercreek Court | Fairfax Station, VA 22039 | |
| 1551276 | John L. Forir | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551277 | Kenneth R. Callahan Rev Trust | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551278 | Robert J. Becker | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551279 | Chad Stockman | 4428 Flintstone Road | Alexandria, VA 22306 | |
| 1551280 | John T. Riecker | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551281 | Mark Schoning | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551282 | Barry Direnfeld | 3300 North Albemarle Street | Arlington, VA 22207 | |
| 1551283 | Brian Corrigan | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551284 | Joseph Lamacchia | c/o Moloney Securities | 13537 Barrett Pkwy Dr | Ballwin, MO 63021 |
| 1551285 | INviro Design & Consulting, LLC | 704 E. McBee Avenue | Greenville, SC 29601 | |
| 1551286 | Mark A. Bible, Jr. | Kenison, Dudley & Crawford, LLC | 704 E. McBee Avenue | Greenville, SC 29601 |
| 1551287 | Nicholas R. Stuchell, Esq. | Daniels Law Firm, PLLC | PO Box 1433 | Charleston, WV 25325 |
| 1551293 | Atty General Of WV | BLDG 1 E–26 Ground Floor Main Unit | Capitol Building | Charleston WV 25301 |
| 1551294 | Internal Revenue Service | Post Office Box 7346 | Philadelphia PA 19101–7346 | |
| 1551295 | Regional Bankruptcy Contact | U.S. Environmental Protection Agency | Region III   1650 Arch Street (3RC00) | Philadelphia PA 19103 |
| 1551296 | Secretary Of The Treasury | 15th St & Pennsylvania Avenue | Washington DC 20220 | |
| 1551297 | Social Security Administration | 300 Spring Garden Street | Philadelphia PA 19123 | |
| 1551298 | US Attorney | Northern District of WV | PO Box 591 | Wheeling WV 26003 |
| 1551299 | WV Dept of Tax & Revenue | Bankruptcy Unit | Post Office Box 766 | Charleston WV 25323–0766 |
| 1551300 | West Virginia Insurance Commission | Legal Division – Bankruptcy | Post Office Box 50540 | Charleston WV 25305–0540 |
| 1552383 | Cherry Bekaert LLP | 200 South 10th Street   Suite 200 | Richmond VA 23219 | |
| 1552460 | David F. Pollock | 54 S. Washington St. | Waynesburg, PA 15370 | |
| 1552837 | McNaughton McKay Electric Company | 1401 E. Lincoln Avenue | Madison Heights MI 48071 | |
| 1552915 | Robert and Mary Anne Counts | 82 North Road | Peace Dale, RI 02879 | |
| 1554218 | Amy E. Vulpio | White and Williams LLP | 1650 Market St Fl 18 | Philadelphia, PA 19103 |
| 1554219 | Google LLC fka Google Inc. | c/o White and Williams LLP | 7 Times Square, Suite 2900 | New York, NY 10036–6524 |
| 1554376 | Ringobon, LLC | 570 Herndon Parkway Suite 400 | Herndon, VA 20170 | |
| 1554789 | Richard B Deal Jr | 39 Winners Circl | Shenandoah Junction, WV 25442 | |
| 1555546 | YellowLite | Azam Kazml, President | 1925 St. Clair Ave. NE | Cleveland OH 44114 |
| 1557326 | Ken Henschel | 29 Herald Drive | Leesburg, FL 34748 | |
| 1558562 | Marketo, Inc. | 901 Mariners Island Blvd.   Suite 500 | San Mateo, CA 94404 | |

TOTAL: 333