| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor | **Geostellar, Inc.** <br> Name | EIN | **45–1653846** |
| United States Bankruptcy Court | **Northern District of West Virginia** | Date case filed in chapter **11** | **1/29/18** |
| Case number: | **3:18–bk–00045** | Date case converted to chapter **7** | **4/26/18** |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Geostellar, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 224 W. King Street <br> Martinsburg, WV 25401–3212 | |
| 4. | **Debtor's attorney** <br> Name and address | Arch W. Riley Jr. <br> Bernstein–Burkley, P.C. <br> Hare Building <br> 48 14th Street, Suite 301 <br> PO Box 430 <br> Wheeling, WV 26003–0009 | Contact phone 304.215.1177 |
| 5. | **Bankruptcy trustee** <br> Name and address | Martin P. Sheehan <br> Sheehan and Nugent PLLC <br> 41 15th Street <br> Wheeling, WV 26003 | Contact phone (304) 232–1064 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> Northern District Of West Virginia <br> P.O. Box 70 – 12th and Chapline Streets <br> Wheeling, WV 26003–0008 | Hours open: <br> Monday – Friday <br> 8:30 AM – 5:00 PM <br><br> Contact phone 304–233–1655 <br><br> Date: 4/26/18 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 24, 2018 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Old Historic Courthouse, 2nd Floor Courtroom, 100 W. King Street, Martinsburg, WV 25401** |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 1

# Notice Recipients

District/Off: 0424–3     User: stb     Date Created: 4/26/2018
Case: 3:18–bk–00045     Form ID: 309C     Total: 342

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Geostellar, Inc.    224 W. King Street    Martinsburg, WV 25401–3212 | | |
| ust | United States Trustee    2025 United States Courthouse    300 Virginia Street East    Charleston, WV 25301 | | |
| cr | Allied Building Products Corp.    Attn: Charles I. Jones, Jr., Esq.    Campbell Woods, PLLC    P. O. Box 1835    Huntington, WV 25719–1835 | | |
| cr | Matador Solar Partners, LLC, as administrative agent for Matador, and Novus Capital Group, LLC, Geostellar Capital Fund II, LLC    8750 North Central Expressway    Suite 750    Dallas, TX 75231 | | |
| cr | Threesquare, LLC    224 West King St    Martinsburg, WV 25401 | | |
| tr | Martin P. Sheehan    Sheehan and Nugent PLLC    41 15th Street    Wheeling, WV 26003 | | |
| aty | Aaron C. Amore    Amore Law, PLLC    206 West Liberty Street    Post Office Box 386    Charles Town, WV 25414 | | |
| aty | Arch W. Riley, Jr.    Bernstein–Burkley, P.C.    Hare Building    48 14th Street, Suite 301    PO Box 430    Wheeling, WV 26003–0009 | | |
| aty | Charles I. Jones, Jr.    Campbell Woods, PLLC    Post Office Box 1835    Huntington, WV 25719–1835 | | |
| aty | Christopher Schueller    Buchanan Ingersoll & Rooney LLP    One Oxford Centre, 20th Floor    301 Grant Street    Pittsburgh, PA 15219 | | |
| aty | Debra A. Wertman    U.S. Trustee's Office    300 Virginia Street East    Room 2025    Charleston, WV 25301 | | |
| aty | Michael Joshua Lichtenstein    Shulman Rogers Gandal Pordy & Ecker P.A.    12505 Park Potomac Avenue    6th Floor    Potomac, MD 20854 | | |
| aty | Michael L. Scales    Michael L. Scales, PLLC    314 W. John Street    Martinsburg, WV 25401 | | |
| 1550545 | INviro Design & Consulting, LLC    704 E. McBee Avenue    GREENVILLE, SC 29601 | | |
| 1550979 | Novus Capital Group    4500 Kruse Way #170    Lake Oswego, OR 97035 | | |
| 1550980 | Matador Capital    8750 N Central Expy #750    Dallas, TX 75231 | | |
| 1550981 | Geostellar Capital Fund II    224 W. King Street    Martinsburg, WV 25401 | | |
| 1550982 | Michael J. Lichtenstein, Esq.    Shulman Rogers Gandal Pordy & Ecker, P.A    12505 Park PotomacAve, Floor 6    Potomac, MD 20854–6803 | | |
| 1550983 | IFG Integral Financial Group    21000 Atlantic Boulevard, Suite 700    Dulles, VA 20166 | | |
| 1550984 | Wills & Associates    172 S Pantops Dr    Charlottesville, VA 22911 | | |
| 1550985 | Russell Dawe    576 Edwin Blvd    Shenandoah Junction, WV 25442 | | |
| 1550986 | Robert Smith, CPA    PO Box 1483    Shepherdstown, WV 25443 | | |
| 1550987 | Chris Hofland    241 17th St S    La Crosse, WI 54601 | | |
| 1550988 | Greenberg Traurig    2200 Ross Ave #5200    Dallas, TX 75201 | | |
| 1550989 | Jay Desai    23211 Ingomar St    Los Angeles, CA 91304 | | |
| 1550990 | FlexLiving c/o Billing    25 Drydock Ave    Boston, MA 02210 | | |
| 1550991 | Carrington Coleman    901 Main St #5500    Dallas, TX 75202 | | |
| 1550992 | Allied Building    15 East Union Avenue    East Rutherford,NJ07073 | | |
| 1550993 | Cherry Bekaert    1934 Old Gallows Road Suite 400    Tysons Corner, VA 22182 | | |
| 1550994 | Saul Ewing    1919 Pennsylvania Ave NW    Washington, DC 20006 | | |
| 1550995 | ThreeSquare    224 W. King Street    Martinsburg, WV 25401 | | |
| 1550996 | Sterne Kessler Goldstein Fox    1100 New York Ave NW # 800    Washington, DC 20005 | | |
| 1550997 | Howard Teich    845 California St. #604    San Francisco, CA 94108 | | |
| 1550998 | Edinger Associates    1875 I St NW #500    Washington, DC 20006 | | |
| 1550999 | Breezio    51 Monroe St    Rockville, MD 20850 | | |
| 1551000 | Cooley    11951 Freedom Dr #1500    Reston, VA 20190 | | |
| 1551001 | CyberCoders Inc    6591 Irvine Center Drive, Suite 200    Irvine, CA 92618 | | |
| 1551002 | McNaughton McKay    4300 Varsity Dr    Ann Arbor, MI 48108 | | |
| 1551003 | Chad Stockman    4428 Flintstone Road    Alexandria, Virginia 22306 | | |
| 1551004 | Genability    221 Main St, Ste.400    San Francisco CA, 94105 | | |
| 1551005 | Elasticity    1008 Locust Ave., Suite 300    St. Louis, MO 63101 | | |
| 1551006 | WCG    101 Tremont Street, 8th Floor    Boston, MA 02210 | | |
| 1551007 | Chief    1800 Massachusetts Ave NW, Second Floor    Washington, DC 20036 | | |
| 1551008 | PNBC Inc.    601 50th St NE    Washington, DC 20019 | | |
| 1551009 | Offit Kurman    8000 Towers Crescent Dr #1500    Vienna, VA 22182 | | |
| 1551010 | BJK Consulting    7006 Little River Turnpike, Suite L    Annandale, Virginia 22003 | | |
| 1551011 | EcoMen Solar    50 Thoreau Dr #2    Freehold, NJ 07728 | | |
| 1551012 | Inviro Design    305 Rutherford Road, Bldg 2    Greenville, SC 29609 | | |
| 1551013 | Deloitte    7900 Tysons One Pl #800    McLean, VA 22101 | | |
| 1551014 | Silverline Communications    8500 Leesburg Pike, Suite 407    Vienna, VA 22182 | | |
| 1551015 | 8X8    2125 O'Nel Dr    San Jose, CA 95131 | | |
| 1551016 | West Coast Solar    2155 Elkins Way    Brentwood, CA 94513 | | |
| 1551017 | Cedar Creek    1285 114th Ave NW    Coon Rapids, MN 55448 | | |
| 1551018 | Duren McNary Holdings    8750 N Central Expy # 750    Dallas, TX 75231 | | |
| 1551019 | DBM Design    PO Box 12924    Ogden, UT 84412 | | |
| 1551020 | SXSW LLC    PO Box 685289    Austin, TX 78768 | | |
| 1551021 | Rackspace Hosting    1 Fanatical Place,City of Windcrest    San Antonio, TX 78218 | | |
| 1551022 | PayPal    2211 North First St    San Jose, CA 95131 | | |
| 1551023 | Intuit    2700 Coast Ave    Mountain View, CA 94043 | | |
| 1551024 | SunFarm    1312 E Cervantes St.    Pensacola, FL 32501 | | |

| | | | |
|---|---|---|---|
| 1551025 | YellowLite Inc | 1925 St Clair Ave NE | Cleveland, OH 44114 |
| 1551026 | Solar States | 1508 N American St | Philadelphia, PA 19122 |
| 1551027 | CREW | 1022 East 15th Street | Plano, TX 75074 |
| 1551028 | Berkeley County Sheriff | 400 W Stephen Street, Suite 209 | Martinsburg, WV 25401 |
| 1551029 | Marketo | 901 Mariners Island Blvd | San Mateo, CA 94404 |
| 1551030 | Todd Cimino Johnson | 775 Gateway Drive, SE 0522 | Leesburg, VA 20175 |
| 1551031 | Ricky La Ricci | 2921 Huntingdon Ave | Baltimore, MD 21211 |
| 1551032 | The McLean Group | 7918 Jones Branch Dr #750 | McLean, VA 22102 |
| 1551033 | All Green It | 1110 Newell St | Southington, CT 06489 |
| 1551034 | CMI Solar | 83A Albe Drive | Newark, DE 19702 |
| 1551035 | Energy Concepts | 627 Ridgely Ave | Annapolis, MD 21401 |
| 1551036 | First Insurance | 450 Skokie Boulevard, Suite1000 | Northbrook, IL 60062 |
| 1551037 | DT Solar | 178 Whisper Wood Drive | French Creek, WV 26218 |
| 1551038 | WF Reid | 302 Paynes Ford Rd | Martinsburg, WV 25405 |
| 1551039 | Able Energy | 7200 Hudson Blvd N #290 | Oakdale, MN 55128 |
| 1551040 | Standard Energy | 1355 Piccard Dr, Suite 300 | Rockville, MD 20850 |
| 1551041 | Onsite Energy Inc | 619 N Church Ave | Bozeman, MT 59715 |
| 1551042 | Pro−Stat Services, LLC | 6115 East 18th Street, Suite B | Vancouver, WA 98661 |
| 1551043 | Jackson Ross PLLC | 75 Maiden Ln #903 | New York, NY 10038 |
| 1551044 | Demarse Electric | 52 Main St | Queensbury, NY 12804 |
| 1551045 | Golden Solar | 614 10th St | Golden, CO 80401 |
| 1551046 | Michigan Solar Solutions | 509 Sherbrooke St | Commerce Charter Twp, MI 48382 |
| 1551047 | Superior Solar Solutions | 925 Sunshine Ln #1010 | Altamonte Springs, FL 32714 |
| 1551048 | IESupply | 2001 Marina Boulevard | San Leandro, CA 94577 |
| 1551049 | All Energy | 1642 Carroll Ave | St. Paul, MN 55104 |
| 1551050 | Beaty Cleaning | 181 Wellington Ct. | Charles Town, WV 25414 |
| 1551051 | XOOM Solar | 11208 Statesville Rd | Huntersville, NC 28078 |
| 1551052 | Contrast & Co | 2816 Fennel Road | Edgewater, MD 21037 |
| 1551053 | SepiSolar | 39845 Paseo Padre Pkwy | Fremont, CA 94538 |
| 1551054 | CPA Global | 2318 Mill Road, 12th Floor | Alexandria, VA 22314 |
| 1551055 | The Hartford | P.O. Box 660917 | Dallas, TX 75266 |
| 1551056 | Philadelphia Insurance | 1940 Duke Street, Suite 200 | Alexandria, VA 22314 |
| 1551057 | Lincoln National Life | 1300 South Clinton St | Fort Wayne, IN 46802 |
| 1551058 | PVPower Inc | 4256 N Ravenswood Ave | Chicago, IL 60613 |
| 1551059 | American Conservation Film Festival | P.O. Box 889 | Shepherdstown, West Virginia 25443 |
| 1551060 | Jaffe, Inc. | 10406 Fawcett Street | Kensington, MD 20895 |
| 1551061 | Ringio | 570 Herndon Pkwy #400 | Herndon, VA 20170 |
| 1551062 | Clean Energy Coalition | 1250 N Main St #1 | Ann Arbor, MI 48104 |
| 1551063 | Definitive Results | Loudoun St SE | Leesburg, VA 20175 |
| 1551064 | Silent Partner Co | 642 Hilliard St | Manchester, Connecticut 06042 |
| 1551065 | Claire Daniel | c/o Maestro Group  1961 Chain Bridge Rd | Tysons, VA 22102 |
| 1551066 | Duren McNarty Holdings | c/o Nick Duren Crescent Securities  8750 N Central Expy # 750 | Dallas, TX 75231 |
| 1551067 | Acoustisonics | 8412 Peck Pl | Bethesda, MD 20817 |
| 1551068 | Solar Energy Industries Association | 600 14th St., NW, Suite 400 | Washington, D.C. 20005 |
| 1551069 | Jenetek | c/o Dan Jensen  2726 NE 159th Cir | Ridgefield, WA 98642 |
| 1551070 | BBB | 1411 K St. NW, 10th Floor | Washington, DC 20005−3404 |
| 1551071 | Dun & Bradstreet | 103 JFK Parkway | Short Hills, NJ 07078 |
| 1551072 | CT Corporation | 111 Eighth Ave | New York City, NY 10011 |
| 1551073 | Corporation Service Co | 251 Little Falls Dr | Wilmington, DE 19808 |
| 1551074 | FedEx | 942 South Shady Grove | Memphis, TN 38120 |
| 1551075 | Crystal Springs | 3140 Jacob St | Wheeling, WV 26003 |
| 1551076 | Registered Agent Solutions, Inc. | 1701 Directors Blvd #300 | Austin, TX 78744 |
| 1551077 | Atlantic Security | 19741 Leitersburg Pike # G | Hagerstown, MD 21742 |
| 1551078 | Tim Pownell | c/o United Bank  450 Foxcroft Ave | Martinsburg, WV 25401 |
| 1551079 | Small Island Studios | 210 Collins Street | Hobart, TAS 7000  Australia |
| 1551080 | California Franchise Tax Board | PO BOX 942840 | Sacramento, CA 94240−0040 |
| 1551081 | UPS | 55 Glenlake Parkway NE | Atlanta, GA 30328 |
| 1551082 | startupTA | c/o David Kimmelman  9303 Silvercreek Ct | Fairfax Station, VA 22039 |
| 1551083 | America Green Solar | 7083 Hollywood Blvd | Los Angeles, CA 90028 |
| 1551084 | Modernize Upshift | 804 Congress Ave #400 | Austin, TX 78701 |
| 1551085 | FCSN | c/o John McGrath  135 Alice Ln | Shepherdstown, WV 25443 |
| 1551086 | Google | 1600 Amphitheatre Parkway | Mountain View, CA 94043 |
| 1551087 | Capshare | 11339 South 700 East, Suite 100 | Sandy, UT 84070 |
| 1551088 | Voltaic Software | 1115 Delaware Ave, Suite 300 | Lexington, KY 40505 |
| 1551089 | Rev. Willie Butler | 5550 Glenridge Dr | Atlanta, GA 30342 |
| 1551090 | Robert Styler | 3029 Via de Caballo | Encinitas, CA 92024 |
| 1551091 | Potomac Edison | 76 S. Main St., A−RPC | Akron, OH 44308−1890 |
| 1551092 | Comcast & Comcast Business | One Comcast Center | Philadelphia, PA 19103 |
| 1551093 | City of Martinsburg | 232 North Queen St | Martinsburg, WV 25401 |
| 1551094 | Mountaineer Gas | P.O Box 5201 | Charleston, WV 25361−0201 |
| 1551095 | John Perich | 13059 Via Caballo Rojo | San Diego, CA 92129 |
| 1551096 | Wendy Englert | 877 Craig Rd | Ripley, TN 38063 |
| 1551097 | Lou Ochs | 1730 W Race St | St Paul, MN 55116 |
| 1551098 | David Novy | 2242 5th St East | Saint Paul, MN 55119 |
| 1551099 | Scott Strand | 1335 Bradley St N | St Paul, MN 55130 |
| 1551100 | Mark Learned | 5316 Xenia Ave N | Minneapolis, MN 55429 |
| 1551101 | Daniel Stouffer | 3809 104th Trail North | Minneapolis, MN 55443 |

```
1551102	Peter Haack	572 Bluff Dr	La Crescent, MN 55947
1551103	Eric Gerz	3950 Birchwood Ln	Columbia, PA 17512
1551104	Glenn Costanzo	80 Grand St	Susquehanna, PA 18847
1551105	Joy Bridy	2533 Warm Springs Rd.	Shenandoah Junction, WV 25442
1551106	Clifford Mitchem	379 Shadow Lakes Dr	Lehigh Acres, FL 33974
1551107	Tim Peak	3207 Sharps St	Fort Collins, CO 80526
1551108	Laura Seitz	4845 Deer Trl	Elizabeth, CO 80107
1551109	Julian Ventura	4806 S Figueroa St	Los Angeles, CA 90037
1551110	Daniel Horan	489 Towne St	North Attleborough, MA 02760,
1551111	Bob Pellerin	12 Meadowlark Lane	Andover, NH 03216
1551112	Sue Cloutman	278 Crystal Lake Rd	Gilmanton Iron Works, NH 03837
1551113	Daryl and Cathleen Weinert	1400 Linwood Ave	Ann Arbor, MI 48103
1551114	Russell Perigo	2840 Brandywine Dr	Ann Arbor, MI 48104
1551115	John Brinley	5623 Walnut Hall	Ann Arbor, MI 48105
1551116	Joshua Charson	1585 Woodland Dr	Ann Arbor, MI, 48103
1551117	Paul Thomas	601 Anson Ave	Abilene, TX 79601
1551118	Francis Connolly	3079 Exmoor Rd	Ann Arbor, MI 48104
1551119	Gregory Barkley	2890 Burlington St	Ann Arbor, MI 48105
1551120	Mike Mammel	3701 Meadow View Dr	Dexter, MI 48130
1551121	Mary Wigton	511 W. Summit	Ann Arbor, MI 48103
1551122	Steve Engelman	51800 S Foster Rd	New Baltimore, MI 48047
1551123	Matt Schultz	1544 Riverwood Dr	Ann Arbor, MI 48103
1551124	Francie Bauer	12780 Rattalee Lake Rd	Davisburg, MI 48350
1551125	Timothy Cotts	2010 Marra Dr	Ann Arbor, MI 48103
1551126	William (Andy) Adamson	3629 Wagner Ridge Ct	Ann Arbor, MI 48103
1551127	Brian Wietzke	3230 Golfview Dr	Saline, MI 48176
1551128	Marge Schwartz	610 41st St	Allegan, MI 49010
1551129	Michael Traugott	3204 Sunnywood Dr	Ann Arbor, MI 48103
1551130	Steve Thiry	2707 Tessmer Rd	Ann Arbor, MI 48103
1551131	Oniel Jones	10 Talmadge Dr	Baldwin, NY 11510
1551132	Jeremy Ehrlich	209 Hayes Street	Seattle, WA 98109
1551133	Steven Koshiol	4856 Woodridge Ct	Minnetonka, MN 55345
1551134	Paul Merry	3208 Lakeridge Ln NW	Rochester, MN 55901
1551135	Rita Hickey	3501 Larchwood Dr	Minnetonka, MN 55345
1551136	Dean Holmes	978th St	Ellsworth, WI 54011
1551137	Jeff Peterson	2106 Stanford Avenue	St Paul, MN, 55105
1551138	Richard Anderson	41 Blue Goose Lane	Shepherdstown, WV 25443
1551139	Michael Gyasi	92 Columbine Ave	Pawtucket, RI 02861
1551140	Robert & Mary Anne Counts	82 N Rd	South Kingstown, RI 02879
1551141	Christoph and Molly Zurcher	5019 Picket Dr	Colorado Springs, CO 80918
1551142	Jenny Powers	2601 W Mulberry St	Fort Collins, CO 80521
1551143	David Cox	920 Dixon Ave	Missoula, MT 59801
1551144	Liem Nguyen	500 Tigerwood Way	San Jose, CA 95111
1551145	Stephanie Barberra	2006 Wolford Rd	Schwenksville, PA 19473
1551146	John Ziegler	298 Glen Rock Rd	Glen Rock, PA 17327
1551147	Sheryee & Ryan Buell	16583 Newcomb St	San Diego, CA 92127
1551148	Frank Boling Jr	817 Turmeric Ln	Durham, NC 27713
1551149	John Mendoza	1007 Oak View Dr.	Pensacola, FL 32506
1551150	Palmer Thompson−Moss	877 Park Pl	Brooklyn, NY 11216
1551151	Richard Thornton	32776 Parkview Dr,	Fort Bragg, CA 95437
1551152	Lori Sutton	602 Alison Cir	Livermore, CA 94550
1551153	Rudolf Cabrera	1221 S 9th Ave	Yuma, AZ 85364
1551154	Zach Ward	121 S Church St	Martinsburg, WV 25401
1551155	Robert McEachern	3251 Normandy Woods Dr. #C	Ellicott City, MD 21043
1551156	Benjamin Howar	74 Edward Ct	Shenandoah Junction, WV 25442
1551157	John Stillwagon	328 Boyd Ave	Martinsburg, WV 25401
1551158	David Levine	2426 Steamboat Run Road	Shepherdstown, WV 25401
1551159	Michelle Burwell	105 Arlington Ct	Martinsburg, WV 25401
1551160	Kelly Hockman	c/o John Stillwagon	328 Boyd Ave	Martinsburg, WV 25401
1551161	Chad Stockman	4428 Flintstone Rd	Alexandria, VA 22306
1551162	Glenn Twyman	724 W. Stephen St	Martinsburg, WV 25401
1551163	Michael Rhodes	13447 Marble Rock Dr	Chantilly, VA 20151
1551164	Richard Deal	39 Winners Circle	Shenandoah Junction, WV 25442
1551165	Evan Whalen	230 Timber Ln	Harpers Ferry, WV 25425
1551166	Troy Pierce	6908 Seneca Falls LN	Austin, TX 78739
1551167	Amanda Stickles	220 Cashmere Dr	Martinsburg, WV 25404
1551168	Jed Ashby	147 Lure Court	Inwood, WV 25428
1551169	Pia Boskey	82 Sirocco Court	Falling Waters, WV 25419
1551170	Samantha Brown	185 Hale Rd	Charles Town, WV 25414
1551171	Michelle Burwell	413 Karla Ct	Martinsburg, WV 25404
1551172	David Carter−Bailey	8980 Cross Hive Ct	Columbia, MD 21045
1551173	Jeremy Dobrzanksi	610 Irving St NW Unit T05	Washington, DC 20010
1551174	Jennifer Easterly	146 Norwood Dr	Falling Waters, WV 25419
1551175	Will Faulcon	115 Glory Lane	Falling Waters, WV 25419
1551176	Jennifer Fountain	178 Spring Warbler Way	Shepherdstown, WV 25443
1551177	Abbygail Fowler	1421 N Wicklow Rd	Nixa, MO 65714
1551178	Sean Fuellhart	228 Porter Way	Charles Town, WV 25414
1551179	Alexander Illyn	179 Brookline Drive	Charles Town, WV 25414
```

| | | | | |
|---|---|---|---|---|
| 1551180 | Tara Lowe | 4495 Middleway Pike | Kearneysville, WV 25430 | |
| 1551181 | Barrett Lynch | 1014 Forest Road | Charleston, WV 25314 | |
| 1551182 | Matthew Melmon | 20975 Valley Green Dr, Apt 219 | Cupertino, CA 95014 | |
| 1551183 | Eric Montgomery | 1213 Oden St | Front Royal, VA 22630 | |
| 1551184 | William Nedrow | 28 Bruce Drive | Charles Town, WV 25414 | |
| 1551185 | Troy Pierce | 6908 Seneca Falls Ln | Austin, TX, 78739 | |
| 1551186 | Beau Randall | 800 The Mark Lane #2502 | San Diego, CA 92101 | |
| 1551187 | Stephanie Schrider | 4199 Spohrs Rd | Berkeley Springs, WV 25411 | |
| 1551188 | Kevin Sweet | 1200 N Hartford St, Apt 608 | Arlington, VA 22306 | |
| 1551189 | Glenn Twyman | 724 W. Stephen St | Martinsburg, WV 25401 | |
| 1551190 | Joseph Tutela | 1033 Elkgrove Ave #2 | Venice, CA 90291 | |
| 1551191 | Mark Wirt | P.O Box 1224 | Shepherdstown, WV 25443 | |
| 1551192 | Chase Zarefoss | 11104 Shadybrook Ct | Hagerstown, MD 21740 | |
| 1551193 | Michael Yost | 87 Meridith Lane | Shepherdstown, WV 25443 | |
| 1551194 | NRG Energy | 804 Carnegie Center | Princeton, NJ 08540 | |
| 1551195 | TJ Sun | 7927 Jones Branch Dr, Suite 3125 | McLean, VA 22102 | |
| 1551196 | Rob Miller | 601 N. Fairfax Street, Unit 216 | Alexandria, VA 22314 | |
| 1551197 | Chris Dymond | 1752 N. St, NW, 8th Floor | Washington DC 20036 | |
| 1551198 | Gerry Sikorski | c/o Holland & Knight LLP | 800 17th St NW #1100 | Washington, DC 20006 |
| 1551199 | Charlie Schellhorn | 333 West 11th St | Kansas City, Missouri, 64105 | |
| 1551200 | Sterling Raphael | c/o eventr.io | 4454 State Line Road, Suite 100 | Kansas City, KS 66103 |
| 1551201 | Ed Ossie (FFV) c/o eventr.io | 4454 State Line Road, Suite 100 | Kansas City, KS 66103 | |
| 1551202 | The South Face LLC –– Matt Cheney | 139 Townsend St., Suite #150 | San Francisco, CA 94107 | |
| 1551203 | Baker Restoration –– LeeAnn Baker Steding | 3121 East Madison St, Suite 206 | Seattle, WA, 98112 | |
| 1551204 | Dr. Paul H. Levine | 4816 Montgomery Lane | Bethesda, MD 20814 | |
| 1551205 | Larry Coben | c/o Sustainable Preservation Initiative | 40 West 22nd St, Suite 11 | New York, NY 10010 |
| 1551206 | Mary Dridi | 3406 Slade Run Road | Falls Church, VA 22402 | |
| 1551207 | Paul Woods | 691 Steamboat Run Road | Sheperdstown, WV 25443 | |
| 1551208 | Allied Defense Industries | 210 Commerce Cir | Kearneysville, WV 25430 | |
| 1551209 | David Miljour | 51 Maddex Dr | Shepherdstown, WV 25443 | |
| 1551210 | John William Younis Sr | 41 Meredith Ln | Shepherdstown, WV 25443 | |
| 1551211 | Gant Redmon | 31 Woodland Rd. | Lexington, MA 02420 | |
| 1551212 | Tom Steding | 3920 Eagle Rock Road – Tahoe Pines | Box 205 | Homewood, CA 96141 |
| 1551213 | Anne Hutchens | c/o James J. Condon | 23235 Wrathall Drive | Ashburn, VA 20148 |
| 1551214 | Buddy Hill | c/o James J. Condon | 23235 Wrathall Drive | Ashburn, VA 20148 |
| 1551215 | Thomas Varghese (Kadan) | 2342 Shattuck Ave, #323 | Berkeley, CA 94704 | |
| 1551216 | Tim Hutchens | c/o CBRE | 750 9th St NW #900 | Washington, DC 20001 |
| 1551217 | Christine Hertzog | c/o EPRI | 3420 Hillview Ave | Palo Alto, CA 94304 |
| 1551218 | A Neal Barkus | c/o Steptoe & Johnson | 1250 Edwin Miller Blvd | Martinsburg, WV 25404 |
| 1551219 | Iguana Energy Exchange LLC (Carlos) | c/o Andrew Rogovin, Hinckley Allen | 28 State St | Boston, MA, 02109 |
| 1551220 | Ian Gibson Smith | c/o AMS Group | 661 S Washington St | Alexandria, VA 22314 |
| 1551221 | John McGrath | 135 Alice Lane | Sheperdstown, WV 22314 | |
| 1551222 | Dr. Christopher Beckett | 184 E 2nd Ave | Williamson, WV 25661 | |
| 1551223 | Clifford Smith | 44 Blossom View Ct | Shepherdstown, WV 25443 | |
| 1551224 | Richard and Monica Levine | 701 Nicholas Lane | Cockeysville, MD 21030 | |
| 1551225 | Greg Rochli | 7600 Rolling Mill Rd | Baltimore, MD 21224 | |
| 1551226 | David M. Hammer | 408 W King St | Martinsburg, WV 25401 | |
| 1551227 | MD DBED | 401 E Pratt St | Baltimore, MD 21202 | |
| 1551228 | James Condon | 23235 Wrathall Drive | Ashburn, VA 20148 | |
| 1551229 | Murphy Pondexter | 907 Highland Ter | Saint Albans, WV 25177 | |
| 1551230 | Eric Graf | c/o Flockgen | 718 Thompson Ln, Suite 108310 | Nashville, TN 37204 |
| 1551231 | Harsh Mahatma | 10829 NW 8th Street | Pembroke Pines, FL 33026 | |
| 1551232 | Valerie Gaydos | Angel Venture Forum | c/o Hera Hub | 5028 Wisconsin Avenue, Ste. 100  Wachington, DA 20016 |
| 1551233 | Kyle Cronan | 2215 S. St. Louis Ave. | Chicago, IL 60623 | |
| 1551234 | Matt Cunningham | c/o Elementum SCM | 1300 Terra Bella Ave #200 | Mountain View, CA 94043 |
| 1551235 | Scott Rotruck | 912 Suncrest Place | Morgantown, WV 26505 | |
| 1551236 | Mehmet Ogden | 7921 Jones Branch Dr, #222 | McLean, VA 22102 | |
| 1551237 | Panacea Capital Advisors, Inc. | 3 Bethesda Metro Center, Suite 700 | Bethesda, MD 20814 | |
| 1551238 | Chris Martin | c/o Broadsoft | 9737 Washington Blvd, Suite 350 | Gaithersburg, MD 20878 |
| 1551239 | Douglas Buchanon | 145 Nassau Street, #2F | New York, NY 10038 | |
| 1551240 | Don Trent Jacobs | PO Box 3040 | Sequim, WA 98382 | |
| 1551241 | Investech, LLC | 6867 Elm Street | McLean, VA 22101 | |
| 1551242 | Craig D. Adler Living Trust | 2411 Dulles Corner Park, Suite 800 | Herndon, VA 20171 | |
| 1551243 | CMM Ventures, LLC | 3033 Brandywine Street, NW | Washington, DC 20008 | |
| 1551244 | William Wilhelm | 1517 30th Street, NW, Apt. C–31 | Washington, DC 20004 | |
| 1551245 | Barry Direnfeld | 3300 North Albemarle Street | Arlington, VA 22207 | |
| 1551246 | Samuel Rubenstein | c/o Panacea Capital Advisors, Inc. | 3 Bethesda Metro Center, Suite 700  Bethesda, MD 20814 | |
| 1551247 | Panacea Capital Advisors, Inc. | 3 Bethesda Metro Center, Suite 700 | Bethesda, MD 20814 | |
| 1551248 | WDP Ventures LLC | 1100 North Glebe Rd, Suite 1100 | Arlington, VA 22201 | |
| 1551249 | WDP Ventures, LLC | c/o David G. Pommerening | Baker Botts | 1299 Pennsylvania Ave, NW, #120  Washington, DC 20004 |
| 1551250 | MAB Media LLC | c/o Mudar Yaghi | 6867 Elm Street | McLean, VA 22101 |
| 1551251 | Chris Martin | 3301 Bywater Court | Herndon, VA 20171 | |

```
1551252    Select Venture Fund I, LLC        159 Lichfield Blvd, Suite 101    Fredericksburg, VA 22406
1551253    RBJ Holdings, LLC        2900 Fairview Park Dr.        Falls Church, VA 22042
1551254    Novus Capital (Preferred Warrants)        4500 Kruse Way #170        Lake Oswego, OR 97035
1551255    Valentis Solar Equity Fund LLC        7921 Jones Branch Dr, #222        McLean, VA 22102
1551256    Rebecca Sue Abbott        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551257    Sadek Omar        c/o Omar Holding & Development        8300 Greensboro Drive, Suite 1100        Tysons Corner, VA 22102–0000
1551258    Laura Shaw Murra        c/o Moloney Securities        13537 Barrett Pkwy Dr,        Ballwin, MO 63021
1551259    J. Hunt Bonan        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551260    Spilman Thomas & Battle, PLLC        48 Donley St, Suite 800        Morgantown, WV 26501
1551261    Rachel Tronstein        c/o Gardner– White        4445 N Atlantic Blvd        Auburn Hills, MI 48326
1551262    Erik Larson        5078 Bonnie Branch        Ellicott City, MD 21045
1551263    Patrick Kelly        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551264    Robert Gordon Roberts Trust        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551265    Jon Crouse        102 Breezewood Drive        Elizabeth City, NC 27909
1551266    Norma Shaw by Randy Shaw POA        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551267    Donald R. Hancock        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551268    Frances Bremer Trust        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551269    Joseph Corrigan        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551270    Carl W. Hastings        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551271    Oliver McKee        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551272    Greg & Joyce A. Swaller        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551273    S&M Holdings, LLC        c/o Panacea Capital Advisors, Inc.        3 Bethesda Metro Center, Suite 700        Bethesda, MD 20814
1551274    Ellen Langtree Roberts Trust        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551275    Craig D. Adler Living Trust        9303 Silvercreek Court        Fairfax Station, VA 22039
1551276    John L. Forir        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551277    Kenneth R. Callahan Rev Trust        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551278    Robert J. Becker        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551279    Chad Stockman        4428 Flintstone Road        Alexandria, VA 22306
1551280    John T. Riecker        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551281    Mark Schoning        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551282    Barry Direnfeld        3300 North Albemarle Street        Arlington, VA 22207
1551283    Brian Corrigan        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551284    Joseph Lamacchia        c/o Moloney Securities        13537 Barrett Pkwy Dr        Ballwin, MO 63021
1551285    INviro Design & Consulting, LLC        704 E. McBee Avenue        Greenville, SC 29601
1551286    Mark A. Bible, Jr.        Kenison, Dudley & Crawford, LLC        704 E. McBee Avenue        Greenville, SC 29601
1551287    Nicholas R. Stuchell, Esq.        Daniels Law Firm, PLLC        PO Box 1433        Charleston, WV 25325
1551293    Atty General Of WV        BLDG 1 E–26 Ground Floor Main Unit        Capitol Building        Charleston WV 25301
1551294    Internal Revenue Service        Post Office Box 7346        Philadelphia PA 19101–7346
1551295    Regional Bankruptcy Contact        U.S. Environmental Protection Agency        Region III        1650 Arch Street (3RC00)        Philadelphia PA 19103
1551296    Secretary Of The Treasury        15th St & Pennsylvania Avenue        Washington DC 20220
1551297    Social Security Administration        300 Spring Garden Street        Philadelphia PA 19123
1551298    US Attorney        Northern District of WV        PO Box 591        Wheeling WV 26003
1551299    WV Dept of Tax & Revenue        Bankruptcy Unit        Post Office Box 766        Charleston WV 25323–0766
1551300    West Virginia Insurance Commission        Legal Division – Bankruptcy        Post Office Box 50540        Charleston WV 25305–0540
1552383    Cherry Bekaert LLP        200 South 10th Street        Suite 200        Richmond VA 23219
1552460    David F. Pollock        54 S. Washington St.        Waynesburg, PA 15370
1552837    McNaughton McKay Electric Company        1401 E. Lincoln Avenue        Madison Heights MI 48071
1552915    Robert and Mary Anne Counts        82 North Road        Peace Dale, RI 02879
1554218    Amy E. Vulpio        White and Williams LLP        1650 Market St Fl 18        Philadelphia, PA 19103
1554219    Google LLC fka Google Inc.        c/o White and Williams LLP        7 Times Square, Suite 2900        New York, NY 10036–6524
1554376    Ringobon, LLC        570 Herndon Parkway Suite 400        Herndon, VA 20170
1554789    Richard B Deal Jr        39 Winners Circl        Shenandoah Junction, WV 25442
1555546    YellowLite        Azam Kazml, President        1925 St. Clair Ave. NE        Cleveland OH 44114
1557326    Ken Henschel        29 Herald Drive        Leesburg, FL 34748
1558562    Marketo, Inc.        901 Mariners Island Blvd.        Suite 500        San Mateo, CA 94404
```

TOTAL: 342