**David A. Cox**
920 Dixon Av
Missoula, MT 59801

December 15, 2020

To Whom It May Concern:

I, David A. Cox, a creditor in the Geostallar Inc. bankruptcy case 3:18-bk-0045, strongly object to the motion to allow David A. Levine to pay defense costs out of insurance funds.

I do so because this case has dragged on for more than two years, with no meaningful action to pay creditors. No one should be paid any monies until the creditors are made whole – paid back the funds invested plus interest – or at least paid some percentage of their investment, before anyone else is paid.

My view is that Geostallar, Inc. actually ran a Ponzi scheme masquerading as a third party solar voltaic developer and does not warrant the protection of the Bankruptcy Court.

Sincerely,

David A. Cox



MISSOULA MT 598

17 DEC 2020 PM 1 T

D. Cox
920 Dixon Av.
Missoula MT 5M801

Ryan W. Johnson
Clerk, US Bankruptcy Court
P.O. Box 70
Wheeling WV 26003