12-30-2020

US Bankruptcy Court
c/o Sheree T. Burlas
Deputy Clerk
PO Box 70
Wheeling, WV 26003
304-233-1655

Case No.: 3:18-bk-00045
Chapter 7

To whom it may concern:

My name is Marjorie Schwartz, and I lost $17,000 when Geostellar, Inc. went bankrupt.

I object to Motion 159 that would allow the defense costs of David A. Levine to be paid by Philadelphia Indemnity Insurance Company. I am not a lawyer, but to me it seems that just carrying this type of insurance indicates that Mr. Levine was planning to commit activities that would result in court costs if he were to be caught.

I have doubts that I will ever see a penny of the $17,000 that I lost, but I don't feel he should be allowed to have insurance cover his losses when he didn't carry any insurance to cover my losses.

*Marge Schwartz*

Marge Schwartz
610 41st St.
Allegan, MI 49010

Marge Schwartz
610 41st St
Allegan, MI 49010

GRAND RAPIDS MI 493
31 DEC 2020 PM 1 L

U S Bankruptcy Court
Northern District of
% Norre J. Barline
Deputy Clerk
P.O. Box 70
Wheeling, W.V. 26003

26003-000670

