**Dated: March 11th, 2021**



B. McKay Mignault, Chief Bankruptcy Judge
United States Bankruptcy Court

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GEOSTELLAR, INC., | ) | Case No. 18-bk-45 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

### ORDER

Pending before the court is a motion by Philadelphia Indemnity Insurance Company ("PIIC") for relief from the automatic stay. Specifically, PIIC seeks authorization to pay defense costs associated with its defense of David A. Levine, its insured, in the adversary proceeding filed against Mr. Levine by Martin P. Sheehan, the Chapter 7 trustee administering the bankruptcy estate in this case. Aside from Mr. Sheehan's objection, which he resolved with PIIC by separate agreement, only David A. Cox and Marjorie Schwartz filed written objections to PIIC'S motion.

Mr. Cox and Ms. Schwartz, both *pro se*, express opposition to PIIC's motion based upon dissatisfaction with the proposition that Mr. Levine's defense costs will be paid ahead of other creditors. Additionally, they contend that the court should not permit payment based upon perceived misconduct by Mr. Levine. Notably, the same or similar alleged misconduct is the basis of Mr. Sheehan's complaint giving rise to the defense costs. In pursuing his complaint in that regard, Mr. Sheehan's goal is to collect proceeds from the subject insurance policy to pay unsecured creditors of the bankruptcy estate.

Under § 362(d) of the Bankruptcy Code, the court may grant relief from the automatic stay for "cause." Congress did not delineate what constitutes "cause" for relief under § 362(d), but "courts have commonly granted relief from stay to allow directors and officers to receive payment for their defense costs." *In re Beach First Nat'l Bancshares, Inc.*, 451 B.R. 406, 410 (Bankr. D.S.C. 2011) (citations omitted). The court finds the analysis by its sister bankruptcy court for the

District of South Carolina to be sound and will adopt it here in overruling Mr. Cox's and Ms. Schwartz's objections.

Therefore, the court does hereby

**ORDER** that PIIC's motion for stay relief (Doc. No. 159), filed December 8, 2020, be and here is GRANTED.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–3 | User: ad | Date Created: 3/12/2021 |
| Case: 3:18–bk–00045 | Form ID: pdfdoc | Total: 20 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Martin P. Sheehan | sheehanparalegal@wvdsl.net |
| aty | Aaron C. Amore | aaron@amorelaw.com |
| aty | Arthur W. Zamosky | azamosky@bernsteinlaw.com |
| aty | Charles I. Jones, Jr. | cjones@campbellwoods.com |
| aty | Christopher Schueller | christopher.schueller@bipc.com |
| aty | Debra Tedeschi Varner | dtvarner@vv–wvlaw.com |
| aty | Keith J. Pappas | kpappaslaw@labs.net |
| aty | Martin P. Sheehan | sheehanparalegal@wvdsl.net |
| aty | Michael Joshua Lichtenstein | mjl@shulmanrogers.com |
| aty | Michael L. Scales | mlscales@frontier.com |
| aty | Patrick S Cassidy | pcassidy@walslaw.com |
| aty | Salene Rae Mazur Kraemer | skraemer@bernsteinlaw.com |
| aty | Shari Lynne Collias | shari.collias@usdoj.gov |
| aty | Timothy F. Cogan | tfc@walslaw.com |

TOTAL: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Geostellar, Inc.   224 W. King Street   Martinsburg, WV 25401–3212 | | |
| cr | Matador Solar Partners, LLC, as administrative agent for Matador   8750 North Central Expressway   Suite 750   Dallas, TX 75231 | | |
| cr | David A Levine   c/o Amore Law, PLLC   P.O. Box 386   Charles town, WV 25414 UNITED STATES | | |
| intp | Philadelphia Indemnity Insurance Company   c/o Debra Tedeschi Varner, Esquire   360 Washington Avenue   Clarksburg, WV 26301 | | |
| aty | Arch W. Riley, Jr.   Bernstein–Burkley, P.C.   Hare Building   48 14th Street, Suite 301   PO Box 430   Wheeling, WV 26003–0009 | | |

TOTAL: 5