**DEFER, NTCAPR, CONVERTED, ASSET, MIGNAULT ASSIGNMENT**

# U.S. Bankruptcy Court
## Northern District of West Virginia (Martinsburg)
### Bankruptcy Petition #: 3:19−bk−01048

*Assigned to:* Bankruptcy Judge Becker McKay Wyckoff Mignault
Chapter 7
Previous chapter 13
Original chapter 13
Voluntary
Asset

*Date filed:* 12/13/2019
*Date converted:* 02/26/2020
*Debtor discharged:* 12/21/2020
*Joint debtor discharged:* 12/21/2020
*341 meeting:* 07/08/2020
*Deadline for objecting to discharge:* 07/12/2020

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

*Debtor*
**David Andrew Levine**
2426 Steamboat Run Road
Shepherdstown, WV 25443
JEFFERSON−WV
SSN / ITIN: xxx−xx−3601

represented by **Brian Richard Blickenstaff**
Turner & Johns, PLLC
808 Greenbrier Street
Charleston, WV 25311
304−720−2300
Fax : 304−720−2311
Email: bblickenstaff@turnerjohns.com

*Joint Debtor*
**Monica Larson Levine**
2426 Steamboat Run Road
Shepherdstown, WV 25443
JEFFERSON−WV
SSN / ITIN: xxx−xx−3790

represented by **Brian Richard Blickenstaff**
(See above for address)

*Trustee*
**Helen M. Morris**
P.O. Box 8535
South Charleston, WV 25303
(304) 744−6730
*TERMINATED: 02/26/2020*

represented by **Meagan Alise Preece McClure**
Office of the Chapter 13 Trustee
PO Box 8535
South Charleston, WV 25303
304−744−6730 Ext. 106
Fax : 304−744−6752
Email: mapreece@wvtrustee.org

*Trustee*
**Aaron C. Amore**
Amore Law, PLLC
206 West Liberty Street
Post Office Box 386
Charles Town, WV 25414
304−885−4111
*TERMINATED: 02/27/2020*

represented by **Aaron C. Amore**
Amore Law, PLLC
206 West Liberty Street
Post Office Box 386
Charles Town, WV 25414
304−885−4111
Fax : 866−417−8796
Email: amorewvt@gmail.com
*TERMINATED: 02/27/2020*

*Trustee*
**Thomas Fluharty**
408 Lee Avenue
Clarksburg, WV 26301

represented by **Thomas Fluharty**
408 Lee Avenue
Clarksburg, WV 26301
(304) 624−7832

(304) 624−7832

Fax : (304) 622−7649
Email: thfaal@aol.com

**U.S. Trustee**
**United States Trustee**
2025 United States Courthouse
300 Virginia Street East
Charleston, WV 25301
304−347−3400

represented by **Gary O. Kinder**
U.S. Trustee's Office
300 Virginia Street East
Room 2025
Charleston, WV 25301
304−347−3400
Fax : 304−347−3402
Email: gary.o.kinder@usdoj.gov

**Debra A. Wertman**
Office of the United States Trustee
300 Virginia Street, East
Room 2025
Charleston, WV 25301
304−347−3400
Fax : 304−347−3402
Email: debra.a.wertman@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 12/13/2019 | 1 | Chapter 13 Voluntary Petition Individual. Fee Amount $310. Filed by David Andrew Levine, Monica Larson Levine. Section 316 Incomplete Filings due by 01/27/2020. Atty Disclosure Statement due 12/27/2019. Employee Income Records Due 12/27/2019.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due 12/27/2019 Schedules A−J due 12/27/2019. Statement of Financial Affairs due 12/27/2019. Summary of Assets and Liabilities due 12/27/2019. Incomplete Filings due by 12/27/2019. (Blickenstaff, Brian) (Entered: 12/13/2019) |
| 01/07/2020 | 20 | **Schedules A−J** Filed. , **Summary of Schedules: Assets and Liabilities for Individual** , **Statement of Financial Affairs for Individual** , Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C−1. Disposable Income Is Determined , Chapter 13 Calculation of Your Disposable Income Form 122C−2 , Disclosure of Compensation of Attorney for Debtor Filed by Brian Richard Blickenstaff on behalf of David Andrew Levine, Monica Larson Levine. (Blickenstaff, Brian) (Entered: 01/07/2020) |
| 01/23/2020 | 30 | Order Amending Schedule RE: **Amended Schedules** Fee Amount $31. Filed by Brian Richard Blickenstaff on behalf of David Andrew Levine, Monica Larson Levine. filed by Debtor David Andrew Levine, Joint Debtor Monica Larson Levine (related document(s)27). (trs) 1/23/2020 (Entered: 01/23/2020) |
| 02/07/2020 | 48 | Motion for Relief from Stay regarding Adversary Proceeding No., 3:19−AP−00024 or in the alternative, To Recognize the Pending Adversary Proceeding as a Proceeding in the above captioned case Fee Amount $181. with Certificate of Service Filed by Martin P. Sheehan on behalf of Martin P. Sheehan. (Sheehan, Martin) (Entered: 02/07/2020) |
| 02/10/2020 | 54 | **Amended Schedules** Fee Amount $31., **Statement of Financial Affairs for Individual** *Amended*, **Summary of Schedules: Assets and Liabilities for Individual** *Amended* Filed by Brian Richard Blickenstaff on behalf of David Andrew Levine, Monica Larson Levine. (Blickenstaff, Brian) (Entered: 02/10/2020) |

| | | | |
|---|---|---|---|
| 02/13/2020 | | 59 | Order to Provide Notice Re: 48 Motion for Relief from Stay regarding Adversary Proceeding No., 3:19−AP−00024 . Fee Amount $181. with Certificate of Service filed by Creditor Martin P. Sheehan. . (related document(s)48). 420A Notice and Certificate of Service due by 2/20/2020. (trs) 2/13/2020 (Entered: 02/13/2020) |
| 02/26/2020 | | 75 | Order Converting Case to Chapter 7 and terminating any orders directing the debtor to make Chapter 13 plan payments to the Trustee and/or directing an employer to commence withholding. Trustee Helen M. Morris removed from the case. Trustee Aaron C. Amore added to the case. (related document(s)67). (trs) 2/26/2020 (Entered: 02/26/2020) |
| 03/06/2020 | | 90 | Order Denying as Moot 52 Motion to Dismiss Case *for Failure to Attend Two Scheduled Meetings of Creditors* with Certificate of Service filed by Trustee Helen M. Morris; Providing for 49 Motion to Dismiss Case with Certificate of Service filed by Creditor Martin P. Sheehan to be Scheduled for Further Proceedings After the Conclusion of the Sec. 341 Meeting in the Chapter 7 Case; and Providing for the Trustee to File Any Supplemental Authority in Support of 53 Amended Motion *to Disgorge Attorney's Fees* with Certificate of Service filed by Trustee Helen M. Morris by 2/28/2020 With Debtor to Respond by 3/6/2020 (related document(s)52, 49, 53). (ams) 3/6/2020 (Entered: 03/06/2020) |
| 03/11/2020 | | 93 | Order Granting Motion For Relief From Stay (Related Doc # 48) (lam) 3/11/2020. (Entered: 03/11/2020) |
| 04/28/2020 | | 115 | Notice of Withdrawal with Certificate of Service Filed by Martin P. Sheehan on behalf of Martin P. Sheehan (related document(s)49 Motion to Dismiss Case filed by Creditor Martin P. Sheehan). (Sheehan, Martin) (Entered: 04/28/2020) |
| 07/13/2020 | | 138 | Trustee's Notice of Assets & Request for Notice to Creditors with Request to Issue Claims Notice Filed by Trustee Thomas Fluharty. (Fluharty, Thomas) (Entered: 07/13/2020) |
| 10/28/2020 | | 184 | **Amended Schedules** No Fee Required *Amended Schedules filed: Schedule A/B, C, and Summary of Schedules* Filed by Brian Richard Blickenstaff on behalf of David Andrew Levine, Monica Larson Levine. (Blickenstaff, Brian) (Entered: 10/28/2020) |
| 12/18/2020 | | 228 | Motion for Relief from Stay regarding Litigation . Fee Amount $188. with Certificate of Service. Filed by Martin P. Sheehan on behalf of Martin P. Sheehan. (Sheehan, Martin) (Entered: 12/18/2020) |
| 12/18/2020 | | 229 | Notice of Motion For Relief From The Automatic Stay and Certificate of Service Filed by Martin P. Sheehan on behalf of Martin P. Sheehan (related document(s)228 Motion for Relief From Stay filed by Creditor Martin P. Sheehan). Objections due by 1/4/2021. (Sheehan, Martin) (Entered: 12/18/2020) |
| 12/21/2020 | | 234 | Order Discharging Both Debtors . (jrm) 12/21/2020 (Entered: 12/21/2020) |
| 01/12/2021 | | 245 | Proposed Order *Granting Motion for Relief from Stay* Filed by Martin P. Sheehan on behalf of Martin P. Sheehan (related document(s)228 Motion for Relief From Stay filed by Creditor Martin P. Sheehan). (Sheehan, Martin) (Entered: 01/12/2021) |

| | | | |
|---|---|---|---|
| 01/15/2021 | | <u>246</u> | Order Granting Motion For Relief From Stay (Related Doc # <u>228</u>). AdversaryProceeding No. 3:19−ap−0024 may proceed. (trs) 1/15/2021. (Entered: 01/15/2021) |
| 02/07/2020 | | | Claim 6 filed by the Bankruptcy Estate of Geostellar, Inc.against the Bankruptcy Estate of David Levine |

The following parties and counsel have made appearances and filed pleadings of record concerning the issues which are the subject of this appeal:

    Counsel for the Appellant, Thomas H. Fluharty, Trustee of the Bankruptcy Estate of David Levine and Monica Levine, is:

        Martin P. Sheehan
        Sheehan & Associates, PLLC
        1 Community St., Ste 200
        Wheeling, WV 26003
        (304) 232-1064

        Thomas H. Fluharty
        408 Lee Avenue
        Clarksburg, WV 26301
        (304) 624-7832

    Counsel for the Appellant, Martin P. Sheehan, Trustee of the Bankruptcy Estate of Geostellar, Inc., is:

        Martin P. Sheehan
        Sheehan & Associates, PLLC
        1 Community St., Ste 200
        Wheeling, WV 26003
        (304) 232-1064

        Patrick S Cassidy
        Cassidy, Cogan, Shapell & Voegelin, L.C.
        1413 Eoff St
        The First State Capitol
        Wheeling, WV 26003
        304-232-8100

        Timothy F. Cogan
        Cassidy, Cogan, Shapell & Voegelin L.C.
        The First State Capitol
        1413 Eoff Street
        Wheeling, WV 26003
        (304) 232-8100

Counsel for the Appellee, Philadelphia Indemnity Insurance Company, is:

    Debra Tedeschi Varner
    Varner & Van Volkenburg PLLC
    360 Washington Avenue
    Clarksburg, WV 26302-2370
    304-918-2840

    David Grassmick
    Cope Ehlers PC
    135 South LaSalle Street
    Suite 3050
    Chicago, IL 60603

Other Interested Parties And Their Counsel:

    United States Trustee
    2025 United States Courthouse
    300 Virginia Street East
    Charleston, WV 25301
    304-347-3400

    Counsel for David Andrew Levine, is:
    Brian Richard Blickenstaff
    Turner & Johns, PLLC
    808 Greenbrier Street
    Charleston, WV 25311
    304-720-2300