Form o13addcr

# UNITED STATES BANKRUPTCY COURT
Northern District of West Virginia

| In Re: | David Andrew Levine and Monica Larson Levine<br>Debtor | Case No.: 3:19–bk–01048<br><br>Chapter: 13 |

## ORDER ON THE FILING OF AMENDED SCHEDULES
## ADDING OR MODIFYING CREDITORS IN A CHAPTER 13 CASE

The above–styled case was filed on December 13, 2019. The Debtor has filed Amended Schedules either adding creditors or changing the address of creditors.
Therefore, it is

**ORDERED** that to the extent the Debtor has not already done so, the Debtor shall serve each newly added creditor with a copy of:
1. The Notice of Bankruptcy Case;
2. The Amended Schedules;
3. The Notice of the Meeting of Creditors (which includes the deadline for filing claims);
4. The Chapter 13 Plan, or most recent Amended Plan, and Confirmation Hearing Notice, or, if the Plan has been confirmed, the Chapter 13 Plan Confirmation Order and any approved Modifications to the Confirmed Plan;
5. Any other document that affects the rights of the newly added creditor.

The copy of the Notice of Bankruptcy Case and the Meeting of Creditors served on each newly added creditor must contain all nine digits of the Debtor's social security number. If the Debtor has not already done so, the Debtor shall file a certificate of service with the Court evidencing service of the above–mentioned documents. It is

**FURTHER ORDERED** that in cases where the Amendment is made after the date first set for the Debtor's meeting of creditors under 11 U.S.C. §341, and the affected creditors were without notice of the filing of the Debtor's bankruptcy case, then the deadlines for filing an action to except a debt from discharge and for objecting to entry of discharge are extended with respect to such creditor as follows:
A. The time for filing an action to except a debt from discharge is unchanged, and such actions may be filed within the time proscribed by Fed. R. Bankr. P. 4007(b) and/or 11 U.S.C. §523(a)(3);
B. If the debtor filed the amended schedule or list less than 30 days before the expiration of the deadline set forth in Fed R. Bankr. P. 4004(a) (60 days after the date first set for the meeting of creditors), then the deadline for the creditor to object to the entry of the debtor's discharge under 11 U.S.C. §1328(f) is extended 30 days from the date of this Order.

Dated: January 23, 2020

*Patrick M. Flatley*
_____
United States Bankruptcy Judge

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–3 | User: ad | Date Created: 1/23/2020 |
| Case: 3:19–bk–01048 | Form ID: o13addcr | Total: 7 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion04.ct.ecf@usdoj.gov
tr      Helen M. Morris           ch13info@wvtrustee.org
aty     Brian Richard Blickenstaff       bblickenstaff@turnerjohns.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         David Andrew Levine        2426 Steamboat Run Road      Shepherdstown, WV 25443
jdb        Monica Larson Levine       2426 Steamboat Run Road      Shepherdstown, WV 25443
1609801    Internal Revenue Service   Post Office Box 7346         Philadelphia PA 19101–7346
1609739    West Virginia State Tax Department     Bankruptcy Unit      P.O. Box 766      Charleston WV 25323–0766

TOTAL: 4