Form ontcrlf

# UNITED STATES BANKRUPTCY COURT
Northern District of West Virginia

| | | |
|---|---|---|
| In Re: | David Andrew Levine and Monica Larson Levine<br>Debtor(s) | Case No.: 3:19−bk−01048<br><br>Chapter: 13 |

## ORDER TO PROVIDE NOTICE OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

A motion for relief from stay was filed in the above−referenced bankruptcy matter on 2/7/2020 by Martin P. Sheehan. There was no notice included with your motion. You are hereby delegated the responsibility to serve notice of your motion on the parties entitled to service of your motion for relief from automatic stay. It is therefore

**ORDERED** that within 7 days of entry of this Order, you are required to file with the Court the following:

WVNB Form 420A Notice of Motion (a copy of which accompanies this Order to Provide Notice), or a similar form, and a Certificate of Service reflecting service of the notice.

WVNB Form 420A can also be found as a fillable pdf form on the court website at www.wvnb.uscourts.gov under Local Forms under the Forms tab.

You may file the Notice of Motion and Certificate of Service in CM/ECF under the menu option of Bankruptcy/Notice/Notice of Relief from Stay Motion with Certificate of Service. It is further

**ORDERED** that failure to comply with the provisions of this Order within the time subscribed above may result in denial of your motion without prejudice. It is further

**ORDERED** that the 14−day deadline to respond to your motion, for all parties, shall be 14 days from the date of service that is reflected in the Certificate of Service that you file pursuant to this Order

DATED: February 13, 2020

*Patrick M. Flatley*

U.S. Bankruptcy Judge

Form 420A

# UNITED STATES BANKRUPTCY COURT
Northern District of West Virginia

| | | |
|---|---|---|
| In Re: | David Andrew Levine and Monica Larson Levine<br>Debtor(s) | Case No.: 3:19–bk–01048<br>Chapter: 13 |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

_____ has filed papers with the court for Relief from the Automatic Stay as more fully set forth in the Motion accompanying this Notice.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant the relief sought in the Motion for Relief from the Automatic Stay, or if you want the court to consider your views on the Motion, you or your attorney must file with the court a written response or objection explaining your position. You are further notified that the relief requested in the Motion may be granted if no proper response or objection is timely received by the court. Upon receipt of a properly filed response or objection, the Motion may be set for hearing on further notice to the interested parties, or the court may consider the Motion and your response or objection based on the filed papers. You must file your response or objection, if any, within **14 days** of the service of the Notice accompanying the Motion. The response or objection deadline is _____.

Service on Moving Party

\_\_\_\_\_Separate Service on the Moving Party is not required. The Moving Party is a registered e–filer with the Court and will receive service by electronic means from the Court of any filed response or objection.

\_\_\_\_\_Mail any response or objection to the following address:

Address of Bankruptcy Clerk's Office

U.S. Bankruptcy Clerk's Office
1125 Chapline Street Room 314
P.O. Box 70
Wheeling, WV 26003

Date _____

Signature _____
Name:_____
Address:_____

Form 420A

# UNITED STATES BANKRUPTCY COURT
Northern District of West Virginia

| | | |
|---|---|---|
| In Re: | David Andrew Levine and Monica Larson Levine<br>Debtor(s) | Case No.: 3:19–bk–01048<br>Chapter: 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this _____ day of _____, _____. I served the notice of the motion for relief from the automatic stay on the parties listed below.

Signature:

Name:

Address:


Service List:

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–3 | User: ad | Date Created: 2/13/2020 |
| Case: 3:19–bk–01048 | Form ID: ontcrlf | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty        Martin P. Sheehan        sheehanbankruptcy@wvdsl.net

TOTAL: 1