Form ocv13to7

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In Re: | David Andrew Levine and Monica Larson Levine Debtor(s) | Case No.: 3:19–bk–01048 |

### ORDER CONVERTING CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7, ORDER TERMINATING WAGE WITHHOLDING ORDER, AND NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

The Court has determined to convert this case to one under Chapter 7 of the Bankruptcy Code. Therefore, it is hereby

**ORDERED** that the Chapter 13 case of the above–captioned debtor is converted to a case under Chapter 7. It is

**FURTHER ORDERED** that all orders directing the debtor to make Chapter 13 plan payments to the trustee and/or directing an employer to commence withholding are terminated. It is

**FURTHER ORDERED** that the Debtor or Chapter 13 trustee , whichever is appropriate, shall:

1. File and transmit to the United States Trustee within 30 days of the entry of this order a final report and account. Fed. R. Bankr. P. 1019 (5)(B)(ii).
2. Forthwith, on demand and after the qualification of or assumption of duties by the Chapter 7 trustee, turn over to the Chapter 7 trustee all records and property of the estate in the possession or control of the Debtor or Chapter 13 trustee. Fed. R. Bankr. P. 1019(4).
3. File within 14 days after entry of this Order, if the debtor has not already done so in the Chapter 13 case:
   (A) lists, inventories, schedules, and statement of financial affairs as required by Fed. R. Bankr. P. 1007. Any such document filed in the Chapter 13 case is deemed filed in the Chapter 7 case;
   (B) amended schedules I and J, if the debtor's income and/or expenses have changed between the filing of the Chapter 13 petition and the entry of this Order;
   (C) amended schedules as necessary to reflect the loss/acquisition of property of the estate between the filing of the Chapter 13 petition and the date of this order converting the case to one under Chapter 7;
   (D) a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim. The debtor or debtor's counsel shall serve upon each of these creditors a copy of the amendment and the Notice of Bankruptcy Case Filing and the Meeting of Creditors. This notice must include all nine digits of the debtor's social security number. The debtor or debtor's attorney shall file a certificate of service with the Clerk evidencing service of the above documents; and
   (E) a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the Chapter 13 petition, but before entry of this Order.
4. File a Statement of Intention within 30 days after entry of this Order, or before the date first set for the meeting of creditors in the converted case, whichever is earlier.
5. File a statement of completion of a course concerning personal financial management. If the Debtor has not already filed a statement of completion of a course concerning personal financial management, prepared as prescribed by the appropriate Official Form, the Debtor is notified, pursuant to Fed. R. Bankr. P. 5009(b), that the case will be closed without the entry of discharge unless the statement is filed no later than 60 days after the first date set for the meeting of creditors under §341.
6. If applicable, continue payment of the filing fee in installments on or before the dates set forth in the Order Approving Payment of Filing Fees in Installments previously entered in this Bankruptcy case.

### Notice to Creditors and Other Parties in Interest

7. Unless a pre–bankruptcy default has been fully cured in the Chapter 13 case, the existing default shall have the effect given to it by applicable non–bankruptcy law in the converted case.
8. A new time period for: filing a motion under 11 U.S.C. §707(b) or (c), objecting to a claim of exemption, filing claims, filing a complaint objecting to discharge, or filing a complaint to determine dischargeability of any debt shall commence in accordance with Fed. R. Bankr. P. 1017, 1019(2), 3002, 4004, or 4007.
9. All claims filed by creditors before conversion are deemed filed in the Chapter 7 case. A non–administrative expense claim against the debtor that arose after the filing of the petition and before entry of this Order shall be treated as if such claim had arisen immediately before the date of the filing of the petition, and may be filed in

accordance with Fed. R. Bankr. P. 3001(a–d) and 3002.

10. Any request for payment of a pre–conversion administrative expense incurred by any entity other than a governmental unit is timely filed if it is filed within 90 days of the date first set for the meeting of creditors in this converted case. A governmental unit's request for payment of a pre–conversion administrative expense is timely if it is filed within 180 days of the entry of this Order.

11. The conversion of this case to Chapter 7 does not terminate pending motions. On conversion, every effort should be made to inform the case trustee of the status of a pending motion. In the event that the trustee has inadequate time to respond to a pending motion due to the conversion of the case, the court may delay entry of a proposed order, or grant relief to the trustee from the order under Fed. R. Bankr. P. 9023 and/or 9024.

12. Notwithstanding the above paragraph, any pending objection to confirmation of the debtor's Chapter 13 plan, motion to modify the debtor's Chapter 13 plan, or motion to dismiss the debtor's Chapter 13 case based on eligibility to be a Chapter 13 debtor is denied as moot, and further action on those matters may be terminated by the Clerk's office.

### Appointment of a Chapter 7 Trustee

13. The Chapter 7 Trustee appointed to administer this Chapter 7 estate is: Aaron C. Amore.

14. Within 14 days of being appointed, the Chapter 7 trustee shall file a notice of substitution of party in any pending adversary proceeding brought by or against the Chapter 13 trustee on behalf of the bankruptcy estate.

DATED: February 26, 2020

*Patrick M. Flatley*
_____
U.S. Bankruptcy Judge

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–3 | User: ad | Date Created: 2/26/2020 |
| Case: 3:19–bk–01048 | Form ID: pdfdoc | Total: 48 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      ustpregion04.ct.ecf@usdoj.gov
tr      Aaron C. Amore      amorewvt@gmail.com
aty      Brian Richard Blickenstaff      bblickenstaff@turnerjohns.com
aty      Dorothy Carol Sasser      dsasser@siwpc.com
aty      Fabio Crichigno      fcrichigno@siwpc.com
aty      Gary O. Kinder      gary.o.kinder@usdoj.gov
aty      Johnie Rush Muncy      jmuncy@siwpc.com
aty      Kelsey Swaim Miller      kelsey.miller@steptoe–johnson.com
aty      Kenneth J. Barton, Jr.      kenneth.barton@steptoe–johnson.com
aty      Martin P. Sheehan      sheehanbankruptcy@wvdsl.net
aty      Meagan Preece      mapreece@wvtrustee.org
aty      Michael Joshua Lichtenstein      mjl@shulmanrogers.com
aty      Robert Charles Kelly      rkelly@siwpc.com
aty      W. Scott Campbell      wcampbell@siwpc.com

TOTAL: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      David Andrew Levine      2426 Steamboat Run Road      Shepherdstown, WV 25443
jdb      Monica Larson Levine      2426 Steamboat Run Road      Shepherdstown, WV 25443
tr      Helen M. Morris      P.O. Box 8535      South Charleston, WV 25303
cr      PRA Receivables Management, LLC      PO Box 41021      Norfolk, VA 23541
cr      Matador Solar Partners, LLC, as administrative agent for Matador      8750 North Central Expressway      Suite 750      Dallas, TX 75231
cr      Martin P. Sheehan      Trustee of the BK Estate of Geostellar      1 Community St., Ste 200      Wheeling, WV 26003
cr      Specialized Loan Servicing, LLC, as servicing agent for OBX 2018–1 Trust      c/o Samuel I. White, P.C.      596 Lynnhaven Parkway      Suite 200      Virginia Beach, VA 23452
1611529      Aaron Amore, Esq.      PO Box 386      Charles Town, WV 25414
1607681      Atlantic Security Systems, Inc.      19741–G Leitersburg Pike      Hagerstown, MD 21742
1607682      Bowles Rice      PO Box 1386      Charleston, WV 25325
1612247      Bowles Rice LLP      Attn: Julia A. Chincheck, Esq.      600 Quarrier Street      Charleston, West Virginia 25301
1607683      Chase      270 Park Avenue      New York, NY 10017
1607684      Dr. Paul H. Levine      4816 Montgomery Lane      Bethesda, MD 20814
1611222      HEALTHCARE ALLIANCE,INC.      PO Box 1123      Minneapolis, MN 55440–1123
1609759      Internal Revenue Service      PO Box 37910      Hartford, CT 06176–7910
1609801      Internal Revenue Service      Post Office Box 7346      Philadelphia PA 19101–7346
1608944      JPMorgan Chase Bank, N.A.      s/b/m/t Chase Bank USA, N.A.      c/o National Bankruptcy Services, LLC      P.O. Box 9013      Addison, Texas 75001
1611360      Martin P. Sheehan      Trustee of the Bankruptcy Estate of Geos      1 Community St., Ste 200      Wheeling, WV 26003
1611530      Martin P. Sheehan      1 Community Street, Suite 200      Wheeling, WV 26003
1607685      Matador Capital      8750 N Central Expy #750      Dallas, TX 75231
1611052      Matador Solar Partners, LLC      c/o Michael J. Lichtenstein, Esq.      Shulman Rogers Gandal Pordy & Ecker, PA      12505 Park Potomac Ave, 6th Floor      Potomac, MD 20854
1611029      OBX 2018–1 Trust      c/o Specialized Loan Servicing LLC      8742 Lucent Blvd, Suite 300      Highlands Ranch, Colorado 80129
1607686      PayPal Credit      P O Box 5138      Timonium, MD 21094
1607687      Paypal Credit      2211 North First Street      San Jose, CA 95131
1607707      PRA Receivables Management, LLC      PO Box 41021      Norfolk, VA 23541
1607688      Specialized Loan Servicing      8742 Lucent Boulevard      Suite 300      Highlands Ranch, CO 80129
1611995      Synchrony Bank      c/o PRA Receivables Management, LLC      PO Box 41021      Norfolk VA 23541
1607689      United Bank      300 Foxcroft Avenue      Suite 101      PO Box 1109      Martinsburg, WV 25401
1607690      United Bank      300 Foxcroft Avenue      Suite 101      PO Box 1109      Martinsburg, WV 25401
1607691      USAA      9800 Fredericksburg Road      San Antonio, TX 78288
1612412      USAA FEDERAL SAVINGS BANK      C/O WEINSTEIN & RILEY, PS      2001 WESTERN AVENUE, STE 400      SEATTLE, WA 98121
1609739      West Virginia State Tax Department      Bankruptcy Unit      P.O. Box 766      Charleston WV 25323–0766
1609760      WVSTD      Bankruptcy Unit      PO Box 766      Charleston, WV 25323–0766
     Shepherd University      301 N. King Street      Shepherdstown, WV 25443

TOTAL: 34