Order Entered.

*[Signature: Patrick M. Flatley]*

Patrick M. Flatley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| DAVID ANDREW LEVINE | ) | Case No.3:19-bk-1048 |
| MONICA LARSON LEVINE, | ) | |
| | ) | |
| Debtors. | ) | Chapter 7 |

## O R D E R

On February 25, 2020, a telephonic hearing was held in the above-styled bankruptcy case to consider the Chapter 13 Trustee's Motion to Dismiss Case for Failure to Attend Two Scheduled Meetings of Creditors, the Motion to Dismiss Case as to David A. Levine filed by Martin P. Sheehan, Trustee of the Bankruptcy Case of Geostellar, Inc. and Trustee's Amended Motion to Disgorge Attorney's Fees ("Amended Motion"). Upon consideration of the representations of counsel, the Notice of Voluntary Conversion to Chapter 7, and for reasons fully stated on the record, the court does hereby

**ORDER** that the Chapter 13 Trustee's Motion to Dismiss Case is denied as MOOT.  It is further

**ORDERED** that the Motion to Dismiss Case as to David A. Levine will be scheduled for further proceedings after the conclusion of the §341 meeting in the Chapter 7 case.  It is further

**ORDERED** that the Chapter 13 Trustee may file any supplement authority in support of the Amended Motion by February 28, 2020.   The Debtor may respond by March 6, 2020.   It is further

**ORDERED** that, by agreement, the Debtor shall provide a copy of the INDECO, LLC tax returns for the last three (3) years to the United State Trustee and Martin P. Sheehan, Trustee of the bankruptcy case of Geostellar, Inc.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–3 | User: ad | Date Created: 3/6/2020 |
| Case: 3:19–bk–01048 | Form ID: pdfdoc | Total: 24 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | wv12@ecfcbis.com |
| aty | Aaron C. Amore | amorewvt@gmail.com |
| aty | Brian Richard Blickenstaff | bblickenstaff@turnerjohns.com |
| aty | Dorothy Carol Sasser | dsasser@siwpc.com |
| aty | Fabio Crichigno | fcrichigno@siwpc.com |
| aty | Gary O. Kinder | gary.o.kinder@usdoj.gov |
| aty | Johnie Rush Muncy | jmuncy@siwpc.com |
| aty | Kelsey Swaim Miller | kelsey.miller@steptoe–johnson.com |
| aty | Kenneth J. Barton, Jr. | kenneth.barton@steptoe–johnson.com |
| aty | Martin P. Sheehan | sheehanbankruptcy@wvdsl.net |
| aty | Meagan Preece | mapreece@wvtrustee.org |
| aty | Michael Joshua Lichtenstein | mjl@shulmanrogers.com |
| aty | Robert Charles Kelly | rkelly@siwpc.com |
| aty | W. Scott Campbell | wcampbell@siwpc.com |

TOTAL: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | David Andrew Levine | 2426 Steamboat Run Road | Shepherdstown, WV 25443 | | |
| jdb | Monica Larson Levine | 2426 Steamboat Run Road | Shepherdstown, WV 25443 | | |
| tr | Helen M. Morris | P.O. Box 8535 | South Charleston, WV 25303 | | |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | | |
| cr | Matador Solar Partners, LLC, as administrative agent for Matador | 8750 North Central Expressway | Suite 750 | Dallas, TX 75231 | |
| cr | Martin P. Sheehan | Trustee of the BK Estate of Geostellar | 1 Community St., Ste 200 | Wheeling, WV 26003 | |
| cr | Specialized Loan Servicing, LLC, as servicing agent for OBX 2018–1 Trust | c/o Samuel I. White, P.C. | 596 Lynnhaven Parkway | Suite 200 | Virginia Beach, VA 23452 |
| tr | Aaron C. Amore | Amore Law, PLLC | 206 West Liberty Street | Post Office Box 386 | Charles Town, WV 25414 |
| cr | OBX 2018–1 Trust | 14841 Dallas Pkwy Suite 425 | Dallas, TX 75254 | | |

TOTAL: 9