Order Entered.

*Patrick M. Flatley*
Patrick M. Flatley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| DAVID ANDREW LEVINE | ) | Case No.3:19-bk-1048 |
| MONICA LARSON LEVINE, | ) | |
| | ) | |
| Debtors. | ) | Chapter 7 |

## O R D E R

On March 10, 2020, a telephonic hearing was held in the above-styled bankruptcy case to consider the Motion to Lift Stay, or in the Alternative, to Recognize the Pending Adversary Proceeding as a Proceeding in the Above Captioned Case filed by Martin P. Sheehan, Trustee of the Bankruptcy Estate of Geostellar, Inc. Upon consideration of the representations of counsel and for reasons fully stated on the record, the court does hereby

**ORDER** that the Motion to Lift Stay is GRANTED. The automatic stay is lifted to permit continuation of the Adversary Proceeding, *Martin P. Sheehan, Trustee of the Bankruptcy Estate of Geostelar, Inc., v. David A. Levine and Indeco Union* (A.P. No. 3:19-bk-1048).

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–3 | User: ad | Date Created: 3/11/2020 |
| Case: 3:19–bk–01048 | Form ID: pdfdoc | Total: 24 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | wv12@ecfcbis.com |
| aty | Aaron C. Amore | amorewvt@gmail.com |
| aty | Brian Richard Blickenstaff | bblickenstaff@turnerjohns.com |
| aty | Dorothy Carol Sasser | dsasser@siwpc.com |
| aty | Fabio Crichigno | fcrichigno@siwpc.com |
| aty | Gary O. Kinder | gary.o.kinder@usdoj.gov |
| aty | Johnie Rush Muncy | jmuncy@siwpc.com |
| aty | Kelsey Swaim Miller | kelsey.miller@steptoe–johnson.com |
| aty | Kenneth J. Barton, Jr. | kenneth.barton@steptoe–johnson.com |
| aty | Martin P. Sheehan | sheehanbankruptcy@wvdsl.net |
| aty | Meagan Preece | mapreece@wvtrustee.org |
| aty | Michael Joshua Lichtenstein | mjl@shulmanrogers.com |
| aty | Robert Charles Kelly | rkelly@siwpc.com |
| aty | W. Scott Campbell | wcampbell@siwpc.com |

TOTAL: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | David Andrew Levine | 2426 Steamboat Run Road    Shepherdstown, WV 25443 |
| jdb | Monica Larson Levine | 2426 Steamboat Run Road    Shepherdstown, WV 25443 |
| tr | Helen M. Morris | P.O. Box 8535    South Charleston, WV 25303 |
| cr | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| cr | Matador Solar Partners, LLC, as administrative agent for Matador | 8750 North Central Expressway    Suite 750    Dallas, TX 75231 |
| cr | Martin P. Sheehan | Trustee of the BK Estate of Geostellar    1 Community St., Ste 200    Wheeling, WV 26003 |
| cr | Specialized Loan Servicing, LLC, as servicing agent for OBX 2018–1 Trust | c/o Samuel I. White, P.C.    596 Lynnhaven Parkway    Suite 200    Virginia Beach, VA 23452 |
| tr | Aaron C. Amore | Amore Law, PLLC    206 West Liberty Street    Post Office Box 386    Charles Town, WV 25414 |
| cr | OBX 2018–1 Trust | 14841 Dallas Pkwy Suite 425    Dallas, TX 75254 |

TOTAL: 9