IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:   DAVID A. LEVINE,   BK. NO. 3:19-bk-1048
MONICA L. LEVINE
Debtors.

## NOTICE TO WITHDRAW MOTION

NOTICE IS HEREBY GIVEN that the undersigned Martin P. Sheehan, Trustee of the Bankruptcy Case of Geostellar, Inc., by his counsel, Martin P. Sheehan, Esq., and Sheehan & Associates, PLLC, and withdraws his Motion to Dismiss this case.

I hereby certify that on April 28, 2020, I electronically filed the foregoing Notice to Withdraw Motion with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Deb Wertman, debra.a.wertman@usdoj.gov

Thomas H. Fluharty, thfaal@aol.com

Brian Richard Blickenstaff, bblickenstaff@turnerjohns.com

Michael J. Lichtenstein, mjl@shulmanrogers.com

Patrick S. Cassidy, pcassidy@walslaw.com

Timothy F. Cogan, tfc@walslaw.com

DATED:   April 28, 2020

Respectfully submitted,

*/s/ Martin P. Sheehan*
Martin P. Sheehan, Esq.
WV BAR ID #4812

**SHEEHAN & ASSOCIATES, PLLC**
1 Community St., Ste 200
Wheeling WV 26003
(304) 232-1064
(304) 232-1066 FAX
SheehanBankruptcy@WVDSL.net
Sheehan Paralegal@WVDSL.net