## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Levine, David Andrew                  Bk. No.: 19-01048
        Levine, Monica Larson

        Debtors

### DESIGNATION AS AN ASSET CASE
### AND REQUEST TO ISSUE CLAIMS NOTICE

I, Thomas H. Fluharty, Trustee, report that I have reviewed the schedules and statements of the debtor(s) and /or questioned the debtor(s) and believe this case to contain assets administrable for the benefit of creditors of the estate.

The Trustee hereby requests the Clerk of the Bankruptcy Court to notify creditors to file proof of claims pursuant to 11 U.S.C. §501 and FRBP 3002.

Dated:    7/13/2020                                             /s/ Thomas H. Fluharty
                                                                                              Thomas H. Fluharty, Trustee
                                                                                              WV Bar No.: 1231
                                                                                              408 Lee Avenue
                                                                                              Clarksburg, WV 26301
                                                                                              (304) 624-7832