IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:    DAVID LEVINE,    BANKRUPTCY NO: 3-19–BK-01048
    MONICA LEVINE
    Debtors.

**MOTION FOR RELIEF FROM STAY**

Now comes Martin P. Sheehan, Esq., Trustee of the Bankruptcy Estate of Geostellar, Inc., by his attorneys, Martin P. Sheehan, Esq., and Sheehan & Associates, PLLC and notes that now pending before the Court is an adversary proceeding in the Geostellar, Inc., bankruptcy case, No. 18-bk-0045. That adversary proceeding is known as <u>Martin P. Sheehan, Trustee of the Bankruptcy Estate of Geostellar, Inc., v. David A. Levine, and Indeco Union, a Delaware Corporation</u>, AP No. 3:19-ap-0024.

This litigation was filed before Mr. Levine filed for bankruptcy relief. At this time, Mr. Levine is a debtor in a Chapter 7 bankruptcy case.

The bar date for objecting to his discharge has expired.

The Bankruptcy Estate of Geostellar, Inc., has not objected to that discharge.

Consequently, Mr. Levine has no personal interest in the litigation against him beyond any available insurance coverage. Relief from the stay is in order to permit the litigation to proceed to the extent of insurance. See <u>Anderson v. Robinson,</u> 186 W.Va. 92, 411 S.E.2d 35 (1993) and <u>In re: Honosky,</u> 6 B.R. 667 (Bankr. S.D. W.Va. 1980).

It appears that Philadelphia Insurance Co., has been providing a defense to David A. Levine in that case. <u>See</u> Motion to Pay Attorney Fees filed in <u>In re: Geostellar,</u> at Docket Entry 161.

The Trustee moves the Court for relief from stay in this case to permit the litigation to proceed to the extent of insurance.

WHEREFORE, the Bankruptcy Trustee of the Bankruptcy Estate of Geostellar, Inc., asks that the Stay be lifted to the extent of insurance.

RESPECTFULLY SUBMITTED,

/s/ *Martin P. Sheehan*
Martin P. Sheehan, Esq.
WV Bar #4812

**SHEEHAN & ASSOCIATES, PLLC**
1 Community St., Ste 200
Wheeling WV 26003
(304) 232-1064
(304) 232-1066 FAX
SheehanBankruptcy@WVDSL.net
Sheehan Paralegal@WVDSL.net

## CERTIFICATE OF SERVICE

This is to certify that on the December 18, 2020, the foregoing Motion for Relief from Stay filed electronically via the Court's EM/ECF filing system, and notice is given through that system and the email notification listed below.

Notice is also being given to:

Keith J. Pappas, Esquire
kpappaslaw@labs.net

Salene Rae Mazur Kraemer, Esquire
Arthur W. Zamosky, Esquire
skraemer@bernsteinlaw.com
azamosky@bernsteinlaw.com

Aaron C. Amore, Esquire
aaron@amorelaw.com

Thomas H. Fluharty
thfaal@aol.com

Debra Tedeschi Varner, Esquire
dtvarner@vv-wvlaw.com

Michael L. Scales, Esquire
mlscales@frontier.com

Kenneth J. Barton, Jr.
kenneth.barton@steptoe-johnson.com

James Paul Campbell
jcampbell@campbellflannery.com

Kelsey Swaim Miller
kelsey.miller@steptoe-johnson.com

Kathy M. Santa Barbara.
ksantabarbara@yahoo.com

James R. Sheatsley
jsheatsley@suddenlinkmail.com

Charles I. Jones, Jr., Esquire
cjones@campbellwoods.com

Patrick S Cassidy, Esquire
Timothy F. Cogan, Esquire
pcassidy@walslaw.com
tfc@walslaw.com

Debra A. Wertman, Esquire
debra.a.wertman@usdoj.gov

Corland Putbrese
cputbrese@dbllawyers.com

Michael Joshua Lichtenstein, Esquire
mjl@shulmanrogers.com

Christopher Schueller, Esquire
christopher.schueller@bipc.com

Brian Richard Blickenstaff
bblickenstaff@turnerjohns.com

W. Scott Campbell
wcampbell@siwpc.com

Evan Moscov
evan.moscov@moscovlaw.com

Dorothy Carol Sasser
dsasser@siwpc.com

| | |
|---|---|
| State of California<br>Bankruptcy Section MS A340<br>Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Norm Daniels<br>Nicholas Stuchell<br>Daniels Law Firm<br>BB&T Square, Suite 1270<br>300 Summers Street<br>PO Box 1433<br>Charleston, WV 25325 |
| OBX 2018-1 Trust c/o Specialized Loan Servicing, LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111 | Flora G. Sweeney<br>3828 8th Ave.<br>PO Box 494<br>Wisconsin Dells, WV 53965 |
| OBX 2018-1 Trust<br>14841 Dallas Pkwy Suite 425<br>Dallas, TX 75254 | A. Neal Barkus<br>1328 River Road<br>Shepherdstown, WV 25443 |
| OBX 2018-1 Trust c/o Specialized Loan Servicing, LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111 | |

/s/ *Martin P. Sheehan*
Martin P. Sheehan