IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:  DAVID LEVINE,                BANKRUPTCY NO: 3-19–BK-01048
        MONICA LEVINE
              Debtors.

## NOTICE OF MOTION FOR RELIEF FROM STAY

NOTICE IS HEREBY GIVEN of the Motion for Relief from Stay on Litigation.

Failure to respond in writing to this Court within fourteen (14) days from the date of this Notice may result in the requested relief being granted by this Court without a hearing or further notice.

If a response is filed in writing within fourteen (14) days, a hearing on the Motion and response will be held at a time, date, and place to be determined by this Court.

Date:  December 18, 2020

                                                    RESPECTFULLY SUBMITTED,

                                                    /s/ *Martin P. Sheehan*

                                                    Martin P. Sheehan, Esq.
                                                    WV Bar #4812

**SHEEHAN & ASSOCIATES, PLLC**
1 Community St., Ste 200
Wheeling WV 26003
(304) 232-1064
(304) 232-1066 FAX
SheehanBankruptcy@WVDSL.net
Sheehan Paralegal@WVDSL.net