| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David Andrew Levine<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3601<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Monica Larson Levine<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3790<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Northern District of West Virginia | | |
| Case number:   3:19–bk–01048 | | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Andrew Levine                                     Monica Larson Levine

12/21/20                                                          **By the court:**   B McKay Mignault
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–3 | User: ad | Date Created: 12/21/2020 |
| Case: 3:19–bk–01048 | Form ID: 318 | Total: 66 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | wv12@ecfcbis.com |
| intp | Leslie Gallian | leslie_gallian@wvsb.uscourts.gov |
| aty | Brian Richard Blickenstaff | bblickenstaff@turnerjohns.com |
| aty | Debra A. Wertman | debra.a.wertman@usdoj.gov |
| aty | Dorothy Carol Sasser | dsasser@siwpc.com |
| aty | Evan Moscov | evan.moscov@moscovlaw.com |
| aty | Gary O. Kinder | gary.o.kinder@usdoj.gov |
| aty | James Paul Campbell | jcampbell@campbellflannery.com |
| aty | James R. Sheatsley | jsheatsley@suddenlinkmail.com |
| aty | Johnie Rush Muncy | jmuncy@siwpc.com |
| aty | Kathy M. Santa Barbara | ksantabarbara@yahoo.com |
| aty | Kelsey Swaim Miller | kelsey.miller@steptoe–johnson.com |
| aty | Kenneth J. Barton, Jr. | kenneth.barton@steptoe–johnson.com |
| aty | Martin P. Sheehan | sheehanparalegal@wvdsl.net |
| aty | Martin P. Sheehan | sheehanbankruptcy@wvdsl.net |
| aty | Michael Joshua Lichtenstein | mjl@shulmanrogers.com |
| aty | Thomas Fluharty | wv12@ecfcbis.com |
| aty | W. Scott Campbell | wcampbell@siwpc.com |

TOTAL: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | David Andrew Levine | 2426 Steamboat Run Road   Shepherdstown, WV 25443 |
| jdb | Monica Larson Levine | 2426 Steamboat Run Road   Shepherdstown, WV 25443 |
| cr | PRA Receivables Management, LLC | PO Box 41021   Norfolk, VA 23541 |
| cr | Matador Solar Partners, LLC, as administrative agent for Matador | 8750 North Central Expressway   Suite 750   Dallas, TX 75231 |
| cr | Martin P. Sheehan | Trustee of the BK Estate of Geostellar   1 Community St., Ste 200   Wheeling, WV 26003 |
| cr | Specialized Loan Servicing, LLC, as servicing agent for OBX 2018–1 Trust | c/o Samuel I. White, P.C.   596 Lynnhaven Parkway   Suite 200   Virginia Beach, VA 23452 |
| cr | OBX 2018–1 Trust | 14841 Dallas Pkwy Suite 425   Dallas, TX 75254 |
| cr | Anne Meador | PO Box 895   Shepherdstown, WV 25443 |
| cr | USAA Federal Savings Bank | c/o Weinstein & Riley, P.S.   2001 Western Ave, Suite 400   Seattle, WA 98121 |
| cr | The Truth Tellers, LLC | P O Box 895   Shepherdstown, WV 25443 |
| cr | OBX 2018–1 Trust c/o Specialized Loan Servicing, LLC | 6200 S. Quebec Street   Greenwood Village, CO 80111 |
| intp | Roxul USA, Inc. | Law Ofc of Kathy M. Santa Barbara   c/o Kathy M. Santa Barbara, Esq.   518 West Stephen Street   Martinsburg, WV 25401 |
| cr | Paul H. Levine | 4816 Montgomery Lane   Bethesda, MD 20814 |
| 1607681 | Atlantic Security Systems, Inc. | 19741–G Leitersburg Pike   Hagerstown, MD 21742 |
| 1607682 | Bowles Rice | PO Box 1386   Charleston, WV 25325 |
| 1607683 | Chase | 270 Park Avenue   New York, NY 10017 |
| 1607684 | Dr. Paul H. Levine | 4816 Montgomery Lane   Bethesda, MD 20814 |
| 1607685 | Matador Capital | 8750 N Central Expy #750   Dallas, TX 75231 |
| 1607686 | PayPal Credit | P O Box 5138   Timonium, MD 21094 |
| 1607687 | Paypal Credit | 2211 North First Street   San Jose, CA 95131 |
| 1607689 | United Bank | 300 Foxcroft Avenue   Suite 101   PO Box 1109   Martinsburg, WV 25401 |
| 1607690 | United Bank | 300 Foxcroft Avenue   Suite 101   PO Box 1109   Martinsburg, WV 25401 |
| 1607691 | USAA | 9800 Fredericksburg Road   San Antonio, TX 78288 |
| 1607707 | PRA Receivables Management, LLC | PO Box 41021   Norfolk, VA 23541 |
| 1608944 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A.   c/o National Bankruptcy Services, LLC   P.O. Box 9013   Addison, Texas 75001 |
| 1609739 | West Virginia State Tax Department | Bankruptcy Unit   P.O. Box 766   Charleston WV 25323–0766 |
| 1609759 | Internal Revenue Service | PO Box 37910   Hartford, CT 06176–7910 |
| 1609760 | WVSTD | Bankruptcy Unit   PO Box 766   Charleston, WV 25323–0766 |
| 1609801 | Internal Revenue Service | Post Office Box 7346   Philadelphia PA 19101–7346 |
| 1611029 | OBX 2018–1 Trust | c/o Specialized Loan Servicing LLC   8742 Lucent Blvd, Suite 300   Highlands Ranch, Colorado 80129 |
| 1611052 | Matador Solar Partners, LLC | c/o Michael J. Lichtenstein, Esq.   Shulman Rogers Gandal Pordy & Ecker, PA   12505 Park Potomac Ave, 6th Floor   Potomac, MD 20854 |
| 1611222 | HEALTHCARE ALLIANCE,INC. | PO Box 1123   Minneapolis, MN 55440–1123 |
| 1611360 | Martin P. Sheehan | Trustee of the Bankruptcy Estate of Geos   1 Community St., Ste 200   Wheeling, WV 26003 |
| 1611529 | Aaron Amore, Esq. | PO Box 386   Charles Town, WV 25414 |

| | | | | |
|---|---|---|---|---|
| 1611530 | Martin P. Sheehan | 1 Community Street, Suite 200 | Wheeling, WV 26003 | |
| 1611995 | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk VA 23541 |
| 1612247 | Bowles Rice LLP | Attn: Julia A. Chincheck, Esq. | 600 Quarrier Street | Charleston, West Virginia 25301 |
| 1612412 | USAA FEDERAL SAVINGS BANK | C/O WEINSTEIN & RILEY, PS | 2001 WESTERN AVENUE, STE 400 | SEATTLE, WA 98121 |
| 1626424 | The Truth Tellers LLC | c/o James P. Campbell | Campbell Flannery PC | 1602 Village Market Blvd Suite 225   Leesburg VA 20175 |
| 1626557 | Anne Meador | c/o James P. Campbell | Campbell Flannery, P.C. | 1602 Village Market Blvd., SUite 225   Leesburg, VA 20175 |
| 1626558 | Anne Meador | PO Box 895 | Shepherdstown, WV 25443 | |
| 1626559 | Comenity Bank | PO Box 182273 | Columbus, OH 43218–2273 | |
| 1626560 | Commenity Bank/Ulta | PO Box 183003 | Columbus, OH 43218–3003 | |
| 1626561 | The Truth Tellers, LLC | c/o James P. Campbell | Campbell Flannery, P.C. | 1602 Village Market Blvd., SUite 225   Leesburg, VA 20175 |
| 1626562 | The Truth Tellers, LLC | 2211 W. North Loop Blvd. | Apt. 217 | Austin, TX 78756 |
| 1628393 | Quantum3 Group LLC as agent for | Comenity Capital Bank | PO Box 788 | Kirkland, WA 98083–0788 |
| 1607688 | Specialized Loan Servicing | 6200 S. Quebec Street | Greenwood Village, CO 80111 | |

TOTAL: 47