IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:   DAVID LEVINE,   BANKRUPTCY NO: 3-19–BK-01048
MONICA LEVINE
Debtors.

ORDER GRANTING
MOTION FOR RELIEF FROM STAY

Now comes Martin P. Sheehan, Esq., Trustee of the Bankruptcy Estate of Geostellar, Inc., by his attorneys, Martin P. Sheehan, Esq., and Sheehan & Associates, PLLC having filed a Motion for Relief from Stay (the "Motion") and the Motion having been properly served upon all parties in interest no objections to the Motion having been timely filed with the Court, and the Court being otherwise full advised in the premises, it is hereby

ORDERED that the Motion for Relief from Stay is GRANTED and Adversary Proceeding No. 3:19-ap-0024 may proceed.

Prepared by:

Martin P. Sheehan
WV Bar No. 4812
**SHEEHAN & ASSOCIATES, PLLC**
1 Community St., Ste 200
Wheeling  WV  26003
(304) 232-1064
(304) 232-1066 fax