## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA (MARTINSBURG)

Docket Number 3:22-CV-50

| | |
|---|---|
| THOMAS F. FLUHARTY, Trustee of the Bankruptcy Estate of David Levine and Monica Levine, and MARTIN P. SHEEHAN, Trustee of the Bankruptcy Estate of Geostellar, Inc., <br><br> v. <br><br> PHILADELPHIA INDEMNITY COMPANY, and DAVID A. LEVINE | ) ) ) ) ) ) ) ) ) Notice of Appeal ) to the United States Court Appeals 4th Circuit ) ) |

    Thomas H. Fluharty and Martin P. Sheehan, appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on March 10, 2023 by the district court for the Northern District of West Virginia (Martinsburg) affirming the Bankruptcy Court Orders of November 2, 2021 and March 21, 2022.

    The parties to the Order appealed from and the names and addresses of their respective attorney are as follow:  **See Attachment A**

    Dated:     3/31/2023

Signed  /s/ Patrick S. Cassidy
        Attorney for Appellant

| Patrick S. Cassidy, Esq. | Timothy F. Cogan, Esq. | Martin P. Sheehan, Esq. |
|---|---|---|
| CASSIDY LAW, PLLC | COGAN LAW OFFICE | SHEEHAN & ASSOCIATES PLLC |
| 1413 Eoff Street | 1413 Eoff Street | 1 Community Street, Suite 200 |
| Wheeling, WV  26003 | Wheeling, WV  26003 | Wheeling, WV  26003 |
| (304) 232-8100 | (304) 232-8100 | (304) 232-1064 |
| pcassidy@walslaw.com | tfc@walslaw.com | Martin@Msheehanlaw.net |

{00198549.1}

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal]*

_____

\* See Rule 3(c) for permissible ways of identifying appellants