**ATTACHMENT A** TO NOTICE OF APPEAL

David Grassmick, Esq.
Dirk E. Ehlers, Esq.
**COPE EHLERS PC**
135 S LaSalle Street, Suite 3050
Chicago, IL  60603
312-549-9389
dgrassmick@copeehlers.com
dehlers@copeehlers.com
*Attorneys for Philadelphia Insurance
Indemnity Company*

Brian R. Blickenstaff, Esq.
**JOHNS & ASSOCIATES PLLC**
101 Brook Hill Drive
Charleston, WV  25311
(304) 720-2300
brian.r.blickenstaff.esq@gmail.com
*Attorney for David Levine*

{00198551.1}